# *United States District Court*

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ARIEL HERNANDEZ

**WARRANT FOR ARREST**

FILED by _____ D.C.
SEP 1 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: The United States Marshal
and any Authorized United States Officer

CASE NUMBER:

# 00-6273

## CR - HUCK
*MAGISTRATE JUDGE*
**BROWN**

YOU ARE HEREBY COMMANDED to arrest  ARIEL HERNANDEZ
                                                                                  Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)  RICO conspiracy, bank fraud, conspiracy to commit murder in aid of racketeering, murder in aid of racketeering and uttering counterfeit checks

in violation of Title 18   United States Code, Section(s) 1962(d), 1344, 1959(a)(1), (a)(5), 513 & 2

| CARLOS JUENKE | COURT ADMINISTRATOR\CLERK OF THE COURT |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |

Signature of Issuing Officer

September 19, 2000 Fort Lauderdale, Florida
Date and Location

Bail fixed at $  Pre-Trial Detention       by  William P. Dimitrouleas, United States District Judge
                                                                         Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |