

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO: 00-6273-CR-HUCK

SEP 2 ? 2000
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA     :

v.                           :

ARIEL HERNANDEZ              :

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1. An indictment is pending in this Court against ARIEL HERNANDEZ in the above styled case, and it is set for the initial appearance as to said defendant on Friday, September 29, 2000 at 11:00 A.M..

2. The defendant is now confined in the BROWARD COUNTY JAIL at Broward County, Florida.

3. It is necessary to have said defendant before this Court for an initial appearance as aforesaid.

WHEREFORE, this petition prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said defendant and have him before this Court at the time and place above specified for an initial appearance; and upon completion of all proceedings with reference to this case, that is, when this matter is tried or otherwise disposed of, to return the said defendant to the custody of the Warden of the aforesaid penal institution; and also directing the said Warden to deliver the said defendant into the custody of any United States Marshal as aforesaid.

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: _____
LAWRENCE D. LaVECCHIO
ASSISTANT UNITED STATES ATTORNEY
Fla. Bar No. 0305405

cc: U.S. Attorney (AUSA LaVecchio)

