UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA

v.

ARIEL HERNANDEZ

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: ANY UNITED STATES MARSHAL, and

WARDEN, BROWARD COUNTY JAIL.

It appearing from the petition of the United States of America that the defendant in the above case, ARIEL HERNANDEZ, is confined in the BROWARD COUNTY JAIL at Broward County, Florida, and that this case is set for initial appearance as to said defendant at the United States District Courthouse in Ft. Lauderdale, Florida on Friday, September 29, 2000, and that it is necessary for said defendant to be before this Court for said proceeding;

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said ARIEL HERNANDEZ now detained in custody as aforesaid, under safe and secure conduct, before this Court at Ft. Lauderdale, Florida by or before 11:00 A.M., on September 29, 2000, and do not return the defendant to the custody of the Warden of the aforesaid penal institution until this matter is tried or otherwise disposed of.

And this is to command you, the Warden of the BROWARD COUNTY JAIL at Broward County, Florida, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this district for the purpose aforesaid.

DONE AND ORDERED at Ft. Lauderdale, Florida, this 26th day of September, 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc: Lawrence D. LaVecchio AUSA
    U.S. Marshals (3 certified copies)
    Chief Probation Officer

