UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # _____

UNITED STATES OF AMERICA )
                Plaintiff )     Case Number: CR 00-6273-CR-HUCK
                          )     REPORT COMMENCING CRIMINAL
        -vs-              )                ACTION
                          )

*ARIEL HERNANDEZ*
                Defendant

********************************************************

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
********************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".    ON WRIT

(1)   Date and Time of Arrest: 9-29-00 _____ am/pm

(2)   Language Spoken: ENGLISH SPANISH

(3)   Offense (s) Charged: RICO-CONSP. MURDER-FRAUD RACKETEERING

(4)   U.S. Citizen  [ ] Yes  [ ] No  [ ] Unknown

(5)   Date of Birth: _____

(6)   Type of Charging Document:  (check one)
      [ ] Indictment  [ ] Complaint  To be filed/Already filed
      Case# _____

      [ ] Bench Warrant for Failure to Appear
      [ ] Probation Violation Warrant
      [ ] Parole Violation Warrant

      Originating District: _____

      COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7)   Remarks: _____
      _____

(8)   Date: _____    (9) Arresting Officer:_____

(10)  Agency: _____    (11) Phone:_____

(12)  Comments: _____ 4-2000

Rec'd in MIA Dkt _____