kodtn.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA

        Plaintiff,

vs.                                                              **ORDER**

ARIEL HERNANDEZ

        Defendant.

_____

    Pursuant to the Bail Reform Act, a detention hearing was held this date in accordance with 18 U.S.C. Section 3142(f). At the conclusion of the evidentiary hearing, the findings of fact and conclusions of law required by the Act were dictated into the record. It is thereupon

    **ORDERED AND ADJUDGED** as follows:

    1. The Defendant __above named__ shall be detained pending trial in this case for the reasons stated on the record by the Court. The Defendant was found to be a _danger to the community_.

    2. A final Order of Detention memorializing the dictated findings and conclusions shall be entered forthwith.

    **DONE AND ORDERED** in Miami, Florida this 5th day of October, 2000.

TAPE NO. 00C- _69-1_
                _68-2180_

                                      UNITED STATES MAGISTRATE JUDGE
                                      BARRY L. GARBER

c: AUSA - _La Vecchio/Floman_
   Defense Counsel
   Pretrial Services
   U.S. Marshal

   _Jeffrey Weinkle, Esq._