UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6273-CR-HUCK

UNITED STATES OF AMERICA

vs.

ARIEL HERNANDEZ
Defendant.
_______________________________/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : 36717-004

Language: ENGLISH

The above-named Defendant appeared before **Magistrate Judge Barry L. Garber**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retainedcounsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant: Address: ______________________

Tel. No: ______________________

Defense Counsel: Name : JEFFREY WEINKLE, ESQ.

Address: 1035 N.W. 11th Avenue

Miami, Florida 33136

Tel. No: 373-4445

Bond Set/Continued: $ PTD

FILED BY ___ D.C.
2000 OCT -6 AM 11:49
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

Dated this 5th day of October, 2000.

CLARENCE MADDOX, CLERK

BY Karen Sussmann
Deputy Clerk

c:Clerk for Judge
U.S. Attorney LaVecchio / Sloman
Defense Counsel
Pretrial Services
formarra.ign

TAPE NO. 00C 68
DIGITAL START NO. 2180

