CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. JURISDICTION | | 2. MAG. DOCKET NO. | 3. DIST. CT. DOCKET NO. | VOUCHER NO. |
|---|---|---|---|---|
| 1 ☐ MAG. 2 ☒ DIST. | 3 ☐ APPEALS 4 ☐ OTHER | | 00-6273-CR-Huck | 0858877 |

| 4. APPEALS DOCKET NO. | 5. FOR (DISTRICT/CIRCUIT) SD/FL | 6. LOC. CODE FLSFL | 7. CHARGE/OFFENSE (U.S. or other code citation) 18:1962,1959,513 | 7A. CASE CODE 7480 |
|---|---|---|---|---|

| 8. IN THE CASE OF | 9. PERSON REPRESENTED (FULL NAME) | 9A. NO. REPRES. |
|---|---|---|
| USA vs Hernandez | Ariel Hernandez | 01 |

10. PERSON REPRESENTED (STATUS)
1 ☒ DEFENDANT—ADULT  3 ☐ APPELLANT  5 ☐ OTHER
2 ☐ DEFENDANT—JUVENILE  4 ☐ APPELLEE

11. PROCEEDINGS (Describe briefly) all proceedings

FILED by D.C. OCT 2 2000

12. PAYMENT CATEGORY
A ☒ FELONY   C ☐ PETTY OFFENSE   E ☐ OTHER
B ☐ MISDEMEANOR   D ☐ APPEAL

13. COURT ORDER
O ☒ Appointing Counsel   F ☐ Subs. for FD
C ☐ Co-Counsel   R ☐ Subs. for Retained Atty.
P ☐ Subs. for Panel Atty.
Name of prior panel attorney
Appt. Date _____  Voucher No. _____

Because the above-named "person represented" has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in item 14 is appointed to represent this person in this case.

Sig. of Presiding Judicial Officer or By Order of Court (Clerk/Deputy)
► 9-29-00
Date of Order       Nunc Pro Tunc Date

14. FULL NAME OF ATTORNEY PAYEE (First Name, M.I., Last Name, Including Suffix) AND MAILING ADDRESS
Jeffrey Feinkle Esq
1035 N W 11th Ave
Miami FL 33136

15. WORK PHONE (305) 373-4445

16A. Does the attorney have the preexisting agreement (see Instructions) with a corporation, including a professional corporation? ☐ Yes ☐ No

16B. SOCIAL SECURITY NO.   16C. EMPLOYER I.D. NO.
16D. NAME AND MAILING ADDRESS OF LAW FIRM

### CLAIM FOR SERVICES OR EXPENSES

| | SERVICE | HOURS | DATES | Multiply rate per hour times total hours to obtain "In Court" compensation. Enter total below. |
|---|---|---|---|---|
| 17. IN COURT | a. Arraignment and/or Plea | | | |
| | b. Bail and Detention Hearings | | | |
| | c. Motions Hearings | | | |
| | d. Trial | | | 17A. TOTAL IN COURT COMP. $ |
| | e. Sentence Hearings | | | |
| | f. Revocation Hearings | | | |
| | g. Appeals Court | | | |
| | h. Other (Specify on additional sheets) | | | |
| | (Rate per hour = 70) TOTAL HOURS = | | | |
| 18. OUT OF COURT | a. Interviews and conferences | | | Multiply rate per hour times total hours. Enter total "out of court" compensation below. |
| | b. Obtaining and reviewing records | | | |
| | c. Legal research and brief writing | | | |
| | d. Travel time (Specify on additional sheets) | | | 18A. TOTAL OUT OF COURT COMP. $ |
| | e. Investigative and other work (Specify on additional sheets) | | | |
| | (Rate per hour = 50) TOTAL HOURS = | | | |

| 19. EXPENSES | TRAVEL, LODGING, MEALS ETC. | AMOUNT | OTHER EXPENSES | AMOUNT | |
|---|---|---|---|---|---|
| | | | | | 19A. TOTAL TRAVEL EXP. $ |
| | | | | | 19B. TOTAL OTHER EXP. $ |
| | | | | | 20. GRAND TOTAL CLAIMED $ |

21. CERTIFICATION OF ATTORNEY/PAYEE FOR PERIOD _____ TO _____

F ☐ Final Payment  I ☐ Interim Payment No. _____  Has compensation and/or reimbursement for work in this case previously been applied for? ☐ YES ☐ NO
If yes, were you paid? ☐ YES ☐ NO  If yes, by whom where you paid? _____  How much? _____  Has the person represented paid any money to you, or to your knowledge to anyone else, in connection with the matter for which you were appointed to provide representation? ☐ YES ☐ NO
If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements ►
SIGNATURE OF ATTORNEY/PAYEE ► DATE

| 22. IN COURT COMP. $ | 23. OUT OF COURT COMP. $ | 24. TRAVEL EXPENSE $ | 25. OTHER EXPENSES $ | 26. TOTAL AMT. APPROVED/CERT. $ |
|---|---|---|---|---|
| 27. SIGNATURE OF PRESIDING JUDICIAL OFFICER OCT 1 2000 | | | | 27A. JUDGE/MAG. CODE |
| 28. SIGNATURE OF CHIEF JUDGE, CT. OF APPEALS (OR DELEGATE) Rec'd in MIA Dkt | | DATE | | 29. TOTAL AMT. APPROVED $ |

COPY 4 - FILED IN COURT'S CASE FILE AFTER CLERK ENTERS APPOINTMENT DATA