AO 442 (Rev. 12/85) Warrant for Arrest  AUSA Jeffrey H. Sloman  FBI S/A Kevin Rentzel (954) 545-1966

## United States District Court

SOUTHERN DISTRICT OF FLORIDA            508276

UNITED STATES OF AMERICA

V.

ARIEL HERNANDEZ

## WARRANT FOR ARREST

CASE NUMBER:
**00-6273**

TO:  The United States Marshal
and any Authorized United States Officer

CR - HUCK
MAGISTRATE JUDGE
BROWN

YOU ARE HEREBY COMMANDED to arrest  **ARIEL HERNANDEZ**
                                         Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) RICO conspiracy, bank fraud, conspiracy to commit murder in aid of racketeering, murder in aid of racketeering and uttering counterfeit checks

in violation of Title **18** United States Code, Section(s) 1962(d), 1344, 1959(a)(1), (a)(5), 513 & 2

CARLOS JUENKE                                  COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer                        Title of Issuing Officer

_William S. Dimitrouleas_ (signature)          September 19, 2000 Fort Lauderdale, Florida
Signature of Issuing Officer                   Date and Location

Bail fixed at $ _Pre-Trial Detention_          by William P. Dimitrouleas, United States District Judge
                                                  Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL | | |
| DATE RECEIVED<br>9/19/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone<br>United States Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER<br>Edward Purchase, SDUSM |
| DATE OF ARREST<br>9/29/00 | | |