UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NOTICE OF HEARING

ANTHONY TRENTACOSTA,
FRANCIS RUGGIERO,
ARIEL HERNANDEZ,
JULIUS CHIUSANO,
ADAM SILVERMAN,
CHARLES MONICO,
ANTHONY BANKS,
FREDERICK MASSARO,
CARLOS GARCIA,
    Defendant.

_____/



FILED by \_\_\_ D.C.

OCT 25 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

PLEASE TAKE NOTICE that the above-entitled cause has been scheduled for a special status conference on Monday, November 06, 2000 at 8:30 a.m., before the Honorable PAUL C. HUCK, United States District Judge, at 301 North Miami Avenue, Miami, Florida, Fourth Floor Courtroom.

    Dated: October 25, 2000

CLARENCE MADDOX, CLERK

By: _____
Valerie Thompkins,
Deputy Clerk

cc: all counsel of record
    U.S. Marshals Service
    Pre-Trial Services

