UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

ARIEL HERNANDEZ, et al.,

    *Defendants,*
_____/



## ORDER ON
## DEFENDANT'S MOTION TO MODIFY PRE-TRIAL DETENTION ORDER

THIS CAUSE having come on to be heard on the Defendant's Motion to Modify Pre-Trial Detention Order, and the Court having heard argument of counsel or being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that:

1. The defendant's Motion for to Modify Pre-Trial Detention Order is hereby GRANTED.

2. The Bureau of Prisons and the Federal Detention Center (collectively FDC) are <u>not</u>, pursuant to any Order of this Court, <u>required</u> to house the Defendant, ARIEL HERNANDEZ, in the Special Housing Unit of the FDC or to otherwise segregate ARIEL HERNANDEZ from the general population at the FDC.

3. The FDC is free to make its own determination regarding ARIEL HERNANDEZ, pursuant to its established rules and procedures regarding the housing of its inmates, pending further Order of

<u>United States v. Ariel Hernandez</u>
*Case No. 00-6273-CR-HUCK*

this Court.

  DONE AND ORDERED in Miami, Southern District of Florida, this ___14th___ day of ___December___, 20_00_.

               _____
               ~~PAUL C. HUCK~~
               U.S. DISTRICT COURT JUDGE

Copies furnished to:
Jeffrey D. Weinkle, Esq.
AUSA Lawrence LaVeccio
Fred Haddad, Esq. Samuel R. DeLuca
Donald R. Spardaro, Esq.
Michael Smith, Esq.
Thomas F. Almon, Jr. Esq.
Richard K. Houlihan, Esq.