UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK

FILED
DEC 19 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

ARIEL HERNANDEZ, et al.,

    *Defendant,*

_____/

## UNOPPOSED MOTION BY DEFENDANT, ARIEL HERNANDEZ'S TO ENLARGE TIME TO FILE MOTIONS

THE DEFENDANT, ARIEL HERNANDEZ, by and through the undersigned counsel, respectfully moves this Honorable Court for entry of an Order enlarging the time to file trial motions, and in support thereof would state:

1. Trial of this matter has been set for September 3, 2001. The Defendant's motions are due to be filed on December 21, 2000.

2. Because of the time required to review the extensive discovery received to-date from the Government; a review which has yet to be completed, the Defendant has not been able to complete preparation of pre-trial motions.

3. The Defendant is requesting until February 1, 2001 to file motions.

4. The undersigned counsel for the Defendant has discussed this Motion with AUSA Jeffrey Sloman who has represented that the Government has no objection to the extension requested.

WHEREFORE the Defendant requests that this Court enter its Order enlarging the time for filing motions until February 1, 2001.

United States v. Ariel Hernandez
CASE NO. 00-6273-CR-HUCK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/delivered this 19 day of Dec, 2000 to: UNITED STATES ATTORNEY'S OFFICE, JEFFREY SLOMAN/LARRY LaVECCIO, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, FL and to all counsel of record.

Respectfully submitted,

JEFFREY D. WEINKLE, ESQ.
1035 NW 11th Avenue
Miami, FL 33136-2911
Tel: 305-373-4445
Fax: 305-545-8514

JEFFREY D. WEINKLE
FBN: 271934