UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

ARIEL HERNANDEZ, et al.,

    *Defendant,*

_____/

### ORDER ON DEFENDANT, ARIEL HERNANDEZ'S EX PARTE MOTION FOR APPOINTMENT OF AN ADDITIONAL ATTORNEY WITH EXPERIENCE IN CAPITAL LITIGATION TO ASSIST ASSIGNED COUNSEL

THIS CAUSE came on to be heard on the Defendant Ariel Hernandez's Ex Parte Motion For Appointment of An Additional Attorney With Experience In Capital Litigation, etc., and this Court having heard argument of counsel, or being otherwise advised in the premises, it is hereby:

ORDERED AND ADJUDGED that

1. Defendant, Ariel Hernandez's Motion is hereby GRANTED.

2. The Court finds that appointment of counsel "learned in the law applicable to capital cases" to assist assigned counsel is required pursuant to 18 U.S.C. §3005 and 21 U.S.C. §848 (q)(4) and (7), and hereby appoints: William Matthewman, Esq.

DONE AND ORDERED this 28th day of Dec., 2000 at Miami, Southern District of Florida.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc: Honorable Paul C. Huck
    Jeffrey Weinkle, Esq.