UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

ARIEL HERNANDEZ, et al.,

    *Defendant,*
_____/



## SECOND UNOPPOSED MOTION BY DEFENDANT, ARIEL HERNANDEZ TO ENLARGE TIME TO FILE MOTIONS

THE DEFENDANT, ARIEL HERNANDEZ, by and through the undersigned counsel, respectfully moves this Honorable Court for entry of an Order enlarging the time to file trial motions, and in support thereof would state:

1. Trial of this matter has been set for September 3, 2001. The Defendant's motions are due to be filed on February 1, 2000.

2. Because of the time required to review the extensive discovery and the investigative materials received to-date, as well as the complexity of the issues to be addressed, the Defendant has not been able to complete preparation of pre-trial motions.

3. The Defendant is requesting a 30 day extension to file motions.

4. The undersigned counsel for the Defendant has discussed this Motion with AUSA Jeffrey Sloman and AUSA Larry Lavecchio, who have represented that the Government has no objection to the extension requested.

WHEREFORE the Defendant requests that this Court enter its Order enlarging the time for filing motions by 30 days so that motions will be due on March 3, 2001.

NON-COMPLIANCE OF S.D. Fla. L.R. 3.1(?)(A)(4).

<u>United States v. Ariel Hernandez</u>
CASE NO. 00-6273-CR-HUCK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/delivered this 31 day of Jan., 2001 to: UNITED STATES ATTORNEY'S OFFICE, LARRY LaVECCIO, 99 N.E. 4th Street, Miami, FL 33132; and to:

Richard Houlihan, Esq.
Suite 310
300 Aragon Avenue
Coral Gables, FL 33134
(Attorney for Trentacosta)

Fred Haddad, Esq.
101 NE Third Avenue
Suite 202
Ft. Lauderdale, FL 33301
(Attorney for Massaro)

Samuel D. Deluca
3451 John F. Kennedy Blvd.
Jersey City, New Jersey 07307
(Attorney for Ruggiero)

Donald Spadero, Esq.
1000 S. Federal Highway
Suite 103
Ft. Lauderdale, FL 33316
(Attorney for Chiusano)

Michael Smith, Esq.
633 SE 3rd Street
Suite 4F
Ft. Lauderdale, Fl
(Attorney for Silverman)

Alejandro Taquechel, Esq.
Suite 238
3750 W. 16th Avenue
Hialeah, FL 33012
(Attorney for Carlos Garcia)

Thomas Almon, Esq.
321 NE 26th Street
Miami, FL 33137
(Attorney for Monico)

Manuel Gonzalez, Esq.
782 NW Le Jeune Road
Suite 440
Miami, FL 33126
(Attorney for Banks)

JEFFREY D. WEINKLE, P.A.
1035 NW 11th Avenue
Miami, FL 33136-2911
Tel: 305-373-4445
Fax: 305-545-8514

JEFFREY D. WEINKLE