

FILED by _____ D.C.

FEB 0 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.- MIAMI

CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE
PAUL C. HUCK

======================================================================

CASE NO. 00-6273-CR                                      DATE 2-5-2001

CLERK    Valerie Thompkins            REPORTER LARRY HERR

USPO     _____    INTERPRETER_____

        UNITED STATES OF AMERICA   vs. ANTHONY TRENTACOSTA et al.,

_____

AUSA JEFFREY SLOMAN &              DEFENSE CSL. ALL COUNSEL OF
     LAWRENCE LAVECCHIO                         RECORD

_____

Defendant(s) Present_____Not Present XX  In Custody_____

TYPE OF HEARING SPECIAL STATUS CONFERENCE

RESULT OF HEARING COURT GRANT'S DEFENDANT'S MOTION'S FOR

EXTENSION OF TIME FILE ATTY RICHARD HOULIHAN TO FILE ORDER WITHIN

5 DAYS. JUDGE BROWN TO HEAR PENDING MOTION ON DEFENDANT CJA MOTION

FEE'S. COUNSEL TO FILE A STATUS REPORT TO THE COURT WITHIN 10 DAYS

RE: TRIAL DATE AND THERE AVAILABILITY.

======================================================================

NEW DATES SET BY COURT

Defense P/T/Motions       _____    Trial Date _____

Govt. Resp to P/T/Motions_____     Further S/C _____

Change of Plea  _____

