UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

ARIEL HERNANDEZ, et al.,

    *Defendant,*
_____/



## UNOPPOSED MOTION TO ENLARGE TIME TO FILE EX-PARTE REPORT

THE DEFENDANT, ARIEL HERNANDEZ, by and through the undersigned counsel, respectfully moves this Honorable Court for entry of an Order enlarging the time within which to file the Court Ordered Ex-Parte Report, and in support thereof would state:

1. At a status conference held on February 5, 2001 the Court directed counsel for the Defendant, Ariel Hernandez, to submit an Ex-Parte Report which outlines the anticipated preparation necessary to make the defense submission the Government in opposition of the Death Penalty.

2. Fewer than 60 days have elapsed since the Court appointed William D. Matthewman, Esq. to assist the undersigned with regard to the Capital Penalty Issues.

3. On February 5, 2001, Mr. Matthewman began trial in the matter of *USA v. Ramsay, Nigel*, Case No. 99-8150 CR RYSKAMP which the parties hope to conclude by February 15, 2001. Mr. Matthewman has advised the undersigned, that as a result of his participation in the *Ramsey* trial, he will be unable to complete the Ex-Parte Report by the close of business today Friday, February 9, 2001 and requests that the Court enlarge the time for filing this report until the close of business on

NON-COMPLIANCE OF S.D. Fla. L.R. 7.1A4

*United States v. Ariel Hernandez*
CASE NO. 00-6273-CR-HUCK

Monday, February 12, 2001.[1]

    4. The undersigned has conferred with AUSA Larry Levicchio who has stated that the Government has no objection to the Granting of this Motion..

    WHEREFORE, the Defendant respectfully moves this Honorable Court to enter its Order enlarging the time for filing the Ex-Parte Report until the close of business on Monday, February 12, 2001.

                                         Respectfully submitted,

_____      For: _____
JEFFREY D. WEINKLE, ESQ.           WILLIAM D. MATTHEWMAN
FBN: 271934                                     FBN: 372757

---

[1] The Court will recall that at the Status Conference, the undersigned announced that he was also standing in for Mr. Matthewman, who was beginning trial before Judge Ryskamp that same morning.

<u>United States v. Ariel Hernandez</u>
CASE NO. 00-6273-CR-HUCK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/delivered this __9th__ day of __February__, 2001, to: UNITED STATES ATTORNEY'S OFFICE, **AUSA Jeffrey Sloman and AUSA Lawrence Lavecchio**, 500 E. Broward Blvd., Ft. Lauderdale, FL 33394 (Fax: 954-356-7230); and to:

Richard Houlihan, Esq.
Suite 310
300 Aragon Avenue
Coral Gables, FL 33134
(Attorney for Trentacosta)

Fred Haddad, Esq.
101 NE Third Avenue
Suite 202
Ft. Lauderdale, FL 33301
(Attorney for Massaro)

Samuel D. Deluca
3451 John f. Kennedy Blvd.
Jersey City, New Jersey 07307
(Attorney for Ruggiero)

Donald Spadero, Esq.
1000 S. Federal Highway
Suite 103
Ft. Lauderdale, FL 33316
(Attorney for Chiusano)

Michael Smith, Esq.
633 SE 3rd Street
Suite 4F
Ft. Lauderdale, Fl
(Attorney for Silverman)

Alejandro Taquechel, Esq.
Suite 238
3750 W. 16th Avenue
Hialeah, FL 33012
(Attorney for Carlos Garcia)

Thomas Almon, Esq.
321 NE 26th Street
Miami, FL 33137
(Attorney for Monico)

Manuel Gonzalez, Esq.
782 NW Le Jeune Road
Suite 440
Miami, FL 33126
(Attorney for Banks)

JEFFREY D. WEINKLE, P.A.
1035 NW 11th Avenue
Miami, FL 33136-2911
Tel: 305-373-4445
Fax: 305-545-8514

_____
JEFFREY D. WEINKLE