UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK



UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

ARIEL HERNANDEZ, et al.,

    *Defendant,*

_____/

## ORDER ON
## DEFENDANT, ARIEL HERNANDEZ'S
## UNOPPOSED MOTION TO ENLARGE TIME TO FILE EX-PARTE REPORT

THIS CAUSE came on to be heard on the Defendant Ariel Hernandez's Unopposed Motion to Enlarge Time to File Ex-Parte Report and the Court having been advised in the premises and being further advised that the Government has no objection to the relief sought, it is hereby,

ORDERED AND ADJUDGED that:

1. Defendant, Ariel Hernandez's Motion is hereby GRANTED.

2. The time to file the Ex-Parte Report is hereby enlarged to the close of business on February 12, 2001.

DONE AND ORDERED this 9th day of February, 20 01 at Miami, Southern District of Florida.

    PAUL C. HUCK
    U.S. DISTRICT COURT JUDGE