UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

ARIEL HERNANDEZ, et al.,

    *Defendant,*
_____/

## MOTION TO ADOPT CO-DEFENDANT'S MOTIONS

THE DEFENDANT, **ARIEL HERNANDEZ**, by and through the undersigned counsel respectfully moves this Honorable Court for leave to adopt all motions of all co-defendants, insofar as this defendant may have standing, and in support thereof would state:

1. In order to eliminate unjustifiable expense and delay, the Defendant hereby adopts, as more fully set forth therein, all grounds set forth therein, all grounds as set forth in co-defendant's motion(s), all objections to and appeals from orders or pre-trial motions(s) and all evidence adduced in support of the motion(s) as filed and/or argued.

2. Defendant hereby adopts each and every Memorandum of Law and each point as raised therein in support of any such motion.

3. Defendant requests adoption of each motion and appeal insofar as they do not conflict with his interests in the instant cause.

4. This motion is made in good faith and in order to avoid unnecessary delay.

WHEREFORE, the defendant requests this Honorable Court to enter its Order granting this Motion to Adopt Co-Defendants' Motions.

<u>United States v. Ariel Hernandez</u>
CASE NO. 00-6273-CR-HUCK

The undersigned has attempted to contact AUSA Jeffrey Sloman and AUSA Larry Levicchio regarding the Government's position with regard to this Motion, however, neither was available for comment.

WHEREFORE, the Defendant respectfully moves this Honorable Court to enter its Order

Respectfully submitted,

JEFFREY D. WEINKLE, ESQ.
FBN: 271934

<u>United States v. Ariel Hernandez</u>
CASE NO. 00-6273-CR-HUCK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/delivered this __2nd__ day of __March__, 20_01_ to: United States Attorney's Office, AUSA LARRY LaVECCIO, 99 N.E. 4th Street, Miami, FL 33132; and to:

Richard Houlihan, Esq.
Suite 310
300 Aragon Avenue
Coral Gables, FL 33134
(Attorney for Trentacosta)

Fred Haddad, Esq.
101 NE Third Avenue
Suite 202
Ft. Lauderdale, FL 33301
(Attorney for Massaro)

Samuel D. Deluca
3451 John F. Kennedy Blvd.
Jersey City, New Jersey 07307
(Attorney for Ruggiero)

Donald Spadero, Esq.
1000 S. Federal Highway
Suite 103
Ft. Lauderdale, FL 33316
(Attorney for Chiusano)

Michael Smith, Esq.
633 SE 3rd Street
Suite 4F
Ft. Lauderdale, Fl
(Attorney for Silverman)

Alejandro Taquechel, Esq.
Suite 238
3750 W. 16th Avenue
Hialeah, FL 33012
(Attorney for Carlos Garcia)

Thomas Almon, Esq.
321 NE 26th Street
Miami, FL 33137
(Attorney for Monico)

Manuel Gonzalez, Esq.
782 NW Le Jeune Road
Suite 440
Miami, FL 33126
(Attorney for Banks)

JEFFREY D. WEINKLE, ESQ.
1035 NW 11th Avenue
Miami, FL 33136-2911
Tel: 305-373-4445
Fax: 305-545-8514

JEFFREY D. WEINKLE

3