UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK



UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

ARIEL HERNANDEZ, et al.,

    *Defendant,*

_____/

### MOTION TO EXPAND TIME TO FILE ADDITIONAL MOTIONS

THE DEFENDANT, **ARIEL HERNANDEZ,** by and through the undersigned counsel, respectfully moves this Honorable Court for entry of an Order expanding the time within which to file additional motions, and in support thereof would state:

1. This Court has entered its Order directed that pre-trial motions be filed by March 2, 2001.

2. In previous status conferences the Court acknowledged that there may be additional motions which the parties may seek to file based upon future discovery received and other issues that may arise.

3. The Defendant anticipates that the he will seek to file additional Motions upon receipt of additional discovery. For example, although the Defendant has filed a Motion to Suppress Confessions, Admissions and Statements, this Motion is predicated upon grounds not related to the sufficiency of the Arrest Warrant for First Degree Murder. As of this date, the Affidavit upon which the Warrant was issued remains sealed and in the custody of the Broward County Clerk's Office. The undersigned and the Defendant's counsel in the State proceedings have been unable to obtain this Affidavit as of this date. Additionally, the undersigned has also been informed that neither the State



*United States v. Ariel Hernandez*
CASE NO. 00-6273-CR-HUCK

nor the Federal prosecutors have been able to obtain this document.

4. Further, the Defendant has received no documentation in the form of either a Search Warrant or a Written Consent to Search which would justify the search of the apartment that the Defendant shared with his girlfriend, Tammy Bubel. It is anticipated that upon receipt of these documents, the Defendant may desire to file a Motion to Suppress Physical Evidence seized during this search.

5. A Motion to Sever The Trial of the Defendants predicated upon *Bruton v. United States*, 391 U.S. 123, 88 S.Ct. 1620, 20 L.Ed 2d 476 (S.Ct. U.S. 1968) may also be appropriate upon receipt of the statements of various co-defendants.

6. Finally, the government has informed the undersigned that it will seek to introduce testimony against Defendant, Trentacosta, to the effect that he defrauded or attempted to defraud the U.S. Government of millions of dollars in tax revenue in connection with a massive oil and gas scheme. The government has displayed, although not yet produced, a transcript of their witness' testimony which stood approximately two feet high when stacked on the table. In anticipation that this and similar information may be developed in the future, the Defendant anticipates that he may file a Motion for Relief From Prejudicial Joinder pursuant to Rule 14, Federal Rules of Criminal Procedure.

WHEREFORE, predicated upon inability to obtain the necessary documents to file pleadings, including motions to suppress evidence or statements the Defendant hereby moves this Court to extend the time for filing pleadings predicated upon receipt of the Arrest Warrant and additional discovery and investigative materials.

*United States v. Ariel Hernandez*
*CASE NO. 00-6273-CR-HUCK*

nor the Federal prosecutors have been able to obtain this document.

4. Further, the Defendant has received no documentation in the form of either a Search Warrant or a Written Consent to Search which would justify the search of the apartment that the Defendant shared with his girlfriend, Tammy Bubel. It is anticipated that upon receipt of these documents, the Defendant may desire to file a Motion to Suppress Physical Evidence seized during this search.

5. A Motion to Sever The Trial of the Defendants predicated upon *Bruton v. United States*, 391 U.S. 123, 88 S.Ct. 1620, 20 L.Ed 2d 476 (S.Ct. U.S. 1968) may also be appropriate upon receipt of the statements of various co-defendants.

6. Finally, the government has informed the undersigned that it will seek to introduce testimony against Defendant, Trentacosta, to the effect that he defrauded or attempted to defraud the U.S. Government of millions of dollars in tax revenue in connection with a massive oil and gas scheme. The government has displayed, although not yet produced, a transcript of their witness' testimony which stood approximately two feet high when stacked on the table. In anticipation that this and similar information may be developed in the future, the Defendant anticipates that he may file a Motion for Severance under Rules 8(b) and 14, Federal Rules of Criminal Procedure.

WHEREFORE, predicated upon inability to obtain the necessary documents to file pleadings, including motions to suppress evidence or statements the Defendant hereby moves this Court to extend the time for filing pleadings predicated upon receipt of the Arrest Warrant and additional discovery and investigative materials.

<u>United States v. Ariel Hernandez</u>
CASE NO. 00-6273-CR-HUCK

The undersigned has attempted to contact AUSA Larry Levicchio regarding the Government's position with regard to this Motion, however, he was available for comment.

WHEREFORE, the Defendant respectfully moves this Honorable Court to enter its Order

Respectfully submitted,

JEFFREY D. WEINKLE, ESQ.
FBN: 271934

3

*United States v. Ariel Hernandez*
CASE NO. 00-6273-CR-HUCK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/delivered this __2nd__ day of __March__, 2001, to: United States Attorney's Office, AUSA Lawrence Lavecchio, 500 E. Broward Blvd., Ft. Lauderdale, FL 33394 (Fax: 954-356-7230); and to:

Richard Houlihan, Esq.
Suite 310
300 Aragon Avenue
Coral Gables, FL 33134
(Attorney for Trentacosta)

Fred Haddad, Esq.
101 NE Third Avenue
Suite 202
Ft. Lauderdale, FL 33301
(Attorney for Massaro)

Samuel D. Deluca
3451 John F. Kennedy Blvd.
Jersey City, New Jersey 07307
(Attorney for Ruggiero)

Donald Spadero, Esq.
1000 S. Federal Highway
Suite 103
Ft. Lauderdale, FL 33316
(Attorney for Chiusano)

Michael Smith, Esq.
633 SE 3rd Street
Suite 4F
Ft. Lauderdale, Fl
(Attorney for Silverman)

Alejandro Taquechel, Esq.
Suite 238
3750 W. 16th Avenue
Hialeah, FL 33012
(Attorney for Carlos Garcia)

Thomas Almon, Esq.
321 NE 26th Street
Miami, FL 33137
(Attorney for Monico)

Manuel Gonzalez, Esq.
782 NW Le Jeune Road
Suite 440
Miami, FL 33126
(Attorney for Banks)

JEFFREY D. WEINKLE, ESQ.
1035 NW 11th Avenue
Miami, FL 33136-2911
Tel: 305-373-4445
Fax: 305-545-8514

JEFFREY D. WEINKLE

4