UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK



UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

ARIEL HERNANDEZ, et al.,

    *Defendant,*

_____/

### REQUEST TO DISCLOSE EXPERT TESTIMONY

THE DEFENDANT, ARIEL HERNANDEZ, by and through the undersigned counsel, pursuant to F.R.Cr.P. 16(E), respectfully requests that the Government disclose to defense counsel a written summary of any testimony the Government reasonably expects to offer at trial under Rule 702, 703 or 705 of the Federal Rules of Evidence.

It is further requested that the summary describe the opinions of the witnesses, the bases and reasons for those opinions and the qualifications of the witnesses.

The undersigned has conferred with contact AUSA Jeffrey Sloman and AUSA Larry Levicchio who have informed the undersigned that the Government's does not oppose this request.

WHEREFORE, the Defendant respectfully moves this Honorable Court to grant this Motion.

                          Respectfully submitted,

                          JEFFREY D. WEINKLE, ESQ.
                          FBN: 271934

*United States v. Ariel Hernandez*
CASE NO. 00-6273-CR-HUCK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/delivered this __2nd__ day of __March__, 20_01_ to: United States Attorney's Office, AUSA LARRY LaVECCIO, 99 N.E. 4th Street, Miami, FL 33132; and to:

Richard Houlihan, Esq.
Suite 310
300 Aragon Avenue
Coral Gables, FL 33134
(Attorney for Trentacosta)

Fred Haddad, Esq.
101 NE Third Avenue
Suite 202
Ft. Lauderdale, FL 33301
(Attorney for Massaro)

Samuel D. Deluca
3451 John f. Kennedy Blvd.
Jersey City, New Jersey 07307
(Attorney for Ruggiero)

Donald Spadero, Esq.
1000 S. Federal Highway
Suite 103
Ft. Lauderdale, FL 33316
(Attorney for Chiusano)

Michael Smith, Esq.
633 SE 3rd Street
Suite 4F
Ft. Lauderdale, Fl
(Attorney for Silverman)

Alejandro Taquechel, Esq.
Suite 238
3750 W. 16th Avenue
Hialeah, FL 33012
(Attorney for Carlos Garcia)

Thomas Almon, Esq.
321 NE 26th Street
Miami, FL 33137
(Attorney for Monico)

Manuel Gonzalez, Esq.
782 NW Le Jeune Road
Suite 440
Miami, FL 33126
(Attorney for Banks)

JEFFREY D. WEINKLE, ESQ.
1035 NW 11th Avenue
Miami, FL 33136-2911
Tel: 305-373-4445
Fax: 305-545-8514

JEFFREY D. WEINKLE

2