

FILED by _V_ D.C.

MAR 0 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE _Paul C. Huck_

=============================================================

CASE NO. _00-6273-CR_    DATE _3-6-01_

CLERK   _Valerie Thompkins_    REPORTER _Larry Herr_

USPO   _____    INTERPRETER _____

UNITED STATES OF AMERICA   vs. _Anthony Trentacosta et Al_

AUSA _Lawrence LaVecchio_    DEFENSE CSL. _Richard Houlihan_

Defendant(s) Present_____ Not Present _X_ In Custody_____

TYPE OF HEARING _Special Status Conference_

RESULT OF HEARING _Defense Oral Tenus_
_motion to Continue Trial_
_is hereby Granted_

=============================================================

### NEW DATES SET BY COURT

Defense P/T/Motions _Cut-off 3-30-01_   Trial Date _11-19-01_

Govt. Resp to P/T/Motions_____   Further ~~&~~ _Calendar Call 11-14-01_

Change of Plea  _____

[ ] The Court finds that the time between now and the time of
trial, to wit: _3-6-01_ thru _11-30-01_ to be excludable
pursuant to the Speedy Trial Act.

