00-6273.03

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6273 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ARIEL HERNANDEZ,

    Defendant.
_____/



## ORDER ON MOTION TO ADOPT CO-DEFENDANTS MOTIONS

This Cause is before the Court on Defendant Ariel Hernandez's Motion Adopt Co-Defendant's Motions, filed March 2, 2001. This Court having reviewed the motion and being otherwise fully advised, it is **ORDERED AND ADJUDGED** as follows:

1. To the extent that Defendant seeks to adopt a certain Motion or Motions filed by Co-Defendants, he shall file a Notice of Adoption within the motion filing deadline as to that motion or motions.

2. The Motion is **GRANTED** to the extent that Defendant will be deemed to have adopted all timely filed motions as to which he has filed a timely Notice of Adoption.

**DONE AND ORDERED** this 6th day of March, 2001 at Miami, Florida.

_____
STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
       counsel on attachment

Jeffrey H. Sloman, Esq. (AUSA)
Larry LaVecchio, Esq.
Richard Houlihan, Esq.
Samuel Deluca, Esq.
Jeffrey Weinkle, Esq.
Donald Spadero, Esq.
Michael Smith, Esq.
Fred Haddad, Esq.
Alejandro Taquechel, Esq.
Thomas Almon, Esq.
Manuel Gonzalez, Esq.

Case 0:00-cr-06273-PCH    Document 210    Entered on FLSD Docket 03/08/2001    Page 2 of 2