00-6273.ob

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6273 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ARIEL HERNANDEZ,

    Defendant.
_____/



## ORDER ON REQUEST TO DISCLOSE EXPERT TESTIMONY

This Cause is before the Court on Defendant Ariel Hernandez' Request to Disclose Expert Testimony, filed March 2, 2001. This Court having reviewed the motion and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that to the extent the Request seeks relief from the Court, the Request is hereby **DENIED** as moot, based on the representation in the Request that the Government does not opposed the request.

**DONE AND ORDERED** this 6th day of March, 2001 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
        Jeffrey H. Sloman, Esq. (AUSA)
        Larry LaVecchio, Esq.
        Richard Houlihan, Esq.
        Samuel Deluca, Esq.
        Jeffrey Weinkle, Esq.
        Donald Spadero, Esq.
        Michael Smith, Esq.
        Fred Haddad, Esq.
        Alejandro Taquechel, Esq.
        Thomas Almon, Esq.
        Manuel Gonzalez, Esq.