UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

ARIEL HERNANDEZ, et al.,

    *Defendant,*

_____/



## MOTION TO EXTEND TIME TO FILE MOTIONS

THE DEFENDANT, ARIEL HERNANDEZ, by and through the undersigned counsel, respectfully moves this Honorable Court for entry of an Order extending the time to file additional motions, and in support thereof would state:

1. As of this date, the defendant has filed a number of defensive motions. Some of these motions were complex and raised novel issues of law and fact.

2. In addition to the motions filed on behalf of this defendant, other counsel have also filed motions. To the extent possible, the various defendants have adopted relevant motions filed by each other. However, due to the complex issues presented by this case and the concurrent prosecution in State Court on inconsistent theories of prosecution, the defendant has continued his research directed toward the filing of additional defensive motions.

3. The voluminous discovery received to-date, as well as the time devoted to preparation of the motions filed already requires the defendant to request that this Court grant an additional 13 days to file additional motions.

WHEREFORE, the Defendant respectfully moves this Honorable Court to enter its Order

United States v. Ariel Hernandez
CASE NO. 00-6273-CR-HUCK

granting this Motion and extending the time for filing motions until April 13, 2001.

Respectfully submitted,

JEFFREY D. WEINKLE, ESQ.
FBN. 271934

<u>United States v. Ariel Hernandez</u>
CASE NO. 00-6273-CR-HUCK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/delivered this __30th__ day of __March__, 2001, to: UNITED STATES ATTORNEY'S OFFICE, **AUSA Jeffrey Sloman and AUSA Lawrence Lavecchio**, 500 E. Broward Blvd., Ft. Lauderdale, FL 33394 (Fax: 954-356-7230); and to:

Richard Houlihan, Esq.
Suite 310
300 Aragon Avenue
Coral Gables, FL 33134
(Attorney for Trentacosta)

Fred Haddad, Esq.
Suite 2612
One Financial Plaza
Ft. Lauderdale, FL 33394
(Attorney for Massaro)

Samuel D. Deluca
3451 John F. Kennedy Blvd.
Jersey City, New Jersey 07307
(Attorney for Ruggiero)

Donald Spadero, Esq.
1000 S. Federal Highway
Suite 103
Ft. Lauderdale, FL 33316
(Attorney for Chiusano)

Michael Smith, Esq.
633 SE 3rd Avenue
Suite 4F
Ft. Lauderdale, Fl 33301
(Attorney for Silverman)

Alejandro Taquechel, Esq.
Suite 238
3750 W. 16th Avenue
Hialeah, FL 33012
(Attorney for Carlos Garcia)

Thomas Almon, Esq
321 NE 26th Street
Miami, FL 33137
(Attorney for Monico)

Manuel Gonzalez, Esq.
782 NW Le Jeune Road
Suite 440
Miami, FL 33126
(Attorney for Banks)

JEFFREY D. WEINKLE, ESQ.
1035 NW 11th Avenue
Miami, FL 33136-2911
Tel: 305-373-4445
Fax: 305-545-8514

JEFFREY D. WEINKLE

3