UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

ARIEL HERNANDEZ, et al.,

    *Defendant,*

_____/

## SUPPLEMENT TO
## MOTION TO EXPAND TIME TO FILE ADDITIONAL MOTIONS

THE DEFENDANT, **ARIEL HERNANDEZ**, by and through the undersigned counsel, respectfully moves this Honorable Court for entry of an Order expanding the time within which to file additional motions, and in support thereof would state:

1. The Defendant has previously filed his Motion to Expand Time to File Additional Motions. Paragraph 3 of that Motion refers to the fact that the Affidavit which formed the basis for the issuance of the Arrest Warrant for Mr. Hernandez is in the custody of the Broward County Clerk's Office under seal. The Defendant further informs this Court that upon receipt of that Affidavit For Arrest Warrant, the Defendant may desire to file additional Motions directed to evidence obtained as a "fruit" of that arrest, including Motions to Suppress Physical Evidence.

WHEREFORE, the Defendant respectfully moves this Honorable Court to enter its Order expanding the time to file additional motions based upon the Affidavit For Arrest Warrant.

Respectfully submitted,

JEFFREY D. WEINKLE, ESQ
FBN: 271934

*United States v. Ariel Hernandez*
CASE NO. 00-6273-CR-HUCK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/delivered this __30th__ day of __March__, 2001, to: United States Attorney's Office, AUSA Lawrence Lavecchio, 500 E. Broward Blvd., Ft. Lauderdale, FL 33394 (Fax: 954-356-7230); and to:

Richard Houlihan, Esq.
Suite 310
300 Aragon Avenue
Coral Gables, FL 33134
(Attorney for Trentacosta)

Fred Haddad, Esq.
One Financial Plaza
Suite 2612
Ft. Lauderdale, Fl 33394
(Attorney for Massaro)

Samuel D. Deluca
3451 John F. Kennedy Blvd.
Jersey City, New Jersey 07307
(Attorney for Ruggiero)

Donald Spadero, Esq.
1000 S. Federal Highway
Suite 103
Ft. Lauderdale, FL 33316
(Attorney for Chiusano)

Michael Smith, Esq
633 SE 3rd Street
Suite 4F
Ft. Lauderdale, Fl
(Attorney for Silverman)

Alejandro Taquechel, Esq.
Suite 238
3750 W. 16th Avenue
Hialeah, FL 33012
(Attorney for Carlos Garcia)

Thomas Almon, Esq.
321 NE 26th Street
Miami, FL 33137
(Attorney for Monico)

Manuel Gonzalez, Esq
782 NW Le Jeune Road
Suite 440
Miami, FL 33126
(Attorney for Banks)

JEFFREY D. WEINKLE, ESQ.
1035 NW 11th Avenue
Miami, FL 33136-2911
Tel: 305-373-4445
Fax: 305-545-8514

JEFFREY D. WEINKLE

2