UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK

FILED BY _____ D.

01 MAR 30 PM 2: 12

CLARENCE MADDOX
CLERK U. S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

ARIEL HERNANDEZ, et al.,

    *Defendant,*

_____/

## SECOND MOTION TO ADOPT PLEADINGS

THE DEFENDANT, **ARIEL HERNANDEZ**, by and through the undersigned counsel respectfully moves this Honorable Court for leave to adopt the following Motion, filed on behalf of co-defendants:

1. The Defendant hereby adopts the following Motions and each Memorandum of Law and each point as raised therein in support of said Motions:

<u>Filed on behalf of Frederick Massaro</u>:

a. Motion to Dismiss Indictment, Rico Conspiracy;

b. Motion For Extension Of Time To File Death Related Motions, etc.;

c. Initial Motion To Dismiss Murder Related Counts;

d. Motion For Rule 104(c) Hearing Regarding Rule 404(b) Evidence, etc.;

e. Request For Specific Brady Material, etc.;

d. Motion To Suppress Evidence Derived From Illegal Electronic Surveillance In State Proceeding, etc.

e. Motion To Exclude 404(b) Evidence [403 and 404 Objection], etc.;

<u>United States v. Ariel Hernandez</u>
CASE NO. 00-6273-CR-HUCK

 f. Motion For Accelerated Disclosure Of Brady, Jenks, Kyle, Agurs Related Materials.

<u>Filed on behalf of Anthony Trentacosta</u>:

 a. Motion to Suppress Wiretaps   DE 228

 b. Motion to Sever Defendants   DE 227

<u>Filed on behalf of Julius Chiusano</u>:   DE 197

 a. Motion for Severance of Counts 17, 18, 19 and 20.

2. This motion is made in good faith and in order to avoid unnecessary delay.

WHEREFORE, the defendant requests this Honorable Court to enter its Order granting this Motion to Adopt Co-Defendants' Motions.

           Respectfully submitted,

           JEFFREY D. WEINKLE, ESQ.
           FBN: 271934

2

*United States v. Ariel Hernandez*
CASE NO. 00-6273-CR-HUCK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/delivered this __29th__ day of __March__, 20_01_ to: United States Attorney's Office, AUSA LARRY LaVECCIO, 99 N.E. 4th Street, Miami, FL 33132; and to:

Richard Houlihan, Esq.
Suite 310
300 Aragon Avenue
Coral Gables, FL 33134
(Attorney for Trentacosta)

Fred Haddad, Esq.
Suite 2612
One Financial Plaza
Ft. Lauderdale, FL 33394
(Attorney for Massaro)

Samuel D. Deluca
3451 John f. Kennedy Blvd.
Jersey City, New Jersey 07307
(Attorney for Ruggiero)

Donald Spadero, Esq.
1000 S. Federal Highway
Suite 103
Ft. Lauderdale, FL 33316
(Attorney for Chiusano)

Michael Smith, Esq.
633 SE 3rd Street
Suite 4F
Ft. Lauderdale, Fl
(Attorney for Silverman)

Alejandro Taquechel, Esq.
Suite 238
3750 W. 16th Avenue
Hialeah, FL 33012
(Attorney for Carlos Garcia)

Thomas Almon, Esq.
321 NE 26th Street
Miami, FL 33137
(Attorney for Monico)

Manuel Gonzalez, Esq.
782 NW Le Jeune Road
Suite 440
Miami, FL 33126
(Attorney for Banks)

JEFFREY D. WEINKLE, ESQ.
1035 NW 11th Avenue
Miami, FL 33136-2911
Tel: 305-373-4445
Fax: 305-545-8514

JEFFREY D. WEINKLE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

ARIEL HERNANDEZ, et al.,

    *Defendant,*

_____/

## ORDER GRANTING DEFENDANT'S SECOND MOTION TO ADOPT PLEADINGS

THIS CAUSE having come on to be heard on the Defendant's Second Motion to Adopt Pleadings, and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that:

1. The defendant's Motion to Adopt Pleadings is hereby GRANTED.

2. Defendant, Ariel Hernandez shall be permitted to adopt the following Motions:

Filed on behalf of Defendant, Frederick Massero:

a. Motion to Dismiss Indictment, Rico Conspiracy;

b. Motion For Extension Of Time To File Death Related Motions, etc.;

c. Initial Motion To Dismiss Murder Related Counts;

d. Motion For Rule 104(c) Hearing Regarding Rule 404(b) Evidence, etc.;

e. Request For Specific Brady Material, etc.;

d. Motion To Suppress Evidence Derived From Illegal Electronic Surveillance In State Proceeding, etc.

<u>United States v. Ariel Hernandez</u>
CASE NO. 00-6273-CR-HUCK

    e. Motion To Exclude 404(b) Evidence [403 and 404 Objection], etc.;

    f. Motion For Accelerated Disclosure Of Brady, Jenks, Kyle, Agurs Related Materials.

<u>Filed on behalf of Anthony Trentacosta</u>:

    a. Motion to Suppress Wiretaps

    b. Motion to Sever Defendants

<u>Filed on behalf of Julius Chiusano</u>:

    a. Motion for Severance of Counts 17, 18, 19 and 20.

DONE AND ORDERED in Miami, Dade County, Southern District of Florida, this

_____ day of _____, 20_____.

                                               PAUL C. HUCK
                                               U.S. DISTRICT COURT JUDGE

Copies furnished to:
Jeffrey D. Weinkle, Esq.
All other counsel of record