00-6273.og

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6273 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ARIEL HERNANDEZ, et al.,

    Defendants.
_____/



### ORDER GRANTING SECOND MOTION TO ADOPT PLEADINGS

This Cause is before the Court on Defendant Ariel Hernandez' Second Motion to Adopt Pleadings, filed March 30, 2001. This Court having reviewed the motion and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**, and Defendant Hernandez is hereby deemed to have adopted the following Motions:

Filed on behalf of Frederick Massaro:

A.    Motion to Dismiss Indictment, RICO Conspiracy;

B.    Motion for Extension of Time to File Death Related Motions, etc.;

C.    Initial Motion to Dismiss Murder Related Counts;

D.    Motion for Rule 104(c) Hearing Regarding Rule 404(b) Evidence, etc.;

E.    Request for Specific Brady Material, etc.;

F.    Motion to Suppress Evidence Derived From Illegal Electronic Surveillance in State Proceedings, etc.;

G.    Motion to Exclude 404(b) Evidence [403 and 404 Objection] etc.;

H.    Motion for Accelerated Disclosure of Brady, Jencks, Kyle, Agurs Related Materials;

<u>Filed on behalf of Anthony Trentacosta</u>:

A. Motion to Suppress Wiretaps;

B. Motion to Sever Defendants;

<u>Filed on behalf of Julius Chiusano</u>:

A. Motion for Severance of Counts 17, 18, 19 and 20.

**DONE AND ORDERED** this *16th* day of April, 2001 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc: Honorable Paul C. Huck
Jeffrey H. Sloman, Esq. (AUSA)
Larry LaVecchio, Esq.
Richard Houlihan, Esq.
Samuel Deluca, Esq.
Jeffrey Weinkle, Esq.
Donald Spadero, Esq.
Michael Smith, Esq.
Fred Haddad, Esq.
Alejandro Taquechel, Esq.
Thomas Almon, Esq.
Manuel Gonzalez, Esq.

2