UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

*Plaintiff,*

vs.

ARIEL HERNANDEZ, et al.,

*Defendant,*
_____/

## NOTICE OF PENDING DEFENSE MOTIONS
## FILED BY ARIEL HERNANDEZ

THE DEFENDANT, **ARIEL HERNANDEZ,** by and through the undersigned counsel, hereby notifies all parties that the following motions which have been filed on his behalf remain pending:

1. Motion for Disclosure of Rule 404 Evidence and Memorandum of Law

2. Motion for a Pre-trial James Hearing and in the Alternative to Adhere to the Preferred Order of Proof and Memorandum of Law

3. Request to Disclose Expert Testimony[1]

4. Defendant's Motion for Discovery and Suppression of Co-conspirator's Statements and Incorporated Memorandum of Law

5. Request for Specific Brady Material and Memorandum of Law and for Immediate Disclosure

6. Second Motion to Adopt Pleadings

NON-COMPLIANCE OF S.D. Fla. L.R.

---

[1] Magistrate Judge Brown has entered a Report and Recommendation on this Motion, however, the District Court has not yet entered its Order.

*United States v. Ariel Hernandez*
CASE NO. 00-6273-CR-HUCK

    7. Motion to Expand Time to File Additional Motions[2]

    8. Supplement to Motion to Expand Time to File Additional Motions

    9. Motion to Sever the Trial of All Co-defendants or in the Alternative Motion in Limine to Preclude Introduction of Statements Made by Co-defendants after Ariel Hernandez Was No Longer a Member of the Conspiracy

    10. Motion to Sever Counts 17 and 18 and To Strike Allegations of the Murder of Jeannette Smith

    11. Motion to Suppress Confessions, Admissions and Statements

    12. Motion to Suppress Intercepted Wire Communications

    13. Motion to Strike Government's Discovery Response for Failure to Provide True and Accurate Copies of Intercepted Wire Communications and to Order Production of "Line Sheets"

    WHEREFORE, the Defendant respectfully moves this Honorable Court to enter its Order

    Respectfully submitted,

    JEFFREY D. WEINKLE, ESQ.
    FBN: 271934

---

[2] This Motion, as well as that listed in paragraph 8, address additional motions anticipated to be filed upon receipt of further discovery.

2

*United States v. Ariel Hernandez*
*CASE NO. 00-6273-CR-HUCK*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/delivered this __19th__ day of __April__, 2001, to: UNITED STATES ATTORNEY'S OFFICE, **AUSA Jeffrey Sloman and AUSA Lawrence Lavecchio**, 500 E. Broward Blvd., Ft. Lauderdale, FL 33394 (Fax: 954-356-7230); and to:

Richard Houlihan, Esq.
Suite 310
300 Aragon Avenue
Coral Gables, FL 33134
(Attorney for Trentacosta)

Samuel D. Deluca
3451 John f. Kennedy Blvd.
Jersey City, New Jersey 07307
(Attorney for Ruggiero)

Michael Smith, Esq.
633 SE 3rd Avenue
Suite 4F
Ft. Lauderdale, Fl 33301
(Attorney for Silverman)

Thomas Almon, Esq.
321 NE 26th Street
Miami, FL 33137
(Attorney for Monico)

Fred Haddad, Esq.
Suite 2612
One Financial Plaza
Ft. Lauderdale, FL 33394
(Attorney for Massaro)

Donald Spadero, Esq.
1000 S. Federal Highway
Suite 103
Ft. Lauderdale, FL 33316
(Attorney for Chiusano)

~~Alejandro Taquechel, Esq.~~ Albert Levine
Suite 238
3750 W. 16th Avenue
Hialeah, FL 33012
(Attorney for Carlos Garcia)

Manuel Gonzalez, Esq.
782 NW Le Jeune Road
Suite 440
Miami, FL 33126
(Attorney for Banks)

JEFFREY D. WEINKLE, ESQ.
1035 NW 11th Avenue
Miami, FL 33136-2911
Tel: 305-373-4445
Fax: 305-545-8514

*/s/ Jeffrey D. Weinkle*
JEFFREY D. WEINKLE

3