```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA
```

UNITED STATES OF AMERICA,           CASE NO.00-6273-CR-HUCK

        Plaintiff,

vs.                                 NOTICE OF HEARING

ANTHONY TRENTACOSTA,
FRANCIS RUGGIERO,
ARIEL HERNANDEZ,
JULIUS BRUCE CHIUSANO,
ADAM TODD SILVERMAN,
CHARLES PATRICK MONICO,
ANTHONY RAYMOND BANKS,
FREDERICK J. MASSARO,
CARLOS GARCIA,
        Defendant.
_____/


FILED by ___ D.C.
APR 20 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

    PLEASE TAKE NOTICE that the above-entitled cause has been scheduled for a special status hearing on Thursday, June 21, 2001, at 4:00 p.m., before the Honorable PAUL C. HUCK, United States District Judge, at Federal Justice Building, 99 NE 4th Street, 10th Floor, Courtroom #6, Miami, Florida.

    Dated: April 20, 2001

                                        CLARENCE MADDOX, CLERK

                                        By: _____
                                        Valerie Thompkins,
                                        Deputy Clerk

cc: all counsel of record
    U.S. Probation Office
    U.S. Marshals Service
    Pre-Trial Services