UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ANTHONY TRENTACOSTA, et al.

      Defendant.

_____/



FILED by ___ D.C.

JUN 2 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## ORDER RELIEVING COURT APPOINTED COUNSEL

      THIS CAUSE comes before the Court on Defendants' counsel, William D. Matthewman's, June 18, 2001, Motion for Instructions from Court to Counsel Appointed as "Learned Counsel" under 18 U.S.C. § 3005 [DE #: 279-1]. The court having independently reviewed and considered the motion, it is therefore

      ORDERED AND ADJUDGED that William D. Matthewman, Esquire is relieved of his duties as "learned counsel" for Defendant Ariel Hernandez. It is further ORDERED and ADJUDGED that Mr. Matthewman's Motion for Instructions from Court to Counsel Appointed as "Learned Counsel" is hereby GRANTED.

      DONE AND ORDERED in Chambers, Miami, Florida, this 26th day of June, 2001.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record.
Clerk, CJA Desk

