**STEPHEN T. BROWN**
UNITED STATES MAGISTRATE JUDGE

OID-64-1880
tape no.
Criminal minutes

## Calendar

| Start | End | Category | Description |
|---|---|---|---|
| 29 2:00 PM | 2:30 PM | | USA v. ~~Trentacosta~~ Ariel Hernandez 00-6273-CR-PCH Exparte/Fees (30 mins) |

3:35 p.m. - 3:40 p.m.

FILED by MAG. SEC. D.C.
JUL 0 3 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Deft - Jeffrey Weinkle

Hrg held. The Court imposed rate of pay for counsel @ $75.00/hr. in and out of court for this case (Jeffrey Weinkle).

288

Deputy Clerk Stephanie A. Lee

© 2001 Lotus Development Corp.   6/29/01 at 9:40 AM   Page 1