00-6273.o1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6273 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ARIEL HERNANDEZ et. al.

    Defendant.

_____/

**ORDER RE: RENEWED EX-PARTE MOTION FOR FEES AND COSTS**

This Cause is before the Court on Defendants Hernandez and Trentacosta's Renewed Ex-Parte Motions for Approval of Investigative Fees and Costs, filed June 21, 2001. This Court having reviewed the motion, met with counsel, and consulted with the Court's financial department, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** as follows:

    A.    The motion is **GRANTED.**

    B.    Counsel for defendant Hernandez may retain the remainder of the money previously authorized to be used for all services, without prejudice.

    C.    Counsel for Trentacosta is authorized the sum of $1,000.00 for retention of a paralegal to aid in preparation of this case, without prejudice.

**DONE AND ORDERED** this 28th day of June, 2001 at Miami, Florida.

                                                        STEPHEN T. BROWN
                                                        U.S. MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
        Richard Houlihan, Esq.
        Jeffrey Weinkle, Esq.

1