UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO:    00-6181-Cr-HUCK(S)

    Plaintiff,

vs.

HENRY HARRY McFLIKER,

    Defendant.
_____/

## MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR RESTITUTION

COMES NOW, LOVEMORE MBIGI, a victim of fraudulent conduct, by and through undersigned counsel, and files this Memorandum of Law in Support of Motion for Restitution as follows:

The Mandatory Restitution Act of 1996 provides that certain persons are entitled to an Order of Restitution for losses suffered as a direct or proximate result of the commission of offenses to which the Defendant, HENRY McFLIKER, has plead guilty. See **18 USC §3664.** Accordingly, your movant requests restitution pursuant to motion filed herein.

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed and faxed this _23_ day July, 2001, to: Marc S. Nurik, Esquire - Ruden, McClosky, Smith, Schuster & Russell, PA, Attorney for Defendant, 15th Floor, 200 East Broward Blvd., Ft. Lauderdale, FL 33302 and to Susan Snook and Diana Fernandez, Esquire at the Assistant United States Attorney's Office, 500 East Broward Blvd., Ft. Lauderdale, FL 33301.

                ANGONES, HUNTER, McCLURE,
                LYNCH, WILLIAMS & GARCIA, P.A.
                Attorney for Lovemore Mbigi
                66 West Flagler Street
                Ninth Floor - Concord Bldg.
                Miami, FL 33130

BY: _____
      STEVEN K. HUNTER

LAW OFFICES ANGONES, HUNTER, McCLURE, LYNCH, WILLIAMS & GARCIA, P.A.
9TH FLOOR, CONCORD BUILDING, 66 WEST FLAGLER STREET, MIAMI, FL 33130 ● (305) 371-5000 ● FAX (305) 371-3948

1