00-6273.00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6273 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ARIEL HERNANDEZ et. al.

    Defendant.

_____/



### ORDER DENYING MOTION TO STRIKE GOVERNMENT'S DISCOVERY RESPONSE FOR FAILURE TO PROVIDE TRUE AND ACCURATE COPIES OF INTERCEPTED WIRE COMMUNICATIONS AND TO ORDER PRODUCTION OF "LINE SHEETS"

This Cause is before the Court on Defendant Hernandez' Motion to Strike Government's Discovery Response for Failure to Provide True and Accurate Copies of Intercepted Wire Communications and to Order Production of Line Sheets (D.E. 221). The Court having reviewed the motion and the response and being otherwise fully advised, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion to Order Production of "Line Sheets" is hereby **DENIED** as moot, based on the representation that the requested line sheets have been produced.

2. The Motion to Strike and all other relief requested in Defendant's Motion is hereby **DENIED**.

**DONE AND ORDERED** this ___ day of August, 2001 at Miami, Florida.

                                    STEPHEN T. BROWN
                                    U.S. MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
       Counsel on attached list

Lawrence D. LaVecchio, Esq. (AUSA)
Richard Houlihan, Esq.
Fred Haddad, Esq.
Samuel D. DeLuca, Esq.
Jeffrey Weinkle, Esq.
Donald Spadaro, Esq.
Michael G. Smith, Esq.
Albert Z. Levin, Esq.
Manuel Gonzales, Esq.
Thomas Almon, Esq.