UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**CASE NO. 00-6273-CR-HUCK**
**Magistrate Judge Brown**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARIEL HERNANDEZ,

    Defendant.
_____/

### ORDER

**THIS MATTER** was before the Court *sua sponte*.

The suppression hearing in this cause is hereby reset to **Tuesday, September 4, 2001 at 10:00 A.M., at the United States District Court, 300 NE 1st Avenue, Miami, Florida, 1st Floor, Courtroom VIII.**

No continuance of this hearing shall be permitted except upon good cause shown, in writing, except in the case of an emergency which shall be set forth in detail in the written motion.

The parties are hereby directed to comply with this Court's notice of hearing entered on July 27, 2001.

**DONE AND ORDERED** this ___9th___ day of August, 2001, at Miami, Florida.

                                         STEPHEN T. BROWN
                                         U. S. MAGISTRATE JUDGE

cc: Honorable Paul C. Huck
    Jeffrey Weinkle, Esq.
    Larry LaVecchio, AUSA
    Richard Houlihan, Esq.
    Samuel Deluca, Esq.
    Michael Smith, Esq.



Thomas Almon, Esq.
Fred Haddad, Esq.
Donald Spadero, Esq.
Alejandro Taquechel, Esq.
Manuel Gonzalez, Esq.
William Matthewman, Esq.
Christopher Grillo, Esq.