UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

   *Plaintiff,*

vs.

ARIEL HERNANDEZ, et al.,

   *Defendant,*
_____/



FILED by ____ D.C.
AUG 2 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER ON DEFENDANT'S
## MOTION TO PERMIT FILING OF MOTION OUT OF TIME
### and
## SECOND
## REQUEST FOR IMMEDIATE DISCLOSURE OF SPECIFIC BRADY MATERIAL

THIS CAUSE having come on to be heard on the Defendant's Motion to Permit Filing of Motion out of Time And Second Request for Immediate Disclosure of Specific Brady Material, and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that:

1. The Defendant's Motion to Permit Filing of Motion out of Time is hereby Granted.

2. The Defendant's Second Request for Immediate Disclosure of Specific Brady Material is hereby Deferred until the government files its Response on or before Sept. 4, 2001.

DONE AND ORDERED in Miami, Dade County, Southern District of Florida, this 21st day of August, 2001.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

Copies furnished to:
Jeffrey D. Weinkle, Esq.
All other counsel of record

