00-6273.oz

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6273 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ARIEL HERNANDEZ, et al.,

    Defendants.

_____/

**ORDER ON REQUEST FOR SPECIFIC BRADY MATERIAL**
**AND FOR IMMEDIATE DISCLOSURE**

**This Cause** is before the Court on Defendant Ariel Hernandez' Request for Specific Brady Material and for Immediate Disclosure (D.E. 191). The Court having reviewed the Motion and the Government's Supplemental Response filed August 23, 2001, it is hereby **ORDERED AND ADJUDGED** as follows:

    1. With respect to paragraphs 3, 7, 8, 13 and 14, the Motion is **DENIED** as moot, based on the representations made in the Government's Supplemental Response. The Government shall provide any information not already disclosed within ten (10) days of the date of this Order.

    2. With respect to paragraphs 1, 10 and 11 the Motion is **DENIED** in that there has been no showing of relevance or materiality.

    3. With respect to paragraphs 2, 4, 5, 6 and 9, the Motion is **DENIED** except to the extent that the information is otherwise discoverable pursuant to the Standing Discovery Order and/or Fed.R.Crim.P. 16. To the extent it has not already done so, the Government shall provide such information within ten (10) days of the date of this Order.

    4. With respect to paragraph 12, the Motion is **GRANTED**, and to the extent it has not



already done so, the Government shall provide such information within ten (10) days of the date of this Order.

**DONE AND ORDERED** this 28th day of August, 2001 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:  Honorable Paul C. Huck
Lawrence D. LaVecchio, Esq. (AUSA)
Richard Houlihan, Esq.
Fred Haddad, Esq.
Samuel D. DeLuca, Esq.
Jeffrey Weinkle, Esq.
Donald Spadaro, Esq.
Michael G. Smith, Esq.
Albert Z. Levin, Esq.
Manuel Gonzales, Esq.
Thomas Almon, Esq.