Elaine Summa- Contract

**Calendar**

| Start | End | Category | Description |
|---|---|---|---|
| 10:00 AM | 4:00 PM 1:00 p.m. 2:00 p.m. - 4:00 p.m. | | USA v. Adam Silverman & Ariel Hernandez 00-6273-CR-PCH M/Sup (all day) |

AUSA — Larry LaVecchio — HUSA

A/Silverman — Michael Smith

A/Hernandez — Jeffrey Weinkle

Matter continued to Tues., Sept. 11, 2001 @ 10:00 a.m.