UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

ARIEL HERNANDEZ, et al.,

    *Defendant,*

_____/

**REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT HERNANDEZ'S
SECOND REQUEST FOR IMMEDIATE DISCLOSURE OF BRADY MATERIAL**

    THE DEFENDANT, ARIEL HERNANDEZ, by and through the undersigned counsel, hereby files his reply to the Government's Response to Defendant Hernandez's Second Request for Immediate Disclosure of Brady Material as follows:

    1. The Government has taken the following position:

> The government does not object to providing any such information as is applicable to the period of time preceding the return of the indictment on September 19, 200. However, to the extent that the defendant seeks information concerning co-defendant Trentacosta's activities since the return of the instant indictment, the government respectfully suggests that any such information is irrelevant and immaterial.[1]

    2. The Defendant accepts this limitation suggested by the Government, and requests immediate disclosure of the remaining materials.

                                             Respectfully submitted,

                                             JEFFREY D. WEINKLE, ESQ.
                                             FBN: 271934

---

[1] See Government's Response to Defendant Hernandez's Second Request for Immediate Disclosure of Brady Material, page 2.

*United States v. Ariel Hernandez*
CASE NO. 00-6273-CR-HUCK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/delivered this __17th__ day of __September__, 2001, to: UNITED STATES ATTORNEY'S OFFICE, **AUSA Lawrence Lavecchio**, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, FL 33394 (Fax: 954-356-7230); and to:

Stephen Rosen, Esq.
Suite 1020
1221 Brickell Avenue
Miami, FL 33131
(Attorney for Trentacosta)

Samuel D. Deluca
3451 John f. Kennedy Blvd.
Jersey City, New Jersey 07307
(Attorney for Ruggiero)

Michael Smith, Esq.
633 SE 3rd Street
Suite 4F
Ft. Lauderdale, Fl
(Attorney for Silverman)

Thomas Almon, Esq.
321 NE 26th Street
Miami, FL 33137
(Attorney for Monico)

Fred Haddad, Esq.
101 NE Third Avenue
Suite 202
Ft. Lauderdale, FL 33301
(Attorney for Massaro)

Donald Spadero, Esq.
1000 S. Federal Highway
Suite 103
Ft. Lauderdale, FL 33316
(Attorney for Chiusano)

Alejandro Taquechel, Esq.
Suite 238
3750 W. 16th Avenue
Hialeah, FL 33012
(Attorney for Carlos Garcia)

Manuel Gonzalez, Esq.
782 NW Le Jeune Road
Suite 440
Miami, FL 33126
(Attorney for Banks)

JEFFREY D. WEINKLE, ESQ.
1035 NW 11th Avenue
Miami, FL 33136-2911
Tel: 305-373-4445
Fax: 305-545-8514

JEFFREY D. WEINKLE