00-6273.oaa

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6273 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ARIEL HERNANDEZ, et al.,

    Defendants.
_____/



### ORDER GRANTING MOTION TO PERMIT FILING OF MOTION OUT OF TIME AND DENYING SECOND REQUEST FOR IMMEDIATE DISCLOSURE OF SPECIFIC BRADY MATERIAL

**This Cause** is before the Court on Defendant Ariel Hernandez' Motion to Permit Filing Out of Time and Second Request for Immediate Disclosure of Specific Brady Material, filed September 21. The Court having reviewed the Motion and the Government's Response, and being otherwise fully advised it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion to Permit Filing of Motion Out of Time is hereby **GRANTED**.

2. The Motion for Immediate Disclosure of Specific Brady Material is hereby **DENIED** as moot with respect to any information concerning Defendant Trentacosta's pre-indictment activities, in that the Government has agreed to produce that information. To the extent it has not already done so, the Government shall produce that information within five (5) calendar days of the date of this Order. In all other respects, the Motion is **DENIED**.

**DONE AND ORDERED** this 25th day of September, 2001, at Miami, Florida.

                              STEPHEN T. BROWN
                              U.S. MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
        counsel on attached list

1



Lawrence D. LaVecchio, Esq. (AUSA)
Richard Houlihan, Esq.
Fred Haddad, Esq.
Samuel D. DeLuca, Esq.
Jeffrey Weinkle, Esq.
Donald Spadaro, Esq.
Michael G. Smith, Esq.
Albert Z. Levin, Esq.
Manuel Gonzales, Esq.
Thomas Almon, Esq.