[August 2001] [September 2001] [October 2001]

Court Reporter - Elaine Somma - Contract

**Calendar**

| Start | End | Category | Description |
|---|---|---|---|
| 10:00 AM 12:00 p.m. 2:00 p.m. | ~~4:00 PM~~ 5:00 p.m. | | USA v. Adam Silverman & Ariel Hernandez 00-6273-CR-PCH M/Sup (all day) |

USA - Larry La Vecchio

Jeff Silverman - Michael

Jeff Hernandez - Jeffrey Weintl[e?]

[illegible] held. Matter continued to

Tues., Sept 11, 2001 @ 10:00 a.m.