# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

MAGISTRATE JUDGE STEPHEN T. BROWN   CIVIL/CRIMINAL MINUTES   COURTROOM VIII

Court Reporter — Paul Haferling — Swing

**Calendar**

| Start | End | Category | Description |
|---|---|---|---|
| 11  10:00 AM | 1:00 PM ~~ 11:30 a.m.~~ | | USA v. Ariel Hernandez<br>00-6273-CR-PCH<br>M/Sup<br>(3 hrs) |

USA - Larry LaVecchio, AUSA

D - Jeffrey Weinkle, Esq.

Matter continued to Wed, Sept. 26, 2001 @ 10:00 a.m.