STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

| Calendar | | | | |
|---|---|---|---|---|
| | Start | End | Category | Description |
| 26 | 10:00 AM | 1:00 PM | | USA v. Ariel Hernandez<br>00-6273-CR-PCH<br>M/Sup<br>(2 hrs) |

11:35 a.m.

Court Reporter -
Swing - Paul Hoferling

USA - Larry LaVecchio, AUSA

Deft - Jeffrey Weinkle, Esq.

Hrg held. Matter taken under advisement.