# EXHIBIT AND WITNESS LIST

| | | | | | |
|---|---|---|---|---|---|
| USA vs. Adam Silverman / Ariel Hernandez | | | | | DISTRICT COURT: STB FL |
| PLAINTIFF'S ATTORNEY: Larry LaVecchio, AUSA | | | DEFENDANT'S ATTORNEY: Silverman - Michael Smith, Esq. Hernandez - Jeffrey Weinkle, Esq. | | DOCKET NUMBER: 00-6273-CR-PCH |
| | | | | | TRIAL DATE(S) Suppress 9/4, 9/11, 9/26 |
| PRESIDING JUDGE: Stephen T. Brown | | | COURT REPORTER: See minutes | | COURTROOM DEPUTY: Stephanie A. Lee |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 9/4/01 | | | Franco Ilarraza, Detective, Broward Sheriff's Office, Direct, Cross - Mike Smith, Esq. Recalled - Direct, Cross - Mike Smith, Esq., Re-direct |
| ✓ | | 9/4/01 | | | William Hupe, FBI Agent Direct, Cross - Mike Smith, Esq. |
| ✓ | | 9/4/01 | | | Warren Emerson, Broward Sheriff's Office |
| | AH1 | 9/4/01 | ✓ | | Statement / Transcript of Ms. Bubel |
| | | 9/11/01, 9/26/01 | | | William Grover, Agent |
| ✓ | | 9/26/01 | | | Jerry Velasquez |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of