UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,
*Plaintiff,*

vs.

ARIEL HERNANDEZ, et al.,
*Defendant,*
_____/

## ORDER ON
## EX-PARTE MOTION TO APPOINT DEFENSE EXPERT
## AREA OF EXPERTISE: MEDICAL EXAMINER

THIS CAUSE having come on to be heard on the Defendant's Ex-parte Motion to Appoint Defense Expert; Area of Expertise: Medical Examiner, and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that:

1. The Defendant's Ex-parte Motion to Appoint Defense Expert; Area of Expertise: Medical Examiner, is hereby __granted__.

2. The Defendant is authorized to retain Dr. Ronald K. Wright, to serve as a defense expert, at the hourly rate of $300.00 per hour for up to eight hours. Trial testimony shall not exceed this hourly rate and shall be based upon travel time to court, standby time and actual testimony.

DONE AND ORDERED in Miami, Dade County, Southern District of Florida, this 5th day of October, 20 01.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Jeffrey D. Weinkle, Esq.