UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK-BROWN

UNITED STATES OF AMERICA,
　　　　　Plaintiff

VS.

ARIEL HERNANDEZ, et al.,
　　　　　Defendant.
_____/

FILED by ____ D.C.
OCT 0 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER AFFIRMING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER came before the Court upon the Report and Recommendation filed by Magistrate Judge Stephen T. Brown dated August 29, 2001.

After a full de novo review, the Court has considered the Report and Recommendation, and the Defendant has not filed objections to the Report and Recommendation. It is

**ORDERED AND ADJUDGED** that this Court affirms the Report and Recommendation entered on August 29, 2001, which concludes that Defendant's Motion to Suppress Intercepted Wire Communications be denied, it is further

**ORDERED AND ADJUDGED** that the Defendant's Motion to Suppress Intercepted Wire Communications is DENIED.

**DONE AND ORDERED** in Miami, Florida this 5 day of October 2001.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PAUL C. HUCK
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc:　Honorable Stephen T. Brown
　　　all counsel of record

1