UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6273-CR-HUCK

UNITED STATES OF AMERICA :

v. :

ARIEL HERNANDEZ :



FILED by ____ D.C.
OCT 15 2001
CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1. An indictment is pending in this Court against ARIEL HERNANDEZ in the above styled case. Trial is scheduled to commence at the United States District Court in Miami, Florida on November 19, 2001.

2. The defendant is now confined in the BROWARD COUNTY JAIL at Broward County, Florida.

3. It is necessary to have said defendant transferred back into federal custody in order for him to prepare for, and to stand for, trial as aforesaid.

WHEREFORE, this petition prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said defendant and have him before this Court at the time and place above specified for trial; and upon completion of all proceedings with reference to this case, that is, when this matter is tried or otherwise disposed of, to return the said defendant to the custody of the Warden of the aforesaid penal institution; and also directing the said Warden to deliver the said defendant into the custody of any United States Marshal as aforesaid.

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: _____
LAWRENCE D. LaVECCHIO
ASSISTANT UNITED STATES ATTORNEY
Fla. Bar No. 0305405
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
Tel. (954) 356-7255/356-7230 - fax

OCT 2 2 2001

REC'D IN ____ ____

