UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK-BROWN

FILED by ___
OCT 23 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA

UNITED STATES OF AMERICA,

VS.

ARIEL HERNANDEZ, et al.,
           Defendant
_____/

**ORDER**

THIS CAUSE has come before the Court upon the Defendant Hernandez's (I) Motion to Immediately Transfer Defendant from Broward County Jail to Federal Detention Center-Miami. (II) Motion to Grant Defendant Immediate Access to Computer Equipment for Review of Wiretap Intercepts. (III) Motion to Continue the Trial of this Cause, filed October 22, 2001. The Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Defendants (I) Motion to Immediately Transfer Defendant is hereby DENIED as moot. The United States Attorneys Office has already prepared a Writ of Habeas Corpus Ad Prosequendum to have the Defendant transported back to FDC. The Writ was signed by Magistrate Judge Snow on October 22, 2001. It is Further

ORDERED AND ADJUDGED that the Defendants (II) Motion to Grant Defendant Immediate Access to Computer Equipment is hereby DENIED as moot. The United States Attorneys Office has made arraignments with FDC to immediately implement the appropriate procedures to allow the Defendant and his Attorney to review the wiretap intercepts. Therefore, the Defendant has the relief he seeks. It is Further

ORDERED AND ADJUDGED that the Defendants (III) Motion to Continue the Trial of

this Cause is hereby DENIED.

DONE AND ORDERED at Miami, Florida, this 23 day, of October, 2001.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:   all counsel of record