UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

ARIEL HERNANDEZ, et al.,

    *Defendant,*

_____/

**SUPPLEMENTAL EXHIBIT TO PREVIOUSLY FILED:**

**MOTION TO:**

**I. IMMEDIATELY TRANSFER DEFENDANT FROM BROWARD COUNTY JAIL TO FEDERAL DETENTION CENTER-MIAMI**

**II. GRANT DEFENDANT IMMEDIATE ACCESS TO COMPUTER EQUIPMENT FOR REVIEW OF WIRETAP INTERCEPTS**

Or in the Alternative

**III. TO CONTINUE THE TRIAL OF THIS CAUSE**

THE DEFENDANT, ARIEL HERNANDEZ, by and through the undersigned counsel, respectfully files this supplemental exhibit to the above-styled motion:

1. Letter dated June 26, 2001 from Jeffrey D. Weinkle, Esq. to Elizabeth Garcia, Esq.

DATED this 23d day of October, 2001.

                                                    Respectfully submitted,

                                                    JEFFREY D. WEINKLE, ESQ.
                                                    FBN: 271934

<u>United States v. Ariel Hernandez</u>
CASE NO. 00-6273-CR-HUCK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/delivered this ____24____ day of __October__, 2001, to: UNITED STATES ATTORNEY'S OFFICE, **AUSA Lawrence Lavecchio**, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, FL 33394 (Fax: 954-356-7230); and to:

Stephen Rosen, Esq.
Suite 1020
1221 Brickell Avenue
Miami, FL 33131
(Attorney for Trentacosta)

HADDAD & HESTER, P.A.
Fred Haddad
One Financial Plaza, Suite 2612
Ft. Lauderdale, FL 33394
(Attorney for Massaro)

Samuel D. Deluca
3451 John f. Kennedy Blvd.
Jersey City, New Jersey 07307
(Attorney for Ruggiero)

Donald Spadero, Esq.
1000 S. Federal Highway
Suite 103
Ft. Lauderdale, FL 33316
(Attorney for Chiusano)

Michael Smith, Esq.
633 SE 3rd Street
Suite 4F
Ft. Lauderdale, Fl
(Attorney for Silverman)

Alejandro Taquechel, Esq.
Suite 238
3750 W. 16th Avenue
Hialeah, FL 33012
(Attorney for Carlos Garcia)

Thomas Almon, Esq.
321 NE 26th Street
Miami, FL 33137
(Attorney for Monico)

Manuel Gonzalez, Esq.
782 NW Le Jeune Road
Suite 440
Miami, FL 33126
(Attorney for Banks)

JEFFREY D. WEINKLE, ESQ.
1035 NW 11th Avenue
Miami, FL 33136-2911
Tel: 305-373-4445
Fax: 305-545-8514

_____
JEFFREY D. WEINKLE

2

LAW OFFICES OF
# JEFFREY D. WEINKLE, P.A.
1035 N.W 11™ AVENUE
MIAMI, FLORIDA 33136-2911

TELEPHONE (305) 373-4445                                              FACSIMILE (305) 545-8514

June 26, 2001

Elizabeth Garcia, Esq.
Federal Detention Center - Miami                    Transmitted by Fax:
Legal Dept.                                         305-982-1271
33 NE 4th Street
Miami, FL

Re:  <u>USA v. Ariel Hernandez, et al</u>
     Case No. 00-6273-CR-HUCK
     Reg #36717-004

Dear Ms. Garcia:

Pursuant to our telephone conversation of this date, I am inquiring of the procedures to follow that will enable my client, Airel Hernandez, to review what has been estimated at 15,000 to 30,000 intercepted telephone calls which the Government has supplied on CD-ROM as evidence in his case.

As you know, Mr. Hernandez is temporarily at the Broward County Jail for a status report. Upon his return to FDC, I would like him to begin his review of the calls. Please advise me of the procedures to follow to enable Mr. Hernandez to have access to suitable computer equipment for this purpose.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

JEFFREY D. WEINKLE