```
 1
                    UNITED STATES DISTRICT COURT
 2                  SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
 3

 4                              CASE NO.:  00-6273 CR-HUCK

 5

 6   UNITED STATES OF AMERICA,

 7          Plaintiff,

 8   VS.

 9   ARIEL HERNANDEZ and TODD SILVERMAN

10          Defendants.

11   _____/

12
                         AFTERNOON SESSION
13
             EXCERPT OF THE TESTIMONY OF FRANK ILLARAZA
14

15

16

17        The above-entitled cause came on for hearing

18        before the Honorable Magistrate Judge

19        Stephen T. Brown, at the United States

20        District Court, Miami, Florida, on the 4th

21        day of September, 2001, commencing at 2:00

22        a.m.

23                           --------------------

24

25
```

FILED by CT. REP. / D.C.
OCT 25 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

FERNANDEZ & ASSOCIATES
444 BRICKELL AVENUE, SUITE 718, Miami
(305) 374-8868