CRIMINAL MINUTES

FILED by _____ D.C.

OCT 30 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE _Paul C. Huck_

=======================================================

CASE NO. _00-6273-Cr_    DATE _10/26/01_

CLERK    Valerie Thompkins    REPORTER _Kim Mecfun_

USPO _____    INTERPRETER _____

UNITED STATES OF AMERICA  vs. _Cinthny Trentacosta_
_et. Al_

AUSA_____    DEFENSE CSL._____

Defendant(s) Present_____ Not Present _X_ In Custody_____

TYPE OF HEARING _Status Conference_

RESULT OF HEARING _Hearing Held_

=======================================================

NEW DATES SET BY COURT

Defense P/T/Motions _____    Trial Date _____

Govt. Resp to P/T/Motions_____    Further S/C _____