FILED by _EF_ D.C.

NOV 19 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-6273
CASE # _01-6273-CR - Huck_

COURTROOM MINUTES

HONORABLE _Paul C. Huck_, Presiding   Date _11/19/01_

Cont'd from ___/__/__

Counsel

Defendant 1._Anthony Trentecosta_  5._Stephen Rosen, ESQ_
2._Ariel Fernandez_  6._Jeffrey Winkle, ESQ._
3._Frederick Massaro_  7._Fred Haddad, ESQ._

4._____  8._____

Defense Counsel_____  AUSA_Larry Lavachio_

Deputy Clerk_Elvis Taveras_   Reporter_Kimberly Maslin_

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued_

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order  Grant__   Deny__   Adv.__

TRIAL:   JURY _✓_   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS _✓_ JURY SELECTION CONTD.__ JURY IMPANELED _✓_

JURY TRIAL BEGINS____   JURY TRIAL HELD___ CONTINUED TO _11/20/01_

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___  TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY  Cts #_____