FILED by _C.H._ D.C.

NOV 20 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-6273

CASE # _01-6273-CR. Huck_

COURTROOM MINUTES

HONORABLE _Paul C. Huck_ , Presiding   Date _11/20/01_

Cont'd from _11/19/01_

Counsel

Defendant 1. _Anthony Trentecasta_    1. _Stephen Rosen, Esq._

2. _Ariel Hernandez_    2. _Jeff Winkle_

3. _Frederick Massaro_    3. _Fred Haddad_

_____    _____

Defense Counsel _Above_ ↗    AUSA _Larry LaVecchio_

Deputy Clerk _Elvis Taveras_    Reporter _Larry Herr_

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued_

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order  Grant__   Deny__   Adv.__

_____

TRIAL:   JURY_____   BENCH_____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __  CONTINUED TO _/   /_

VOIR DIRE BEGINS __  JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS _/_ JURY TRIAL HELD _/_ CONTINUED TO _11/21/01_

MISTRIAL DECLARED ____   NEW TRIAL ORDERED ____   TRIAL ENDS ____

DISMISSED COUNTS_____

__ COURT MOT __ GOVT. MOT __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY Cts #_____