UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
NOV 27 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

CASE # _OO-CR-6273_

COURTROOM MINUTES

HONORABLE _Paul C. Hock_, Presiding    Date _11/26/01_

Cont'd from _11/21/01_

Defendant 1. _Anthony Trentacasta_    Counsel _Stephen Rosen_
2. _Ariel Hernandez_    _Jeff Wingate_
3. _Frederick Massaro_    _Fred Haddad_
4. _____

AUSA _Larry LaVecchio_

Deputy Clerk _Elvis Taveras_    Reporter _Larry Herr_

Calendar Call Held __ Non-appearance of Deft/Bench Warrant issued __

Begin Fugitive Interval __   Oral Motion _____

by _____

Oral Order   Grant __   Deny __   Adv. __

TRIAL:   JURY ____   BENCH ____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD. __ JURY IMPANELED __

JURY TRIAL BEGINS ____ JURY TRIAL HELD _✓_ CONTINUED TO _11/27/01_

MISTRIAL DECLARED ____   NEW TRIAL ORDERED ____   TRIAL ENDS ____

DISMISSED COUNTS _____

__ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts # _____

JUDGMENT/VERDICT OF NOT GUILTY Cts # _____