```
FILED by  ET   D.C.
NOV 28 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # __00-CR-6273__

COURTROOM MINUTES

HONORABLE __Paul C. Hock__, Presiding    Date __11/28/01__

Cont'd from __11/27/01__

Defendant  1. __Anthony Trentacasta__    Counsel __Stephen Rosen__
           2. __Ariel Hernandez__        __Jeff Winkte__
           3. __Frederick Massaro__      __Fred Haddad__
           4. _____   _____

AUSA __Larry LaVacchio__

Deputy Clerk __Elvis Taveras__    Reporter __Larry Herr__

Calendar Call Held__  Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__    Oral Motion_____

by_____

Oral Order    Grant__    Deny__    Adv.__

---

TRIAL:    JURY____    BENCH____

BENCH TRIAL BEGINS __    BENCH TRIAL HELD __    CONTINUED TO __/__/__

VOIR DIRE BEGINS __    JURY SELECTION CONTD.__    JURY IMPANELED __

JURY TRIAL BEGINS____    JURY TRIAL HELD _✓_    CONTINUED TO __11/29/01__

MISTRIAL DECLARED ___    NEW TRIAL ORDERED ___    TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT    __ GOVT. MOT    __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY  Cts #_____