FILED by ___ D.C.
NOV 29 2001
CLARENCE MADDOX
CLER. U.S DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 02-CR-6273

COURTROOM MINUTES

HONORABLE _Paul C. Hock_, Presiding   Date _11/29/01_

Cont'd from _11/28/01_

Counsel

Defendant 1. _Anthony Trentacasta_ .. _Stephen Rosen_
2. _Ariel Hernandez_ .. _Jeff Winkle_
3. _Frederick Massaro_ .. _Fred Haddad_
4. _____

AUSA _Larry LaVecchio_

Deputy Clerk _Elvis Taveras_   Reporter _Larry Herr_

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order  Grant__  Deny__  Adv.__

TRIAL:  JURY____  BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO _/_/_

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD _✓_ CONTINUED TO _11/30/01_

MISTRIAL DECLARED ____ NEW TRIAL ORDERED ____ TRIAL ENDS ____

DISMISSED COUNTS_____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY  Cts #_____