UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK

FILED by _____ D.C.
DEC 10 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

ARIEL HERNANDEZ, et al.,

    *Defendant,*
_____/

## MOTION TO RENAME COUNT SEVENTEEN

THE DEFENDANT, ARIEL HERNANDEZ, by and through the undersigned counsel, respectfully moves this Honorable Court for entry of an Order Renaming Count 17, and in support thereof would state:

1. Count 17 of the Indictment is titled "Murder" in violation of 18 U.S.C. Sec. 1959. However, the offense is more accurately stated as a "Violent Crime in Aid of Racketeering." It is submitted that as presently titled, the Indictment is misleading and may confuse the jury into believing that the mere act of killing a human being would necessarily warrant a conviction of this Count without the additional findings that the killing was also in aid of racketeering.

WHEREFORE, the defendant respectfully moves this Honorable Court to rename Count 17 of the Indictment from "Murder" to "Violent Crime In Aid Of Racketeering."

    Respectfully submitted,

    JEFFREY D. WEINKLE, ESQ.
    FBN: 271934

<u>United States v. Ariel Hernandez</u>
CASE NO. 00-6273-CR-HUCK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/delivered this _10_ day of _Dec_, 2001, to: UNITED STATES ATTORNEY'S OFFICE, **AUSA Lawrence Lavecchio**, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, FL 33394 (Fax: 954-356-7230); and to:

Stephen Rosen, Esq.
Suite 1020
1221 Brickell Avenue
Miami, FL 33131
(Attorney for Trentacosta)

HADDAD & HESTER, P.A.
Fred Haddad
One Financial Plaza, Suite 2612
Ft. Lauderdale, FL 33394
(Attorney for Massaro)

JEFFREY D. WEINKLE, ESQ.
1035 NW 11th Avenue
Miami, FL 33136-2911
Tel: 305-373-4445
Fax: 305-545-8514

_____
JEFFREY D. WEINKLE

2