FILED by Ed D.C.
DEC 13 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 01-CR-6273

COURTROOM MINUTES

HONORABLE Paul C. Huck, Presiding    Date 12/7/01

Cont'd from ___/___/___

Defendant 1. Anthony Trentacasta    Counsel: Stephen Rosen
2. Ariel Hernandez    Jeff Winkle
3. Frederick Massaro    Fred Haddad
4. _____

AUSA Larry LaVacchio

Deputy Clerk Elvis Taveras    Reporter Larry Herr

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__ Oral Motion_____

by_____

Oral Order Grant__ Deny__ Adv.__

TRIAL:  JURY____  BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD ✓ CONTINUED TO 12/8/01

MISTRIAL DECLARED ___ NEW TRIAL ORDERED ___ TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY Cts #_____

433