FILED by _ET_ D.C.

**DEC 1 3 2001**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # _O2-CR-6273_

COURTROOM MINUTES

HONORABLE _Paul C. Hock_, Presiding    Date _12/10/01_

Cont'd from _/ /_

Defendant 1. _Anthony Trentacasta_    Counsel _Stephen Rosen_

2. _Ariel Hernandez_    _Jeff Winate_

3. _Frederick Massaro_    _Fred Haddad_

4. _____    _Jeff Slooman_

_____    AUSA _Larry LaVacchio_

Deputy Clerk _Elvis Taveras_    Reporter _Larry Herr_

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued_

Begin Fugitive Interval__    Oral Motion_____

by_____

Oral Order    Grant__    Deny__    Adv.__

_____

TRIAL:    JURY____    BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO _/ /_

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____    JURY TRIAL HELD_✓_ CONTINUED TO _12/11/01_

MISTRIAL DECLARED ___    NEW TRIAL ORDERED ___    TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT    __ GOVT. MOT    __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY    Cts #_____