UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
DEC 13 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

CASE # 02-CR-6273

COURTROOM MINUTES

HONORABLE Paul C. Hock, Presiding    Date 12/11/01

Cont'd from ___/___/___

Defendant 1. Anthony Trentecasta     Counsel  Stephen Rosen
          2. Ariel Hernandez                  Jeff Winkle
          3. Frederick Massaro                Fred Haddad
          4. _____

AUSA Larry LaVacchio

Deputy Clerk Elvis Taveras   Reporter _____

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__  Oral Motion _____

by _____

Oral Order  Grant__  Deny__  Adv.__

TRIAL:  JURY____  BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD ✓ CONTINUED TO 12/10/01

MISTRIAL DECLARED ___  NEW TRIAL ORDERED ___  TRIAL ENDS ___

DISMISSED COUNTS _____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts # _____

JUDGMENT/VERDICT OF NOT GUILTY Cts # _____

Government rests. Defense rests.