FILED by ___ D.C.
DEC 13 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 01-CR-6273

COURTROOM MINUTES

HONORABLE Paul C. Huck, Presiding   Date 12/13/01

Cont'd from ___/___/___

Defendant 1. Anthony Trentacasta   Counsel Stephen Rosen
2. Ariel Hernandez   Jeff Winkte
3. Frederick Massaro   Fred Haddad
4. ___

AUSA Larry LaVecchio

Deputy Clerk Elvis Taveras   Reporter Larry Herr

Calendar Call Held __ Non-appearance of Deft/Bench Warrant issued __

Begin Fugitive Interval __   Oral Motion ___

by ___

Oral Order Grant __ Deny __ Adv. __

TRIAL:   JURY ____   BENCH ____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD. __ JURY IMPANELED __

JURY TRIAL BEGINS ___ JURY TRIAL HELD ✓ CONTINUED TO 12/11/01

MISTRIAL DECLARED ___ NEW TRIAL ORDERED ___ TRIAL ENDS ___

DISMISSED COUNTS ___

__ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts # ___

JUDGMENT/VERDICT OF NOT GUILTY Cts # ___

Summation made.