UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

Ariel Hernandez,

CASE NO. 00-6273-CR-Huck

NOTICE OF SENTENCING **FILED** by _____ D.C.
DKTG

DEC 14 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

TO: DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

By the direction of the Honorable __Paul C. Huck__, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on __2/26/02__, 20___ at __4:00 P__.M. for imposition of sentence. On that date, report to the Federal Justice Building, Courtroom __#6, 10th Floor__, 99 N.E. 4th Street, Miami, FL 33132, where sentence will be imposed. You will receive no further notice.

If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec. 3146), which carries a maximum sentence of up to ten (10) years imprisonment and a fine of $250,000, or both, if convicted.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed. DEFENSE COUNSEL ARE TO REPORT THIS DATE TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTION TO ROOM 315 OF THE OLD COURTHOUSE. IF ON BOND, THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICE ALSO.

IT IS FURTHER ORDERED that the U.S. Attorney's Office immediately provide the U.S. Probation Department the necessary information to prepare the Prosecution Section of the Presentence Report.

Clerk, United States District Court

BY: __Elvis Taveras__
Courtroom Deputy Clerk

DATE: __12/14/01__
COUNSEL: __Jeffrey Weinkle__
RECEIVED: __Custody__
(Defendant)

GUILTY PLEA      ☐   BOND ☑           ☐   TO COUNT(S) __1-18; 21__
TRIAL            ☑   FEDERAL CUSTODY  ☑   TO TOTAL COUNTS _____
NOLO PLEA        ☐   STATE CUSTODY    ☐   ASST. U.S. ATTY __Larry Lavecchio__
                     U.S.M. CUSTODY   ☐                    __Jeff Sloman__

Copies to:   United States Attorney       United States Marshal
             Probation Department         Pre-Trial Services
             Defense Counsel              Defendant