UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6273-Cr-HUCK

FILED by ____ D.C.

DEC 1 4 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ARIEL HERNANDEZ,

      Defendant.
_____/

## FORM OF VERDICT

WE THE JURY, FIND UNANIMOUSLY AS FOLLOWS:

**COUNT 1 - 18 U.S.C. 1962(d) (Rico Conspiracy)**

____✓____ GUILTY            _____ NOT GUILTY

If you find the defendant guilty of Count 1, please answer the following question:

Did you find that the defendant agreed to the commission of murder in violation of Section 782.04 Florida Statutes?

____✓____ YES            _____ NO

**COUNT 2 - 18 U.S.C. 1344 (Bank Fraud)**

____✓____ GUILTY            _____ NOT GUILTY



**COUNT 3 - 18 U.S.C. 1344 (Bank Fraud)**

____✓____ GUILTY          _____ NOT GUILTY

**COUNT 4 - 18 U.S.C. 1344 (Bank Fraud)**

____✓____ GUILTY          _____ NOT GUILTY

**COUNT 5- 18 U.S.C. 1344 (Bank Fraud)**

____✓____ GUILTY          _____ NOT GUILTY

**COUNT 6 - 18 U.S.C. 1344 (Bank Fraud)**

____✓____ GUILTY          _____ NOT GUILTY

**COUNT 7- 18 U.S.C. 1344 (Bank Fraud)**

____✓____ GUILTY          _____ NOT GUILTY

**COUNT 8 - 18 U.S.C. 1344 (Bank Fraud)**

____✓____ GUILTY          _____ NOT GUILTY

**COUNT 9 - 18 U.S.C. 1344 (Bank Fraud)**

____✓____ GUILTY	_____ NOT GUILTY

**COUNT 10 - 18 U.S.C. 1344 (Bank Fraud)**

____✓____ GUILTY	_____ NOT GUILTY

**COUNT 11 - 18 U.S.C. 1344 (Bank Fraud)**

____✓____ GUILTY	_____ NOT GUILTY

**COUNT 12 - 18 U.S.C. 1344 (Bank Fraud)**

____✓____ GUILTY	_____ NOT GUILTY

**COUNT 13 - 18 U.S.C. 1344 (Bank Fraud)**

____✓____ GUILTY	_____ NOT GUILTY

**COUNT 14 - 18 U.S.C. 1344 (Bank Fraud)**

____✓____ GUILTY	_____ NOT GUILTY

**COUNT 15 - 18 U.S.C. 1344 (Bank Fraud)**

____✓____ GUILTY          _____ NOT GUILTY


**COUNT 16 - 18 U.S.C. 1344 (Bank Fraud)**

____✓____ GUILTY          _____ NOT GUILTY


**COUNT 17 - 18 U.S.C. 1959 (a) (5) (Conspiracy to Commit Violent Crime in aid of Racketeering)**

____✓____ GUILTY          _____ NOT GUILTY


**COUNT 18 - 18 U.S.C. 1959 (a) (1) (Violent Crime in Aid of Racketeering)**

____✓____ GUILTY          _____ NOT GUILTY


**COUNT 21 - 18 U.S.C. 513 (a) (Making, Uttering or Possessing Counterfeit Checks or Drafts)**

____✓____ GUILTY          _____ NOT GUILTY


So say we all this _14_ day of December, 2001.

_____  12-14-01
(Signature of Foreperson)

ROLANDO DELGADO
(Printed Name of Foreperson)