# JURY QUESTION FORM

CASE NO. 00-~~06372~~ 0273-CR-HUCK



UNITED STATES OF AMERICA

V.

ANTHONY TRENTECASTA
ARIEL HERNANDEZ
FREDERICK MASSARO,
      Defendants

_____/

## DELIBERATION QUESTIONS AND REQUESTS:

| | DATE: | REQUEST: | |
|---|---|---|---|
| 1 | # 633 | | 12-14-01 |
| 2 | # 514 | | 12-14-01 |
| 3 | # 588 | | 12-14-01 |
| 4 | # 567 | | 12-14-01 |
| 5 | # 544 | Governments | 12-14-01 |
| 6 | # 536 | exhibit | 12-14-01 |
| 7 | # 582 | closing | 12-14-01 |
| 8 | # 586 | tape | 12-14-01 |
| 9 | # 535 | | 12-14-01 |
| 10 | # 548 | | 12-14-01 |
| 11 | | Brace | 12-14-01 |
| 12 | | Ariels Confession (All) | 12-14-01 |
| 13 | | Book Big Binder white | |

*Jury note #2*

# JURY QUESTION FORM

CASE N0. 00-06372-CR-HUCK

UNITED STATES OF AMERICA

V.

ANTHONY TRENTECASTA
ARIEL HERNANDEZ
FREDERICK MASSARO,
    Defendants

_____/

DELIBERATION QUESTIONS AND REQUESTS:

DATE:    REQUEST:

Need explanation on Count I. If you find the defendant guilty of Count 1 please answer the following question: Did you find that the defendant agreed to the commission of murder in violation of sec. 782.04 Florida Statues?

FOREPERSON: [signature]  12/14/01

In response to your second note, the Court instructs you that on the verdict form, the questions concerning Count I are two separate and distinct questions. You must first determine whether you find the defendant guilty or not guilty. If you find the defendant not guilty, you are to disregard the second question. If you find the defendant guilty, you should then answer the second question.

Case 0:00-cr-06273-PCH   Document 445   Entered on FLSD Docket 12/17/2001   Page 3 of 5

# JURY QUESTION FORM

CASE NO. 00-06372-CR-HUCK

UNITED STATES OF AMERICA

V.

ANTHONY TRENTECASTA
ARIEL HERNANDEZ
FREDERICK MASSARO,
    Defendants

_____/

DELIBERATION QUESTIONS AND REQUESTS:

DATE:    REQUEST:

12-14-01

Green Book
Los Book

FOREPERSON: [signature]

## JURY QUESTION FORM

CASE N0. 00-06372-CR-HUCK

UNITED STATES OF AMERICA

V.

ANTHONY TRENTECASTA
ARIEL HERNANDEZ
FREDERICK MASSARO,
    Defendants

_____/

DELIBERATION QUESTIONS AND REQUESTS:

DATE:     REQUEST:

12-14-01

We have reached a verdict

FOREPERSON: [signature]

12-14-01