Case 0:00-cr-06273-PCH    Document 446    Entered on FLSD Docket 12/17/2001    Page 1 of 1

FILED by D.C.
DEC 14 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-CR-6273

COURTROOM MINUTES

HONORABLE Paul C. Huck, Presiding    Date 12/14/01

Cont'd from ___/___/___

Defendant 1. Anthony Trentacasta    Counsel: Stephen Rosen
2. Ariel Hernandez    Jeff Winkle
3. Frederick Massaro    Fred Haddad
4. ___

AUSA Larry LaVecchio

Deputy Clerk Elvis Taveras    Reporter Jerry Kurr

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__    Oral Motion_____

by_____

Oral Order    Grant__    Deny__    Adv.__

TRIAL:    JURY____    BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD. __ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD ✓ CONTINUED TO __/__/__

MISTRIAL DECLARED ___ NEW TRIAL ORDERED ___ TRIAL ENDS ✓

DISMISSED COUNTS_____

__ COURT MOT    __ GOVT. MOT    __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF ~~NOT~~ GUILTY Cts # See Verdicts

Sentencing set for 2/26/02 - 4:00
Dft. Trentacasta is remanded.