CJA 24
(REV. 7/95)

**AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT**

VOUCHER NO. FLST2001226

1. JURISDICTION: ☐ 1 MAG. JUDGE  ☒ 2 DISTRICT  ☐ 3 APPEALS  ☐ 4 OTHER
2. MAG. JUDGE DOCKET NO.
PAID BY: [signature] 11/16/01
3. DISTRICT DOCKETING NO.: 0:00-006273-004 PCH
4. APPEALS DOCKET NO.
5. FOR (DISTRICT/CIRCUIT): FLS
ACCTG. CLASS. NOS: 11/16/01 VP13
6. IN THE CASE OF: USA  VS.  TRENTACOSTA, et al
DATE PAID: 11/16/01 VP13
7. PERSON REPRESENTED: ARIEL HERNANDEZ
8. LOCATION/ORGANIZATION CODE
FILED by [signature] D.C.
DEC 26 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY): ALL PROCEEDINGS

10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C).
HEARING ON MOTION TO SUPPRESS — SEPT. 11 & 26, 2001

11. ATTORNEY'S STATEMENT
[signature] 10-22-01
Jeffrey D. Weinkle  305 373-4445
PRINTED NAME OF ATTORNEY / PHONE NUMBER
☐ 1 FPD  ☐ 2 CDO  ☒ 3 PANEL ATTORNEY  ☐ 4 RETAINED ATTORNEY  ☐ 5 PRO SE

12. COURT ORDER
[signature]  11/13/01

13. SPECIAL AUTHORIZATIONS
A. Apportion ___ % of transcript with
B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript
C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions
D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under Criminal Justice Act.

**CLAIM FOR SERVICES**

15. COURT REPORTER/TRANSCRIBER STATUS: ☒ Official  ☐ Contract  ☐ Transcriber  ☐ Other
16. FULL NAME OF PAYEE: Paul Haferling
18. PAYEE'S ADDRESS: Paul Haferling, 301 N. Miami Ave, RM 396, Miami FL 33128
17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE: 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
19. TELEPHONE NO.

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | 0-89 | 3.30 | $ 89 | $ | $ | $ 293.70 |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (Itemize): filed 11/3/01 | | | | | | $ |

21. CLAIMANT'S CERTIFICATION
[signature]  11-13-01

22. CERTIFICATION OF ATTORNEY OR CLERK
[signature] Aldridge  11/14/01

23. TOTAL CLAIMED: $ 293.70

24. APPROVED FOR PAYMENT
[signature]  11/13/01

25. AMT. APPROVED: $ 293.70

**ORIGINAL-TO BE MAILED TO ADMINISTRATIVE OFFICE AFTER DISBURSEMENT**