UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK



UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

ARIEL HERNANDEZ, et al.,

    *Defendant,*
_____/

### ORDER GRANTING DEFENDANT'S MOTION TO ADOPT PLEADINGS

THIS CAUSE having come on to be heard on the Defendant's Motion to Adopt Pleadings, and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that:

1. The defendant's Motion to Adopt Pleadings is hereby GRANTED.

2. Defendant, Ariel Hernandez shall be permitted to adopt the following Motions:

    a. Defendant, Massaro's Renewed Motion For Judgment of Acquittal, Alternative Motion For New Trial [With Memorandum Of Law]

DONE AND ORDERED in Miami, Dade County, Southern District of Florida, this 27 day of December, 20 01.

                                            PAUL C. HUCK
                                            U.S. DISTRICT COURT JUDGE

Copies furnished to:
Jeffrey D. Weinkle, Esq.
All other counsel of record

