# COURTROOM DEPUTY MINUTES

## UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

BEFORE THE HONORABLE PAUL C. HUCK, COURTROOM #6, 10TH FLOOR

4/23/02

**23** Tuesday

**4:00 PM** SENTENCING

00-6273-CR-HUCK
USA
    Lawrence LaVecchio, 954.356.7255
    Jeffrey Sloman, 954.356.7392
V.
ARIEL HERNANDEZ (J)36717-004
    Jeffrey Weinkle, Esq.

FREDERICK J. MASSARO (J)02399-748
    Fred Haddad, Esq.

PO: Thomas Felasco, xt 5243

FILED by _____ D.C.
APR 2 3 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CR: LARRY HERR
CRD: ELVIS TAVERAS

Both defendants sentenced. See judgments for details.