UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK-TURNOFF

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ARIEL HERNANDEZ,
    Defendant.
_____/



## ORDER GRANTING MOTION FOR LEAVE TO FILE OBJECTIONS TO PRE-SENTENCE REPORT OUT OF TIME

THIS MATTER came before the Court upon Defendant's Motion for Leave to File Objections out of time filed on April 22, 2002. The Court has considered the matter and orders the Motion is GRANTED.

DONE AND ORDERED in Chambers, Miami, Florida, this 22 day of April, 2002.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

CC.
    Kerry Barron, AUSA
    Jeffrey Winkle, Esq.
    Probation

