UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-CR-6273-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ARIEL HERNANDEZ,
    Defendant.
_____/



FILED by _____ D.C.
APR 2 6 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING MOTION FOR APPOINTMENT OF APPELLATE COUNSEL

THIS MATTER came before the Court upon the *ore tenus* Motion For Appointment of Counsel made during the sentencing on April 23, 2002 by Attorney Jeffrey Weinkle, Esq. The Court has considered the matter and orders that the Motion is GRANTED.

It is hereby ORDERED that Jeffrey Weinkle, Esq., 1035 N.W. 11th Avenue, Miami, Florida, 33136, is appointed as appellate counsel to represent the defendant, Ariel Hernandez, for appellate proceedings pursuant to the Criminal Justice Act.

DONE AND ORDERED in Chambers, Miami, Florida, this 26 day of April, 2002.

                                                PAUL C. HUCK
                                              UNITED STATES DISTRICT JUDGE

CC:  Lawrence La Vecchio, Ausa
      Jeffrey Weinkle, Esq.
      Lucy Lara, CJA

