FILING FEE
PAID
In Forma Pauperis
Clarence Maddox

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ARIEL HERNANDEZ, et al.,

    Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that ARIEL HERNANDEZ, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and sentence entered in this action on the 23rd day of April, 2002.

Respectfully submitted,

By: _____
JEFFREY D. WEINKLE, ESQ.
Florida Bar No. 271934
1035 NW 11th Avenue
Miami, FL 33136
Telephone: 305-373-4445
Facsimile: 305-545-8514

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was served by U.S. mail this 29th day of April, 2002, upon Lawrence LaVecchio, Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132, and Dawn Bowen, Chief of the Appellate Division, United States Attorney's Office, 99 N.E. 4th Street, Miami, Florida 33132

By: _____
JEFFREY D. WEINKLE