FILED by ___ D.C.
CT. REP.

MAY 31 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,       )
                                )   Case No. 00-6273-Cr-PCH
        Plaintiff,              )
                                )
vs                              )   Miami, Florida
                                )   September 11, 2001
ARIEL HERNANDEZ,                )   Tuesday
                                )
        Defendant.              )
--------------------------------)

TRANSCRIPT OF SUPPRESSION HEARING
BEFORE THE HONORABLE STEPHEN T. BROWN

APPEARANCES:

FOR THE GOVERNMENT:        LAWRENCE LAVECCHIO, AUSA

FOR THE DEFENDANT:         JEFFREY WEINKLE, ESQ.

COURT REPORTER:            PAUL HAFERLING

530/ga