

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 00-6273-Cr-PCH |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | Miami, Florida |
| | ) | September 26, 2001 |
| ARIEL HERNANDEZ, | ) | Wednesday |
| | ) | |
| Defendant. | ) | |

TRANSCRIPT OF SUPPRESSION HEARING
BEFORE THE HONORABLE STEPHEN T. BROWN

APPEARANCES:

FOR THE GOVERNMENT:        LAWRENCE LAVECCHIO, AUSA

FOR THE DEFENDANT:         JEFFREY WEINKLE, ESQ.

COURT REPORTER:            PAUL HAFERLING