```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                      FORT LAUDERDALE DIVISION

                   CASE NO. 00-6273-CR-HUCK/BROWN
```

FILED BY _____ D.
APPEAL
JUN - 6 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES OF AMERICA,        |        MIAMI, FLORIDA
             Plaintiff,          |        NOVEMBER 21, 2001
v.                               |
ANTHONY TRENTACOSTA,             |
FREDERICK J. MASSARO,            |
ARIEL HERNANDEZ,                 |
             Defendants.         |
_____x        **NO. 3 TRIAL DAY**

```
              TRANSCRIPT OF TRIAL PROCEEDINGS
           BEFORE THE HONORABLE PAUL C. HUCK,
              UNITED STATES DISTRICT JUDGE
                       AND A JURY
```

APPEARANCES:

FOR THE GOVERNMENT:    **LAWRENCE D. LaVECCHIO, ESQ.**
                       **JEFFREY H. SLOMAN, ESQ.**
                       Assistant U.S. Attorneys
                       500 East Broward Boulevard
                       Suite 700
                       Ft. Lauderdale, FL  33394
                       954/356-7255

FOR DEFENDANT TRENTACOSTA:

                       **STEPHEN H. ROSEN, ESQ.**
                       999 Ponce de Leon Boulevard
                       Suite 550
                       Coral Gables, FL  33134
                       305/448-9900

FOR DEFENDANT MASSARO:

                       **FRED HADDAD, ESQ.**
                       One Financial Plaza
                       Ft. Lauderdale, FL  33394

536