```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                    FORT LAUDERDALE DIVISION
```

FILED by ___ D.C
APPEAL
JUN - 6 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

CASE NO. 00-6273-CR-HUCK/BROWN

| | |
|---|---|
| UNITED STATES OF AMERICA, | MIAMI, FLORIDA |
| Plaintiff, | NOVEMBER 27, 2001 |
| v. | |
| ANTHONY TRENTACOSTA, FREDERICK J. MASSARO, ARIEL HERNANDEZ, | |
| Defendants. | TRIAL DAY 5 |

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE PAUL C. HUCK,
UNITED STATES DISTRICT JUDGE
AND A JURY

**APPEARANCES:**

FOR THE GOVERNMENT:   **LAWRENCE D. LaVECCHIO, ESQ.**
                     **JEFFREY H. SLOMAN, ESQ.**
                     Assistant U.S. Attorneys
                     500 East Broward Boulevard
                     Suite 700
                     Ft. Lauderdale, FL  33394
                     954/356-7255

FOR DEFENDANT TRENTACOSTA:

                     **STEPHEN H. ROSEN, ESQ.**
                     999 Ponce de Leon Boulevard
                     Suite 550
                     Coral Gables, FL  33134
                     305/448-9900

FOR DEFENDANT MASSARO:

                     **FRED HADDAD, ESQ.**
                     One Financial Plaza
                     Ft. Lauderdale, FL  33394

537
A.H.