```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                       FORT LAUDERDALE DIVISION

                    CASE NO. 00-6273-CR-HUCK/BROWN
```

FILED by ___ D.C. APPEAL
JUN - 6 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

| | |
|---|---|
| UNITED STATES OF AMERICA, | MIAMI, FLORIDA |
| Plaintiff, | NOVEMBER 28, 2001 |
| v. | |
| ANTHONY TRENTACOSTA, FREDERICK J. MASSARO, ARIEL HERNANDEZ, | |
| Defendants. | TRIAL DAY 6 |

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE PAUL C. HUCK,
UNITED STATES DISTRICT JUDGE
AND A JURY

APPEARANCES:

FOR THE GOVERNMENT:     LAWRENCE D. LaVECCHIO, ESQ.
                        JEFFREY H. SLOMAN, ESQ.
                        Assistant U.S. Attorneys
                        500 East Broward Boulevard
                        Suite 700
                        Ft. Lauderdale, FL  33394
                        954/356-7255

FOR DEFENDANT TRENTACOSTA:

                        STEPHEN H. ROSEN, ESQ.
                        999 Ponce de Leon Boulevard
                        Suite 550
                        Coral Gables, FL  33134
                        305/448-9900

FOR DEFENDANT MASSARO:

                        FRED HADDAD, ESQ.
                        One Financial Plaza
                        Ft. Lauderdale, FL  33394