

```
 1                   UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                          MIAMI DIVISION

 3                 CASE NO. 00-6273-CR-HUCK/BROWN
```



FILED by _____ D.C.
APPEAL
JUN - 6 2002

```
 5   UNITED STATES OF AMERICA,        |   MIAMI, FLORIDA
                                      |
 6              Plaintiff,            |   NOVEMBER 29, 2001
                                      |
 7   v.                               |
                                      |
 8   ANTHONY TRENTACOSTA,             |
     FREDERICK J. MASSARO,            |
 9   ARIEL HERNANDEZ,                 |
                                      |
10              Defendants.           |
                                    x     NO. 7 TRIAL DAY
11   _____

12              TRANSCRIPT OF TRIAL PROCEEDINGS
             BEFORE THE HONORABLE PAUL C. HUCK,
13              UNITED STATES DISTRICT JUDGE
                         AND A JURY

14   APPEARANCES:

15   FOR THE GOVERNMENT:     LAWRENCE D. LaVECCHIO, ESQ.
                             JEFFREY H. SLOMAN, ESQ.
16                           Assistant U.S. Attorneys
                             500 East Broward Boulevard
17                           Suite 700
                             Ft. Lauderdale, FL  33394
18                           954/356-7255

19   FOR DEFENDANT TRENTACOSTA:

20                           STEPHEN H. ROSEN, ESQ.
21                           999 Ponce de Leon Boulevard
                             Suite 550
22                           Coral Gables, FL  33134
                             305/448-9900
23
     FOR DEFENDANT MASSARO:
24
                             FRED HADDAD, ESQ.
25                           One Financial Plaza
                             Ft. Lauderdale, FL  33394
```

539
H.H.