```
 1              UNITED STATES DISTRICT COURT        FILED by
                SOUTHERN DISTRICT OF FLORIDA        APPEAL        D.
 2                FORT LAUDERDALE DIVISION
                                                     JUN - 6 2002
 3          CASE NO. 00-6273-CR-HUCK/BROWN
                                                    CLARENCE
                                                    CLERK U.S.
 4   _____          S D
                                          |
 5   UNITED STATES OF AMERICA,            |   MIAMI, FLORIDA
                                          |
 6             Plaintiff,                 |   NOVEMBER 30, 2001
                                          |
 7   v.                                   |
                                          |
 8   ANTHONY TRENTACOSTA,                 |
     FREDERICK J. MASSARO,                |
 9   ARIEL HERNANDEZ,                     |
                                          |
10             Defendants.                |
                                        x     NO. 8 TRIAL DAY
11   _____

12             TRANSCRIPT OF TRIAL PROCEEDINGS
             BEFORE THE HONORABLE PAUL C. HUCK,
13              UNITED STATES DISTRICT JUDGE
                         AND A JURY
14
     APPEARANCES:
15
     FOR THE GOVERNMENT:    LAWRENCE D. LaVECCHIO, ESQ.
16                          JEFFREY H. SLOMAN, ESQ.
                            Assistant U.S. Attorneys
17                          500 East Broward Boulevard
                            Suite 700
18                          Ft. Lauderdale, FL  33394
                            954/356-7255
19
     FOR DEFENDANT TRENTACOSTA:
20
                            STEPHEN H. ROSEN, ESQ.
21                          999 Ponce de Leon Boulevard
                            Suite 550
22                          Coral Gables, FL  33134
                            305/448-9900
23
     FOR DEFENDANT MASSARO:
24
                            FRED HADDAD, ESQ.
25                          One Financial Plaza
                            Ft. Lauderdale, FL  33394
```

540
HH