```
 1            UNITED STATES DISTRICT COURT    FILED by____ D.C.
              SOUTHERN DISTRICT OF FLORIDA    APPEAL
 2               FORT LAUDERDALE DIVISION
                                                 JUN - 6 2002
 3         CASE NO. 00-6273-CR-HUCK/BROWN
                                              CLARENCE MADDOX
                                              CLERK U.S. DIST. CT.
 4    _____         S.D. OF FLA. MIAMI
                                       |
 5   UNITED STATES OF AMERICA,          |   MIAMI, FLORIDA
                                        |
 6              Plaintiff,               |   DECEMBER 11, 2001
                                        |
 7   v.                                  |
                                        |
 8   ANTHONY TRENTACOSTA,                |
     FREDERICK J. MASSARO,               |
 9   ARIEL HERNANDEZ,                    |
                                        |
10              Defendants.              |
     _____ x    TRIAL DAY 12
11

12              TRANSCRIPT OF TRIAL PROCEEDINGS
              BEFORE THE HONORABLE PAUL C. HUCK,
13               UNITED STATES DISTRICT JUDGE
                         AND A JURY
14
     APPEARANCES:
15
     FOR THE GOVERNMENT:      LAWRENCE D. LaVECCHIO, ESQ.
16                            JEFFREY H. SLOMAN, ESQ.
                              Assistant U.S. Attorneys
17                            500 East Broward Boulevard
                              Suite 700
18                            Ft. Lauderdale, FL  33394
                              954/356-7255
19
     FOR DEFENDANT TRENTACOSTA:
20
                              STEPHEN H. ROSEN, ESQ.
21                            999 Ponce de Leon Boulevard
                              Suite 550
22                            Coral Gables, FL  33134
                              305/448-9900
23
     FOR DEFENDANT MASSARO:
24
                              FRED HADDAD, ESQ.
25                            One Financial Plaza
                              Ft. Lauderdale, FL  33394
```

544