```
                    UNITED STATES DISTRICT COURT         FILED by _____ D.C.
                    SOUTHERN DISTRICT OF FLORIDA              APPEAL
                       FORT LAUDERDALE DIVISION              JUN - 6 2002

                  CASE NO. 00-6373-CR-HUCK/BROWN            MADDOX
                                                         S. DIST. CT.
                                                          A. MIAMI
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | MIAMI, FLORIDA |
| Plaintiff, | DECEMBER 13, 2001 |
| v. | |
| ANTHONY TRENTACOSTA, FREDERICK J. MASSARO, ARIEL HERNANDEZ, | |
| Defendants. | TRIAL DAY 13 |

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE PAUL C. HUCK,
UNITED STATES DISTRICT JUDGE
AND A JURY

APPEARANCES:

FOR THE GOVERNMENT:  **LAWRENCE D. LaVECCHIO, ESQ.**
**JEFFREY H. SLOMAN, ESQ.**
Assistant U.S. Attorneys
500 East Broward Boulevard
Suite 700
Ft. Lauderdale, FL  33394
954/356-7255

FOR DEFENDANT TRENTACOSTA:

**STEPHEN H. ROSEN, ESQ.**
999 Ponce de Leon Boulevard
Suite 550
Coral Gables, FL  33134
305/448-9900

FOR DEFENDANT MASSARO:

**FRED HADDAD, ESQ.**
One Financial Plaza
Ft. Lauderdale, FL  33394

545
H.H