```
                        UNITED STATES DISTRICT COURT         FILED by _____ D.C
                        SOUTHERN DISTRICT OF FLORIDA         APPEAL
                           FORT LAUDERDALE DIVISION             JUN - 6 2002

                         CASE NO. 00-6273-CR-HUCK/BROWN      CLARENCE MADDOX
                                                             CLER  U.S. DIST. CT.
                                                             S D OF FLA. - MIAMI
```

UNITED STATES OF AMERICA,                    MIAMI, FLORIDA

   Plaintiff,                 APRIL 23, 2002

v.

FREDERICK J. MASSARO,
ARIEL HERNANDEZ,

   Defendants.

---

TRANSCRIPT OF SENTENCING PROCEEDINGS
FREDERICK J. MASSARO, ARIEL HERNANDEZ
BEFORE THE HONORABLE PAUL C. HUCK,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

| | |
|---|---|
| FOR THE GOVERNMENT: | LAWRENCE D. LaVECCHIO, ESQ.<br>JEFFREY H. SLOMAN, ESQ.<br>Assistant U.S. Attorneys<br>500 East Broward Boulevard, Suite 7<br>Ft. Lauderdale, FL  33394<br>954/356-7255 |
| FOR DEFENDANT<br>NASSARO: | FRED HADDAD, ESQ.<br>One Financial Plaza<br>Ft. Lauderdale, FL  33394<br>954/467-6767 |
| FOR DEFENDANT<br>HERNANDEZ: | JEFFREY D. WEINKLE, ESQ.<br>One Southeast 2nd Street, Suite 355<br>Miami, FL  33131 - 305/373-4445 |
| REPORTED BY: | LARRY HERR, RPR-CM-FCRR-AE<br>*Official Federal Court Reporter*<br>JLK Federal Justice Building<br>99 Northeast 4th St., Suite 1067<br>Miami, FL  33132 - 305/523-5528 |

*U.S.A. vs Trentacosta, et al. - 04/23/02*