UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

02-cr-6273

CASE NO: 02-60003-CR-HUCK
Magistrate Judge William C. Turnoff

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

ARIEL HERNANDEZ
FREDERICK J. MASSARO
ANTHONY TRENTECOSTA
    Defendants.
_____/

FILED by CT D.C.
JUL 1 2 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## SCHEDULING NOTICE

PLEASE TAKE NOTICE that a Hearing to determine restitution in this matter is set for <u>FRIDAY JULY 19, 2002 @ 8:45 A.M.</u> before the Honorable Paul C. Huck, United States District Judge, in the Federal Justice Building, Tenth Floor, Courtroom 6, 99 NE 4th Street, Miami, Florida.

_____
Elvis Taveras
Courtroom Deputy to Judge Huck

cc:    Lawrence Lavecchio, AUSA
       Jeffrey Sloman, AUSA- 954 356.7336
       Probation Department - 305.523.5496
       Jeffrey Weinkle, Esq. - 305.545.8514
       Fred Haddad, Esq.- 954.760.4421
       Stephen Rosen, Esq. - 305. 371.6966