

NIGHT BOX
FILED

JUL 12 2002

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA

    Plaintiff,

v.

ARIEL A. HERNANDEZ,

    Defendant.

_____/

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1. It appearing from the petition of the United States of America, that the defendant in the above case, ARIEL A. HERNANDEZ, confined in the Broward County Jail, Ft. Lauderdale, Florida, and that the case is set for a Restitution Hearing as to said defendant at Miami, Florida on July 19, 2002 at 8:45 a.m., and that it is necessary for said defendant to be before this Court for said proceeding.

2. ARIEL A. HERNANDEZ, DOB 07/10/65, Arrest Number 50996824, is now confined in the Broward County Jail, Ft. Lauderdale, Florida.

3. It is necessary to have said defendant before this Court for a Restitution Hearing.

**WHEREFORE**, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said ARIEL A. HERNANDEZ and have subject before this Court at the time and place above specified, then and there as aforesaid; hold said defendant until the conclusion of his case, that is until discharged or sentenced; and upon completion of said proceedings to return the said defendant to the custody of the Warden of the aforesaid penal institution; and also directing the said Warden to deliver the said ARIEL A. HERNANDEZ into the custody of any United States Marshal for the aforesaid purpose.

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
JEFFREY H. SLOMAN
ASSISTANT UNITED STATES ATTORNEY

cc: U.S. ATTORNEY (Sloman)