UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6273-CR-HUCK
Magistrate Judge William C. Turnoff

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ARIEL HERNANDEZ
FREDERICK J. MASSARO
ANTHONY TRENTECOSTA
    Defendants.

_____/



FILED by _____ D.C.

JUL 16 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## <u>SCHEDULING NOTICE</u>

PLEASE TAKE NOTICE that a Hearing to determine restitution in this matter is set

for <u>MONDAY JULY 22, 2002 @ 4:45 P.M.</u> before the Honorable Paul C. Huck, United

States District Judge, in the Federal Justice Building, Tenth Floor, Courtroom 6, 99 NE 4th

Street, Miami, Florida.

_____
Elvis Taveras
Courtroom Deputy to Judge Huck

cc:   Lawrence Lavecchio, AUSA
      Jeffrey Sloman, AUSA- 954 356.7336
      Probation Department - 305.523.5496
      Jeffrey Weinkle, Esq. - 305.545.8514
      Fred Haddad, Esq.- 954.760.4421
      Stephen Rosen, Esq. - 305. 371.6966