UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by ___ D.C.
JUL 16 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA

        Plaintiff,

v.

ARIEL A. HERNANDEZ,

        Defendant.
_____/

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  ANY UNITED STATES MARSHAL, and
       WARDEN, of the Broward County Jail

    1.    It appearing from the petition of the United States of America that ARIEL A. HERNANDEZ, DOB 07/10/65, Arrest Number 50996824, a defendant in the above entitled case, is confined in the Broward County Jail, Ft. Lauderdale, Florida, and that said case is set for a Restitution Hearing at the James Lawrence King Federal Building, 99 Northeast Fourth Street, Courtroom Room 6, Room 1016, Miami, Florida, July 19, 2002, and that it is necessary for the said defendant to be before this Court for the said proceeding;

    **NOW, THEREFORE**, this is to command you, any United States Marshal, that you have the body of the said ARIEL A. HERNANDEZ, now in custody as aforesaid, under safe and secure conduct, before this Court at 99 Northeast Fourth Street, Miami, Florida by or before 8:45 a.m., on July 19, 2002, for a Restitution Hearing on the criminal charges pending against subject in this cause, hold said defendant until the conclusion of his case, that is until discharged or

sentenced; and upon completion of said proceedings that you return subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of the Broward County Jail, Ft. Lauderdale, Florida, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said ARIEL A. HERNANDEZ for safe and secure conduct to this district for the purpose aforesaid.

**DONE and ORDERED** at Miami, Florida, this /6 day of July, 2002.

```
                                PAUL C. HUCK
                                UNITED STATES DISTRICT JUDGE
```

cc:   U.S. Attorney (Sloman)
      U.S. Marshal (3 certified copies)
      Chief Probation Officer