UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

ARIEL HERNANDEZ, et al.,

    *Defendant,*

_____/

### NOTICE OF HEARING

PLEASE TAKE NOTICE that the following has been called up for hearing:

| | |
|---|---|
| DATE: | July 22, 2002 |
| TIME: | 4:45 pm |
| PLACE: | Federal Justice Building<br>99 NE 4th Street<br>Miami, FL 33132 |
| JUDGE: | PAUL C. HUCK<br>U.S. DISTRICT COURT JUDGE |

SPECIFIC MATTERS TO BE HEARD:
1. Motion To Withdraw As Appellate Counsel

Respectfully submitted,

JEFFREY D. WEINKLE, ESQ.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/delivered this ___19th___ day of ___July___, 2002, to: UNITED STATES ATTORNEY'S OFFICE, **AUSA Lawrence Lavecchio**, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, FL 33394 (Fax: 954-356-7230); and to:

Stephen Rosen, Esq.
Suite 1020
1221 Brickell Avenue
Miami, FL 33131
(Attorney for Trentacosta)

HADDAD & HESTER, P.A.
Fred Haddad
One Financial Plaza, Suite 2612
Ft. Lauderdale, FL 33394
(Attorney for Massaro)

Mr. Ariel Hernandez
c/o Broward County Jail
555 SE First Ave
Ft Laud, Fl 33301

Sale & Kuehne, P.A.
Bank of America Tower, Suite 3550
100 S.E. Second Street
Miami, FL 33131

JEFFREY D. WEINKLE, ESQ.
1035 NW 11th Avenue
Miami, FL 33136-2911
Tel: 305-373-4445
Fax: 305-545-8514

JEFFREY D. WEINKLE