UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK



UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

ARIEL HERNANDEZ, et al.,

    *Defendant,*

_____/

## ORDER ON DEFENDANT'S
## MOTION TO WITHDRAW AS APPELLATE COUNSEL

THIS CAUSE having come on to be heard on the Defendant's Motion to Withdraw as Appellate Counsel, and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that:

1. The Defendant's Motion to Withdraw as Appellate Counsel is hereby __GRANTED__.

DONE AND ORDERED in Miami, Dade County, Southern District of Florida, this 22nd day of July, 2002.

                                              PAUL C. HUCK
                                              U.S. DISTRICT COURT JUDGE

Copies furnished to:
Jeffrey D. Weinkle, Esq.
All other counsel of record

