UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-CR-6273-HUCK/TURNOFF

UNITED STATES OF AMERICA,
　　Plaintiff,

vs.

ARIEL HERNANDEZ,
　　Defendant.

_____/



FILED by G.T. D.C.
JUL 23 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER GRANTING MOTION FOR APPELLATE COUNSEL

THIS MATTER came before the Court upon the Defendant's Motion For Appointment of Counsel made *ore tenus* at the restitution hearing on July 22, 2002

The Court has considered the matter and orders that the Motion is GRANTED.

Therefore, It is ORDERED that attorney Richard Rosenbaum, Esq. at 350 East Las Olas Boulevard, Suite 1700, Fort Lauderdale, Florida 33301 is appointed as new appellate counsel pursuant to the Criminal Justice Act.

DONE AND ORDERED in Chambers, Miami, Florida, this 23rd day of July, 2002.

　　　　　　　　　　　　　　　　　　PAUL C. HUCK
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

CC:　　Lawrence Lavecchio, AUSA
　　　　Jeffrey Sloman, AUSA
　　　　Jeffrey Weinkle, Esq.
　　　　Richard Rosenbaum, Esq.
　　　　Lucy Lara - CJA

