UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-06273-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARIEL HERNANDEZ,

    Defendant.

_____/



## MOTION TO PROVIDE COURT APPOINTED COUNSEL WITH DISKS OF TRANSCRIPTS ORDERED

COMES NOW, the Defendant, Ariel Hernandez, by and through undersigned court appointed counsel, and respectfully requests this Honorable Court enter an Order requiring the court reporters to provide computer disks (CD ROM) of the trial proceedings ordered by court appointed counsel, and as grounds and in support thereof states as follows:

1.    On July 23, 2002 undersigned counsel was appointed to represent the Defendant, Ariel Hernandez, in the appeal of the Sentence, Conviction and Judgment entered.

2.    The appointment of counsel was pursuant to the Criminal Justice Act.

3.    This was a lengthy 13-day trial with multiple defendants. Accordingly, it would greatly assist undersigned counsel if computer disks (CD ROM) of the transcripts ordered could be provided.

4.    Undersigned counsel utilizes a Summation program that shall greatly assist him in outlining transcripts, referencing issues to be raised on appeal, and in the preparation of the brief(s) filed on the Defendant/Appellant's behalf.

5.    No undue hardship shall enure to the court reporter as providing court appointed counsel with the computer disks (CD ROM) is merely copying the transcripts from his computer

PERS-MLC 364960.1

onto the disks.

6. In the long run, having the trial proceedings on computer disks (CD ROM) shall expedite undersigned counsel's work-up of this appeal and shall further justice.

WHEREFORE, based upon the foregoing, the Defendant/Appellant, Ariel Hernandez, respectfully requests this Honorable Court enter an Order requiring the court reporters to provide computer disks (CD ROM) of the trial proceedings ordered by court appointed counsel.

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was furnished by U.S. mail this **7th day of August, 2002** to: **Office of the U.S. Attorney**, 99 N. E. Fourth Street, Miami, FL 33132; **Court Reporters Division**, U.S. District Courthouse, 301 N. Miami Avenue, Miami, FL 33128; and **Benedict P. Kuehne, Esquire** (appellate counsel for Frederick J. Massaro), 100 S. E. Sixth Street, Suite 3550, Miami, FL 33131-2154.

Respectfully submitted,

RICHARD L. ROSENBAUM, ESQ.
LAW OFFICES OF RICHARD L. ROSENBAUM
Attorney for Defendant/Appellant
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301
Telephone (954) 522-7007
Florida Bar No: 394688

BY: _____
RICHARD L. ROSENBAUM