UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
AUG 13 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE NO. 00-06273-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARIEL HERNANDEZ,

    Defendant.

_____/

### ORDER REQUIRING COURT REPORTER TO PROVIDE COURT APPOINTED COUNSEL WITH DISKS (CD ROM) OF TRANSCRIPTS ORDERED

THIS CAUSE having come on to be heard upon the Defendant, Ariel Hernandez's, Motion to Provide Court Appointed Counsel (Richard L. Rosenbaum, Esq.) with Computer Disks (CD ROM) of Transcripts Ordered, and the Court being otherwise fully advised in the premises, it is, thereupon,

ORDERED AND ADJUDGED that said Motion be, and the same is hereby _Denied. The defendant already has a copy of the transcript which he ordered_

DONE AND ORDERED in Miami, Florida, this _13_ day of _August_, 2002.

_____
U.S. DISTRICT COURT JUDGE
PAUL C. HUCK

**COPIES FURNISHED:**

RICHARD L. ROSENBAUM, ESQ.
OFFICE OF THE U.S. ATTORNEY
COURT REPORTERS DIVISION (MIAMI)
BENEDICT P. KUEHNE, ESQ. (APPELLATE COUNSEL FOR MASSARO)

PERS-MLC 364960.1