1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by _____ D.C.
CT. REP.
AUG 19 2002

UNITED STATES OF AMERICA,          CASE NO. 00-6273-CR-HUCK

       Plaintiff,                  Miami, Florida
                                    November 19, 2001
  v.

ANTHONY TRENTACOSTA,
ARIEL HERNANDEZ,
FREDERICK J. MASSARO,

       Defendants.
_____X

Transcript of jury trial had
before the Honorable Paul C. Huck,
United States District Judge.

APPEARANCES:

FOR THE GOVERNMENT:          LAWRENCE LAVECCHIO, A.U.S.A.

                              JEFFREY SLOMAN, A.U.S.A.

FOR DEFENDANT TRENTACOSTA:   STEPHEN ROSEN, ESQ.

FOR DEFENDANT HERNANDEZ:     JEFFREY WEINKLE, ESQ.

FOR DEFENDANT MASSARO:       FRED HADDAD, ESQ.

KIMBERLY V. MESFUN, RPR
OFFICIAL COURT REPORTER
301 N. Miami Avenue, Room 396
Miami, Florida  33128-7788
(305)  523-5631

Proceedings recorded by mechanical stenography, transcript produced by notereading.