Page 1 of 20

FILED by _____ D.C.
APPEAL
AUG 2 8 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

1      UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF FLORIDA
2             MIAMI DIVISION

3      CASE NO.: 00-CRIMINAL-6273-HUCK

4  THE UNITED STATES OF AMERICA,

5              PLAINTIFF,
                                       MIAMI, FLORIDA
6     VS.                              DECEMBER 14, 2001

7  ANTHONY TRENTACOSTA, FREDERICK
   MASSARO AND ARIEL HERNANDEZ,
8
              DEFENDANTS.
9  _____

10

              TRANSCRIPT OF JURY TRIAL PROCEEDINGS
11         BEFORE THE HONORABLE PAUL C. HUCK
                UNITED STATES DISTRICT JUDGE
12

13 APPEARANCES:
   FOR THE GOVERNMENT:   LAWRENCE LAVECCHIO, A.U.S.A.
14                       *OFFICE OF THE UNITED STATES ATTORNEY*
                         J.L.K. FEDERAL JUSTICE BUILDING
15                       99 N.E. FOURTH STREET
                         MIAMI, FL 33132 - 305-961-9000
16
   FOR THE DEFENDANT     RICHARD K. HOULIHAN, ESQ.
17 *ANTHONY TRENTACOSTA*: 310 ARAGON AVENUE, STE. 310
                         CORAL GABLES, FL 33134 - 305-442-1522
18
   FOR THE DEFENDANT     FRED HADDAD, ESQ.
19 *FREDERICK MASSARO*:  1 FINANCIAL PLAZA, STE 2612
                         FT LAUDERDALE, FL 33394 - 954-467-6767
20
   FOR THE DEFENDANT     RICHARD L. ROSENBAUM, ESQ.
21 *ARIEL HERNANDEZ*:    LAS OLAS CENTER, STE. 1700
                         350 E. LAS OLAS BOULEVARD
22                       FT LAUDERDALE, FL 33301 - 954-522-7007

23 REPORTED BY:          RANDALL J. BELSVIK, RPR
                         *OFFICIAL FEDERAL COURT REPORTER*
24                       J.L.K. FEDERAL JUSTICE BUILDING
                         99 N.E. FOURTH STREET, STE 1027
25                       MIAMI, FL 33132 - 305-523-5178