1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6273-CR-HUCK/BROWN

FILED by _____ D.C.
APPEAL
SEP 2 7 2002
CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA. - MIAMI

---

**UNITED STATES OF AMERICA,**               MIAMI, FLORIDA

        Plaintiff,                OCTOBER 4, 2001

v.

**ANTHONY TRENTACOSTA,**
**FREDERICK J. MASSARO,**
**ARIEL HERNANDEZ,**

        Defendants.

---

**TRANSCRIPT OF STATUS CONFERENCE**
**BEFORE THE HONORABLE PAUL C. HUCK,**
**UNITED STATES DISTRICT JUDGE**

APPEARANCES:

| | |
|---|---|
| FOR THE GOVERNMENT: | **LAWRENCE D. LaVECCHIO, ESQ.**<br>**JEFFREY H. SLOMAN, ESQ.**<br>Assistant U.S. Attorneys<br>500 East Broward Boulevard, Suite 700<br>Ft. Lauderdale, FL 33394<br>954/356-7255 |
| FOR DEFENDANT:<br>TRENTACOSTA: | **STEPHEN H. ROSEN, ESQ.**<br>999 Ponce de Leon Boulevard<br>Suite 700<br>Coral Gables, FL 33134<br>305/448-9900 |
| FOR DEFENDANT:<br>MASSARO: | **FRED HADDAD, ESQ.**<br>One Financial Plaza<br>Ft. Lauderdale, FL 33394<br>954/467-6767 |