```
                    UNITED STATES DISTRICT COURT      FILED by_____ D.C.
                    SOUTHERN DISTRICT OF FLORIDA       APPEAL
                      FORT LAUDERDALE DIVISION         SEP 2 7 2002
                                                       CLARENCE MADDOX
                    CASE NO. 00-6273-CR-HUCK/BROWN     CLER. U.S. DIST. CT.
                                                       S.D. OF FLA. · MIAMI
```

-----------------------------------|
                                   |
UNITED STATES OF AMERICA,          |    MIAMI, FLORIDA
                                   |
                 Plaintiff,        |    NOVEMBER 14, 2001
v.                                 |
                                   |
ANTHONY TRENTACOSTA,               |
FREDERICK J. MASSARO,              |
ARIEL HERNANDEZ,                   |
                                   |
                 Defendants.       |
-----------------------------------x


                TRANSCRIPT OF STATUS CONFERENCE
              BEFORE THE HONORABLE PAUL C. HUCK,
                 UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:     LAWRENCE D. LaVECCHIO, ESQ.
                        JEFFREY H. SLOMAN, ESQ.
                        Assistant U.S. Attorneys
                        500 East Broward Boulevard, Suite 700
                        Ft. Lauderdale, FL  33394
                        954/356-7255

FOR DEFENDANT:          STEPHEN H. ROSEN, ESQ.
  TRENTACOSTA:          999 Ponce de Leon Boulevard
                        Suite 700
                        Coral Gables, FL 33134
                        305/448-9900


FOR DEFENDANT:          FRED HADDAD, ESQ.
  MASSARO:              One Financial Plaza
                        Ft. Lauderdale, FL  33394
                        954/467-6767