**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

FILED by ___ D.C.
CT. REP.
SEP 27 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

                               Case No. 00-06273-Cr-HUCK

       Plaintiff,

  vs.                             MIAMI, *FLORIDA*
                               JUNE 22, 2001

ARIEL HERNANDEZ, et al.,

       Defendants.

---

TRANSCRIPT OF HEARING PROCEEDINGS
BEFORE THE HONORABLE STEPHEN T. BROWN,
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

              NO APPEARANCE BY GOVERNMENT COUNSEL

FOR THE DEFENDANT TRENTACOSTA:

              RICHARD K. HOULIHAN, ESQ.
              300 Aragon Avenue
              Miami, Florida

FOR THE DEFENDANT HERNANDEZ:

              JEFFREY D. WEINKLE, ESQ.
              1101 Brickell Avenue
              Miami, Florida

REPORTED BY:      JERALD M. MEYERS, RPR-CM
                     Miami, FL  33128-7797

**STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION**