1

```
 1                 UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
 2                   FORT LAUDERDALE DIVISION

 3                CASE NO. 00-6273-CR-HUCK/BROWN

 4   ------------------------------------
                                         |
 5   UNITED STATES OF AMERICA,           |   MIAMI, FLORIDA
                                         |
 6              Plaintiff,                |   DECEMBER 14, 2001
                                         |
 7   v.                                  |
                                         |
 8   ANTHONY TRENTACOSTA,                |
     FREDERICK J. MASSARO,               |
 9   ARIEL HERNANDEZ,                    |
                                         |
10              Defendants.              |
     ---------------------------------x        TRIAL DAY 14
11

12             TRANSCRIPT OF TRIAL PROCEEDINGS
            BEFORE THE HONORABLE PAUL C. HUCK,
13              UNITED STATES DISTRICT JUDGE
                        AND A JURY
14
     APPEARANCES:
15
     FOR THE GOVERNMENT:      LAWRENCE D. LaVECCHIO, ESQ.
16                            JEFFREY H. SLOMAN, ESQ.
                              Assistant U.S. Attorneys
17                            500 East Broward Boulevard
                              Suite 700
18                            Ft. Lauderdale, FL  33394
                              954/356-7255
19
     FOR DEFENDANT TRENTACOSTA:
20
                              STEPHEN H. ROSEN, ESQ.
21                            999 Ponce de Leon Boulevard
                              Suite 550
22                            Coral Gables, FL  33134
                              305/448-9900
23
     FOR DEFENDANT MASSARO:
24
                              FRED HADDAD, ESQ.
25                            One Financial Plaza
                              Ft. Lauderdale, FL  33394
```

FILED by APPEAL ___ D.C.
OCT 18 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI