1         UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF FLORIDA
2           FORT LAUDERDALE DIVISION

3        CASE NO. 00-6273-CR-HUCK/BROWN

FILED by _____ D.C.
APPEAL

NOV 2 7 2002

CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA.  MIAMI

4       _____ |

5   UNITED STATES OF AMERICA,          |     MIAMI, FLORIDA
                                       |
6                    Plaintiff,        |     NOVEMBER 6, 2000
    v.                                 |
7                                      |
    ANTHONY TRENTACOSTA, et al.        |
8                                      |
                     Defendants.       |
9   _____x

10            TRANSCRIPT OF STATUS CONFERENCE
          BEFORE THE HONORABLE PAUL C. HUCK,
11             UNITED STATES DISTRICT JUDGE

12  APPEARANCES:

13
    FOR THE GOVERNMENT:     LAWRENCE D. LaVECCHIO, ESQ.
14                          Assistant U.S. Attorneys
                            500 East Broward Boulevard, Suite 700
15                          Ft. Lauderdale, FL  33394
                            954/356-7255
16
    FOR DEFENDANT:          RICHARD HOULIHAN, ESQ.
17    TRENTACOSTA:

18

19  FOR DEFENDANT:          FRED HADDAD, ESQ.
      MASSARO:              One Financial Plaza
20                          Ft. Lauderdale, FL  33394
                            954/467-6767
21

22  FOR DEFENDANT           JEFFREY D. WEINKLE, ESQ.
      HERNANDEZ:            One Southeast 2nd Street, Suite 3550
23                          Miami, FL  33131 - 305/373-4445

24

25

```
 1
      FOR DEFENDANT
 2      MONACO:              THOMAS ALMON, ESQ.

 3
      FOR DEFENDANT
 4      GARCIA:              ALBERT LEVIN, ESQ.

 5
      FOR DEFENDANT
 6      SILVERMAN:           MIKE SMITH, ESQ.

 7

 8
      REPORTED BY:              LARRY HERR, RPR-CM-FCRR-AE
 9                             Official Federal Court Reporter
                               JLK Federal Justice Building
10                             99 Northeast 4th St., Suite 1067
                               Miami, FL  33132 - 305/523-5528
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```