1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF FLORIDA
2         FORT LAUDERDALE DIVISION

3    CASE NO. 00-6273-CR-HUCK/BROWN

FILED by _____ D.C.
APPEAL

NOV 2 7 2002

CLARENCE MADDOX
CLER.: U.S. DIST. CT.
S.D. OF FLA. - MIAMI

4    _____|

5    UNITED STATES OF AMERICA,        |    MIAMI, FLORIDA
                                      |
6                   Plaintiff,        |    SEPTEMBER 4, 2001
     v.                               |
7                                     |
     ANTHONY TRENTACOSTA, et al.      |
8                                     |
                    Defendants.       |
9    _____x

10        TRANSCRIPT OF STATUS CONFERENCE
11     BEFORE THE HONORABLE PAUL C. HUCK,
            UNITED STATES DISTRICT JUDGE
12
     APPEARANCES:
13
     FOR THE GOVERNMENT:     LAWRENCE D. LaVECCHIO, ESQ.
14                           Assistant U.S. Attorneys
                             500 East Broward Boulevard, Suite 700
15                           Ft. Lauderdale, FL   33394
                             954/356-7255
16
     FOR DEFENDANT:          STEPHEN H. ROSEN, ESQ.
17      TRENTACOSTA:         999 Ponce de Leon Boulevard
                             Suite 700
18                           Coral Gables, FL 33134
                             305/448-9900
19

20
     FOR DEFENDANT:          FRED HADDAD, ESQ.
21      MASSARO:             One Financial Plaza
                             Ft. Lauderdale, FL   33394
22                           954/467-6767

23

24

25

```
 1   FOR DEFENDANT          JEFFREY D. WEINKLE, ESQ.
       HERNANDEZ:           One Southeast 2nd Street, Suite 3550
 2                          Miami, FL  33131 - 305/373-4445

 3
     FOR DEFENDANT
 4     RUGGIERO:            SAM DELUCA, ESQ.

 5
     FOR DEFENDANT
 6     SILVERMAN:           MICHAEL SMITH, ESQ.

 7   FOR DEFENDANT
       CHIUSANO:            DONALD SPADARO, ESQ.
 8

 9
     REPORTED BY:           LARRY HERR, RPR-CM-FCRR-AE
10                          Official Federal Court Reporter
                            JLK Federal Justice Building
11                          99 Northeast 4th St., Suite 1067
                            Miami, FL  33132 - 305/523-5528
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```