```
                UNITED STATES DISTRICT COURT           FILED by_____D.C.
                SOUTHERN DISTRICT OF FLORIDA           APPEAL
                   FORT LAUDERDALE DIVISION            NOV 2 7 2002

                CASE NO. 00-6273-CR-HUCK/BROWN         CLARENCE MADDOX
                                                       CLERK, U.S. DIST. CT.
                                                       S.D. OF FLA. - MIAMI
```

_____
                                        |
UNITED STATES OF AMERICA,               |    MIAMI, FLORIDA
                                        |
            Plaintiff,                  |    OCTOBER 4, 2001
v.                                      |
                                        |
ANTHONY TRENTACOSTA,                    |
FREDERICK J. MASSARO,                   |
ARIEL HERNANDEZ,                        |
                                        |
            Defendants.                 |
_____x


                TRANSCRIPT OF STATUS CONFERENCE
            BEFORE THE HONORABLE PAUL C. HUCK,
                UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:     LAWRENCE D. LaVECCHIO, ESQ.
                        JEFFREY H. SLOMAN, ESQ.
                        Assistant U.S. Attorneys
                        500 East Broward Boulevard, Suite 700
                        Ft. Lauderdale, FL  33394
                        954/356-7255

FOR DEFENDANT:          STEPHEN H. ROSEN, ESQ.
   TRENTACOSTA:         999 Ponce de Leon Boulevard
                        Suite 700
                        Coral Gables, FL 33134
                        305/448-9900


FOR DEFENDANT:          FRED HADDAD, ESQ.
   MASSARO:             One Financial Plaza
                        Ft. Lauderdale, FL  33394
                        954/467-6767

```
 1

 2
      FOR DEFENDANT           JEFFREY D. WEINKLE, ESQ.
 3      HERNANDEZ:            One Southeast 2nd Street, Suite 3550
                              Miami, FL  33131 - 305/373-4445
 4
      REPORTED BY:            LARRY HERR, RPR-CM-FCRR-AE
 5                            Official Federal Court Reporter
                              JLK Federal Justice Building
 6                            99 Northeast 4th St., Suite 1067
                              Miami, FL  33132 - 305/523-5528
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```