```
                    FILED by _____ D.C.
                    APPEALS
                    DEC 0 5 2002
                    CLARENCE MADDOX
                    CLERK U.S. DIST. CT.
                    S.D. OF FLA. • MIAMI
```

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CLARENCE MADDOX**  Appeals Section
Clerk of Court

Date: 12/5/2002

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**1st Supplement**

IN RE: District Court No: 00-06273-cr - PCH

U.S.C.A. No: 02-12352-A

Style: ACOSTA V. USA

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

- 0 Volume(s) of pleadings
- 5 Volume(s) of Transcripts
- X Exhibits: 0 boxes; 0 folders; 0 envelopes; 0 PSIs (sealed)
- ☐ other: _____
- ☐ other: _____
- ☐ Other: _____
- ☐ Other: _____

Sincerely,

Clarence Maddox, Clerk of Court

By: _Hope Hill_
Deputy Clerk

Attachment                                          S/F A-15
c: court file                                       Rev. 10/94

- ☒ 301 N. Miami Avenue, Miami, Fl 33128-7788, 305-523-5080
- ☐ 299 E. Broward Boulevard, Ft. Lauderdale, Fl 33301, 954-769-5413
- ☐ 701 Clematis Street, West Palm Beach, Fl 33401, 561-803-3408

606
H.H.

```
                                               STB     CLOSED
                                               APPEAL
            U.S. District Court
     Southern District of Florida (FtLauderdale)

     CRIMINAL DOCKET FOR CASE #: 00-CR-6273-ALL
```

USA v. Trentacosta, et al                         Filed: 09/19/00
Dkt# in other court: None

Case Assigned to: Judge Paul C. Huck

ANTHONY TRENTACOSTA (1)         Donald F. Samuel
aka                             FTS 365-5041
Tony Pep                        [COR LD NTC ret]
    defendant                   Edward T. M. Garland
  [term  04/30/02]              FTS 365-5041
                                [COR LD NTC ret]
                                Garland Samuel & Loeb
                                3151 Maple Drive NE
                                Atlanta, GA 30305
                                404-262-2225

                                Richard Kevin Houlihan
                                  [term  08/15/01]
                                FTS 442-7194
                                305-442-1522
                                Suite 310
                                [COR LD NTC cja]
                                310 Aragon Avenue
                                Coral Gables, FL 33134

                                Stephen Howard Rosen
                                  [term  04/30/02]
                                FTS 371-6966
                                [COR LD NTC ret]
                                Stephen H. Rosen
                                1221 Brickell Avenue
                                Suite 1020
                                Miami, FL 33131
                                305-358-6789


Pending Counts:                 Disposition

18:1962-5800.F RECEIVED INCOME  Imprisonment for a term of 100
DERIVED FROM RICO               months, supervised release
  (1)                           for a term of 3 years,
                                Assessment of $100.00, Fine of
                                $2,500.00, Restitution to be
                                determined at a date within 90
                                days
                                  (1)

Docket as of December 5, 2002 10:21 am            Page 1

*Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By [signature] Hope Hill
Deputy Clerk
Date 11/5/02*

```
Proceedings include events between 11/4/02 and 11/27/02.             STB
0:00cr6273-ALL USA v. Trentacosta, et al                       CLOSED APPEAL


Offense Level (opening): 4


Terminated Counts:

    NONE



Complaints:

    NONE



==========================

Case Assigned to:  Judge Paul C. Huck

FREDERICK J. MASSARO (2)          Christopher Alan Grillo
     defendant                      [term  04/25/02]
  [term  04/25/02]                  [COR LD NTC cja]
                                   Christopher Grillo
                                   1 E Broward Boulevard
                                   Suite 700
                                   Fort Lauderdale, FL 33301
                                   954-524-1125

                                   Fred Haddad
                                     [term  03/08/01]
                                   FTS 760-4421
                                   954-467-6767
                                   [COR LD NTC ret]
                                   Fred Haddad
                                   1 Financial Plaza
                                   Suite 2612
                                   Fort Lauderdale, FL 33394
                                   954-467-6767

                                   Benedict Paul Kuehne
                                   FTS 789-5987
                                   [COR LD NTC ret]
                                   Sale & Kuehne
                                   NationsBank Tower
                                   100 SE 2nd Street
                                   Suite 3550
                                   Miami, FL 33131-2154
                                   305-789-5989
```

```
Proceedings include events between 11/4/02 and 11/27/02.           STB
0:00cr6273-ALL USA v. Trentacosta, et al                    CLOSED APPEAL
```

| Pending Counts: | Disposition |
|---|---|
| 18:1962-5800.F RECEIVED INCOME DERIVED FROM RICO<br>(1) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently.<br>(1) |
| 18:1344A.F BANK FRAUD<br>(2 - 16) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently.<br>(2 - 16) |
| 18:1959-7482.F RACKETEERING - THREATS<br>(17 - 18) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently.<br>(17 - 18) |
| 18:1959-7482.F RACKETEERING - THREATS<br>(20) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently.<br>(20) |
| 18:513B.F POSSESSION OF COUNTERFEITING INSTRUMENTS<br>(21) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently.<br>(21) |

Proceedings include events between 11/4/02 and 11/27/02.                              STB
0:00cr6273-ALL USA v. Trentacosta, et al                                     CLOSED APPEAL

| | |
|---|---|
| 18:892.F EXTENSIONS OF CREDIT BY EXTORTION (22) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (22) |
| 18:894.F COLLECTION OF CREDIT BY EXTORTION (23) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (23) |
| 18:659.F INTERSTATE/FOREIGN SHIPMENT CARRIERS: Possession of stolen goods (24) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (24) |

Offense Level (opening): 4

| Terminated Counts: | Disposition |
|---|---|
| 18:922Q.F CARRYING/USING FIREARMS: Felon in possession of a firearm (25) | Acquitted by Jury (25) |

Offense Level (disposition): 4

Complaints:

    NONE

========================

Docket as of December 5, 2002 10:21 am                                         Page 4

Proceedings include events between 11/4/02 and 11/27/02.                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                                    CLOSED APPEAL
Case Assigned to: Judge Paul C. Huck

FRANCIS RUGGIERO (3) , DOB:            Samuel R. De Luca
12/24/37  Prisoner #: 61919-             [term  01/29/02]
004 Address: 7356 Gray Avenue,         FTS 653-6979
Miami, Florida 33141                   [COR LD NTC ret]
aka                                    De Luca and Tate
Little Frankie                         3451 Kennedy Boulevard
     defendant                         Jersey City, NJ 07307
  [term  01/29/02]                     201-653-7200


Pending Counts:                              Disposition

18:1962-5800.F RECEIVED INCOME         Imprisonment for 18 months.
DERIVED FROM RICO                      Supervised Release for 3 years.
(1)                                    Assessment $100.00
                                       (1)


Offense Level (opening): 4


Terminated Counts:                           Disposition

18:892.F EXTENSIONS OF CREDIT          Dismissed.
BY EXTORTION                           (22)
(22)

18:894.F COLLECTION OF CREDIT          Dismissed.
BY EXTORTION                           (23)
(23)


Offense Level (disposition): 4



Complaints:

     NONE


========================

```
Proceedings include events between 11/4/02 and 11/27/02.           STB
0:00cr6273-ALL USA v. Trentacosta, et al                    CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck
```

| | |
|---|---|
| ARIEL HERNANDEZ (4)<br>    defendant<br>  [term   04/25/02] | Jeffrey David Weinkle<br>  [term   04/25/02]<br>FTS 545-8514<br>305-373-4445<br>[COR LD NTC cja]<br>1035 NW 11th Avenue<br>Miami, FL 33136<br><br>William Donald Matthewman<br>  [term   04/25/02]<br>FTS 416-0171<br>[COR LD NTC cja]<br>Seiden Alder & Matthewman<br>2300 Glades Road<br>Suite 340-W<br>Boca Raton, FL 33431<br>561-416-0170<br><br>Richard L. Rosenbaum<br>FTS 522-7003<br>954-522-7007<br>Suite 1700<br>[COR LD NTC cja]<br>Las Olas Center<br>350 E Las Olas Boulevard<br>Fort Lauderdale, FL 33301 |

| Pending Counts: | Disposition |
|---|---|
| 18:1962-5800.F RECEIVED INCOME DERIVED FROM RICO<br>(1) | Imprisonment for a term of Life as to Counts 1-18, 360 months as to Counts 2-16, 120 months as to Counts 17 and 21 to run Concurrently. Supervised Release for 5 years as to Counts 1, 2-16, 18, and 3 years as to Counts 17 and 21 to run Concurrently. Assessment $1,900.00 Fine $10,000.00<br>(1) |
| 18:1344A.F BANK FRAUD<br>(2 - 16) | Imprisonment for a term of Life as to Counts 1-18, 360 months as to Counts 2-16, 120 months as to Counts 17 and 21 to run Concurrently. Supervised Release for 5 years as to Counts 1, 2-16, 18, and 3 years as to Counts 17 and 21 to run Concurrently. Assessment $1,900.00 Fine $10,000.00      (2 |

```
Proceedings include events between 11/4/02 and 11/27/02.              STB
0:00cr6273-ALL USA v. Trentacosta, et al                      CLOSED APPEAL
```

|  |  |
|---|---|
| | - 16) |
| 18:1959-7482.F RACKETEERING - THREATS<br>(17 - 18) | Imprisonment for a term of Life as to Counts 1-18, 360 months as to Counts 2-16, 120 months as to Counts 17 and 21 to run Concurrently. Supervised Release for 5 years as to Counts 1, 2-16, 18, and 3 years as to Counts 17 and 21 to run Concurrently. Assessment $1,900.00 Fine $10,000.00<br>(17 - 18) |
| 18:513B.F POSSESSION OF COUNTERFEITING INSTRUMENTS<br>(21) | Imprisonment for a term of Life as to Counts 1-18, 360 months as to Counts 2-16, 120 months as to Counts 17 and 21 to run Concurrently. Supervised Release for 5 years as to Counts 1, 2-16, 18, and 3 years as to Counts 17 and 21 to run Concurrently. Assessment $1,900.00 Fine $10,000.00<br>(21) |

Offense Level (opening): 4

Terminated Counts:

    NONE

Complaints:

    NONE

=========================

```
Proceedings include events between 11/4/02 and 11/27/02.             STB
0:00cr6273-ALL USA v. Trentacosta, et al                      CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

JULIUS BRUCE CHIUSANO (5)          Donald Richard Spadaro
      defendant                      [term  01/29/02]
  [term   01/29/02]                  FTS 522-6888
                                     954-763-5504
                                     Suite 103
                                     [COR LD NTC ret]
                                     1000 S Federal Highway
                                     Fort Lauderdale, FL 33316


Pending Counts:                       Disposition

18:1962-5800.F RECEIVED INCOME        Imprisonment for 24 months to
DERIVED FROM RICO                     run concurrently with the
  (1)                                 sentence imposed by Judge Seitz
                                      under case number
                                      00-6309-CR-PAS. Supervised
                                      Release of 3 years to run
                                      concurrent with the sentence
                                      imposed under 00-6309-CR-PAS.
                                      Assessment $100.00
                                        (1)

Offense Level (opening): 4


Terminated Counts:                    Disposition

18:1344A.F BANK FRAUD                 Dismissed.
  (2 - 16)                              (2 - 16)

18:513B.F POSSESSION OF               Dismissed.
COUNTERFEITING INSTRUMENTS              (21)
  (21)


Offense Level (disposition): 4



Complaints:

    NONE


========================
```

```
Proceedings include events between 11/4/02 and 11/27/02.          STB
0:00cr6273-ALL USA v. Trentacosta, et al                    CLOSED APPEAL
Case Assigned to:  Judge Paul C. Huck
```

ADAM TODD SILVERMAN (6) , DOB:         Michael Gary Smith
7/6/67; Prisoner # 02405-748;           [term  02/20/02]
    defendant                          FTS 767-8343
 [term  02/20/02]                      954-303-7843
                                        [COR LD NTC cja]
                                        Michael Gary Smith
                                        110 SE 6th Street
                                        Suite 1970
                                        Fort Lauderdale, FL 33301
                                        954-761-7201


Pending Counts:                         Disposition

18:373-0300.F MANSLAUGHTER              Imprisonment for 42 months;
(19)                                    Supervised Release for 3 years;
                                        Assessment $100.00
                                        (19)


Offense Level (opening): 4


Terminated Counts:                      Disposition

18:1962-5800.F RECEIVED INCOME          Dismissed.
DERIVED FROM RICO                       (1)
(1)

18:894.F COLLECTION OF CREDIT           Dismissed.
BY EXTORTION                            (23)
(23)


Offense Level (disposition): 4



Complaints:

    NONE


========================

```
Proceedings include events between 11/4/02 and 11/27/02.           STB
0:00cr6273-ALL USA v. Trentacosta, et al                    CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck
```

| | |
|---|---|
| CARLOS GARCIA (7) , DOB:<br>11/14/66 PRISONER #61939-004<br>    defendant<br>  [term   02/27/02] | Albert Zachary Levin<br>  [term   02/27/02]<br>FTS 372-0052<br>[COR LD NTC cja]<br>Albert Z. Levin<br>888 Brickell Avenue<br>6th Floor<br>Miami, FL 33131<br>305-379-7101 |
| Pending Counts: | Disposition |
| 18:1959-7482.F RACKETEERING -<br>THREATS<br>(20) | Imprisonment for 25 months;<br>Supervised Release for 3 years;<br>Assessment $100.00<br>(20) |

Offense Level (opening): 4

| Terminated Counts: | Disposition |
|---|---|
| 18:1962-5800.F RECEIVED INCOME<br>DERIVED FROM RICO<br>(1) | Dismissed.<br>(1) |
| 18:894.F COLLECTION OF CREDIT<br>BY EXTORTION<br>(23) | Dismissed.<br>(23) |

Offense Level (disposition): 4

Complaints:

    NONE

========================

```
Proceedings include events between 11/4/02 and 11/27/02.              STB
0:00cr6273-ALL USA v. Trentacosta, et al                       CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

CHARLES PATRICK MONICO (8) ,          Susan W. Vandusen
DOB:  12/8/56   Prisoner #:             [term  01/29/02]
02406-748                             305-540-0050
     defendant                        [COR LD NTC cja]
  [term  01/29/02]                    1899 S Bayshore Drive
                                      Miami, FL 33133

                                      Thomas Franklin Almon, Jr.
                                        [term  01/29/02]
                                      FTS 573-6251
                                      305-576-8568
                                      [COR LD NTC cja]
                                      321 NE 26th Street
                                      Miami, FL 33137


Pending Counts:                       Disposition

18:1962-5800.F RECEIVED INCOME        Imprisonment for TIME SERVED.
DERIVED FROM RICO                     Supervised Release for 3
(1)                                   years. Assessment $100.00
                                      (1)


Offense Level (opening): 4


Terminated Counts:                    Disposition

18:373-0300.F MANSLAUGHTER            Dismissed.
(19)                                  (19)


Offense Level (disposition): 4



Complaints:

    NONE


========================
```

```
Proceedings include events between 11/4/02 and 11/27/02.              STB
0:00cr6273-ALL USA v. Trentacosta, et al                      CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

ANTHONY RAYMOND BANKS (9) ,         Manuel Gonzalez, Jr.
DOB: 11/29/72; Prisoner              [term  01/29/02]
#02407-748; English                 FTS 445-0543
    defendant                       305-567-0100
 [term  01/29/02]                   Suite 440
                                    [COR LD NTC cja]
                                    782 NW 42nd Avenue
                                    Miami, FL 33126


Pending Counts:                     Disposition

18:1962-5800.F RECEIVED INCOME      Imprisonment for 21 months.
DERIVED FROM RICO                   Supervised Release for 3 years.
(1)                                 Assessment $100.00
                                    (1)


Offense Level (opening): 4


Terminated Counts:                  Disposition

18:373-0300.F MANSLAUGHTER          Dismissed.
(19)                                (19)


Offense Level (disposition): 4



Complaints:

    NONE


U. S. Attorneys:

   Jeffrey Henry Sloman, AUSA
   FTS 356-7230
   954-356-7255
   [COR LD NTC]
   Lawrence D. LaVecchio
   FTS 356-7230
   954-356-7255
   [COR LD NTC]
   United States Attorney's Office
   500 E Broward Boulevard
   7th Floor
   Fort Lauderdale, FL 33394-3002
   954-356-7255
```

```
Proceedings include events between 11/4/02 and 11/27/02.            STB
0:00cr6273-ALL USA v. Trentacosta, et al                     CLOSED APPEAL

          PTS Officer
          305-808-6500
          [COR LD NTC]
          Pretrial Services Office
          330 Biscayne Boulevard
          Miami, FL 33132

          Probation Officer
          FTS 523-5497
          305-523-5300
          [COR LD NTC]
          United States Probation Office
          300 NE 1st Avenue
          Room 315
          Miami, FL 33132-2126
          305-523-5300
```

Proceedings include events between 11/4/02 and 11/27/02.                          STB
0:00cr6273-ALL USA v. Trentacosta, et al                                    CLOSED APPEAL

*Begin 1st Supplementals*

| Date | Doc# | Description |
|---|---|---|
| 11/4/02 | 596 | TRANSCRIPT filed as to Anthony Trentacosta of ex parte, in camera hearing held 11/9/01 before Judge Paul C. Huck Pages: 1-95 re: [522-1] appeal . (ga) [Entry date 11/05/02]  *1st Supplement Vol. 5* |
| 11/13/02 | -- | ACKNOWLEDGMENT of receipt by U.S.C.A. of: COR/ROA on 11/04/02; U.S.C.A. # 02-12352-A (hh) [Entry date 11/13/02] |
| 11/21/02 | 598 | Transcript Information Form as to Anthony Trentacosta for Transcript of: hearing held 6/22/01 (SEE DE#594 & 586) filed re: [522-1] appeal by Anthony Trentacosta (ga) [Entry date 11/25/02] |
| 11/21/02 | 599 | TRANSCRIPT INFORMATION FORM as to Anthony Trentacosta re: [522-1] appeal received on 11/25/02 from Court Reporter. (Returned to Court Reporter Coordinator) (ga) [Entry date 11/25/02] |
| 11/21/02 | 600 | ORDER as to Anthony Trentacosta granting [597-1] motion to allow transcripts (DE 270 & 271 only) to be Unsealed for purpose of appeal as to Anthony Trentacosta (1) ( Signed by Judge Paul C. Huck on 11/21/02) [EOD Date: 11/25/02] CCAP (hh) [Entry date 11/25/02] [Edit date 12/02/02] |
| 11/22/02 | 597 | MOTION by Anthony Trentacosta to allow transcripts to be Unsealed for purpose of appeal (nt) [Entry date 11/25/02] |
| 11/27/02 | 601 | TRANSCRIPT filed as to Anthony Trentacosta, Frederick J. Massaro, Ariel Hernandez, Adam Todd Silverman, Carlos Garcia, Charles Patrick Monico of status conference held 11/6/00 before Judge Paul C. Huck Pages: 1-28 re: [522-1] appeal, [519-1] appeal, [516-1] appeal . (ga) [Entry date 11/27/02]  *1st Supplement Vol. 1* |
| 11/27/02 | 602 | TRANSCRIPT filed as to Anthony Trentacosta, Frederick J. Massaro, Francis Ruggiero, Ariel Hernandez, Carlos Garcia of status conference held 3/6/01 before Judge Paul C. Huck Pages: 1-17 re: [522-1] appeal, [519-1] appeal, [516-1] appeal . (ga) [Entry date 11/27/02]  *1st Supplement Vol. 2* |
| 11/27/02 | 603 | TRANSCRIPT filed as to Anthony Trentacosta, Frederick J. Massaro, Francis Ruggiero, Ariel Hernandez, Julius Bruce Chiusano, Adam Todd Silverman of status conference held 9/4/01 before Judge Paul C. Huck Pages: 1-15 re: [522-1] appeal, [519-1] appeal, [516-1] appeal . (ga) [Entry date 11/27/02]  *1st Supplement Vol. 3* |
| 11/27/02 | 604 | TRANSCRIPT filed as to Anthony Trentacosta, Frederick J. Massaro, Ariel Hernandez of status conference held 10/04/01 before Judge Paul C. Huck Pages: 1-16 re: [522-1] appeal, [519-1] appeal, [516-1] appeal . (ga) [Entry date 11/27/02]  *1st Supplement Vol. 4* |