```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                          MIAMI DIVISION

UNITED STATES OF AMERICA,         CASE NO.  00-6273-CR-HUCK

          Plaintiff,              Miami, Florida
                                  October 26, 2001
     v.

ANTHONY TRENTACOSTA,
ARIEL HERNANDEZ,
FREDERICK J. MASSARO,

          Defendants.
_____X


          Transcript of status conference had
            before the Honorable Paul C. Huck
               United States District Judge.


APPEARANCES:

FOR THE GOVERNMENT:   LAWRENCE LAVECCHIO, A.U.S.A.

FOR ANTHONY TRENTACOSTA:   STEPHEN ROSEN, ESQ.

FOR ARIEL HERNANDEZ:   JEFFREY WEINKLE, ESQ.

FOR FREDERICK J. MASSARO:   FRED HADDAD, ESQ.



KIMBERLY V. MESFUN, RPR
OFFICIAL COURT REPORTER
301 N. Miami Avenue, Room 396
Miami, Florida  33128-7788
(305)  523-5631



Proceedings recorded by mechanical stenography, transcript
produced by notereading.
```



FILED by _____ D.C.
CT. REP.
DEC 06 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

REC'D by _____ D.C.
APPEAL
DEC - 9 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI