```
                                              FILED by _____ D.C.
                                                    APPEALS
           UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA           DEC 10 2002

                                                   CLARENCE MADDOX
                                                 CLERK U.S. DIST. CT.
                                                 S.D. OF FLA. · MIAMI
```

CLARENCE MADDOX                                    Appeals Section
Clerk of Court

Date: 12/10/2002

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.                    **2nd Supplement**
Atlanta, GA 30303

IN RE:   District Court No: 00-06273-cr - PCH

         U.S.C.A. No: 02-12352-A

         Style: ACOSTA V. USA

**CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL**

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

    0  Volume(s) of pleadings

    1  Volume(s) of Transcripts

    X  Exhibits:   0 boxes;      0 folders;

                   0 envelopes;  0 PSIs (sealed)

                   ☐ other: _____

                   ☐ other: _____

    ☐ Other: _____

    ☐ Other: _____

Sincerely,

Clarence Maddox, Clerk of Court

By: /s/ Hope Hill
    Deputy Clerk

Attachment                                          S/F A-15
c: court file                                       Rev. 10/94

---

☒ 301 N. Miami Avenue        ☐ 299 E. Broward Boulevard    ☐ 701 Clematis Street
   Miami, Fl 33128-7788         Ft. Lauderdale, Fl 33301      West Palm Beach, Fl 33401
   305-523-5080                  954-769-5413                  561-803-3408

609
H.H.

```
                                                   STB      CLOSED
                                                   APPEAL
         U.S. District Court
   Southern District of Florida (FtLauderdale)

   CRIMINAL DOCKET FOR CASE #: 00-CR-6273-ALL
```

USA v. Trentacosta, et al                              Filed: 09/19/00
Dkt# in other court: None

Case Assigned to: Judge Paul C. Huck

| | |
|---|---|
| ANTHONY TRENTACOSTA (1)<br>aka<br>Tony Pep<br>    defendant<br>  [term   04/30/02] | Donald F. Samuel<br>FTS 365-5041<br>[COR LD NTC ret]<br>Edward T. M. Garland<br>FTS 365-5041<br>[COR LD NTC ret]<br>Garland Samuel & Loeb<br>3151 Maple Drive NE<br>Atlanta, GA 30305<br>404-262-2225<br><br>Richard Kevin Houlihan<br>  [term   08/15/01]<br>FTS 442-7194<br>305-442-1522<br>Suite 310<br>[COR LD NTC cja]<br>310 Aragon Avenue<br>Coral Gables, FL 33134<br><br>Stephen Howard Rosen<br>  [term   04/30/02]<br>FTS 371-6966<br>[COR LD NTC ret]<br>Stephen H. Rosen<br>1221 Brickell Avenue<br>Suite 1020<br>Miami, FL 33131<br>305-358-6789 |

Pending Counts:                              Disposition

18:1962-5800.F RECEIVED INCOME     Imprisonment for a term of 100
DERIVED FROM RICO                  months, supervised release
(1)                                for a term of 3 years,
                                   Assessment of $100.00, Fine of
                                   $2,500.00, Restitution to be
                                   determined at a date within 90
                                   days
                                   (1)

Docket as of December 10, 2002 2:57 pm                Page

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _Hope Hill_ Deputy Clerk
Date 12/10/02

```
Proceedings include events between 12/6/02 and 12/6/02.               STB
0:00cr6273-ALL USA v. Trentacosta, et al                     CLOSED APPEAL

Offense Level (opening): 4

Terminated Counts:

   NONE



Complaints:

   NONE



==========================

Case Assigned to:  Judge Paul C. Huck

FREDERICK J. MASSARO (2)          Christopher Alan Grillo
     defendant                      [term  04/25/02]
   [term  04/25/02]                [COR LD NTC cja]
                                   Christopher Grillo
                                   1 E Broward Boulevard
                                   Suite 700
                                   Fort Lauderdale, FL 33301
                                   954-524-1125

                                   Fred Haddad
                                    [term  03/08/01]
                                   FTS 760-4421
                                   954-467-6767
                                   [COR LD NTC ret]
                                   Fred Haddad
                                   1 Financial Plaza
                                   Suite 2612
                                   Fort Lauderdale, FL 33394
                                   954-467-6767

                                   Benedict Paul Kuehne
                                   FTS 789-5987
                                   [COR LD NTC ret]
                                   Sale & Kuehne
                                   NationsBank Tower
                                   100 SE 2nd Street
                                   Suite 3550
                                   Miami, FL 33131-2154
                                   305-789-5989
```

```
Proceedings include events between 12/6/02 and 12/6/02.           STB
0:00cr6273-ALL USA v. Trentacosta, et al                   CLOSED APPEAL
```

| Pending Counts: | Disposition |
|---|---|
| 18:1962-5800.F RECEIVED INCOME DERIVED FROM RICO (1) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (1) |
| 18:1344A.F BANK FRAUD (2 - 16) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (2 - 16) |
| 18:1959-7482.F RACKETEERING - THREATS (17 - 18) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (17 - 18) |
| 18:1959-7482.F RACKETEERING - THREATS (20) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (20) |
| 18:513B.F POSSESSION OF COUNTERFEITING INSTRUMENTS (21) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (21) |

```
Proceedings include events between 12/6/02 and 12/6/02.                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                            CLOSED APPEAL
```

| | |
|---|---|
| 18:892.F EXTENSIONS OF CREDIT BY EXTORTION (22) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (22) |
| 18:894.F COLLECTION OF CREDIT BY EXTORTION (23) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (23) |
| 18:659.F INTERSTATE/FOREIGN SHIPMENT CARRIERS: Possession of stolen goods (24) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (24) |

Offense Level (opening): 4

| Terminated Counts: | Disposition |
|---|---|
| 18:922Q.F CARRYING/USING FIREARMS: Felon in possession of a firearm (25) | Acquitted by Jury (25) |

Offense Level (disposition): 4


Complaints:

    NONE


==========================

```
Proceedings include events between 12/6/02 and 12/6/02.           STB
0:00cr6273-ALL USA v. Trentacosta, et al               CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

FRANCIS RUGGIERO (3) , DOB:        Samuel R. De Luca
12/24/37   Prisoner #: 61919-        [term  01/29/02]
004 Address: 7356 Gray Avenue,     FTS 653-6979
Miami, Florida 33141               [COR LD NTC ret]
aka                                De Luca and Tate
Little Frankie                     3451 Kennedy Boulevard
     defendant                     Jersey City, NJ 07307
  [term   01/29/02]                201-653-7200


Pending Counts:                    Disposition

18:1962-5800.F RECEIVED INCOME     Imprisonment for 18 months.
DERIVED FROM RICO                  Supervised Release for 3 years.
(1)                                Assessment $100.00
                                   (1)


Offense Level (opening): 4


Terminated Counts:                 Disposition

18:892.F EXTENSIONS OF CREDIT      Dismissed.
BY EXTORTION                       (22)
(22)

18:894.F COLLECTION OF CREDIT      Dismissed.
BY EXTORTION                       (23)
(23)


Offense Level (disposition): 4



Complaints:

    NONE


=======================
```

```
Proceedings include events between 12/6/02 and 12/6/02.            STB
0:00cr6273-ALL USA v. Trentacosta, et al                    CLOSED APPEAL
Case Assigned to: Judge Paul C. Huck
```

| | |
|---|---|
| ARIEL HERNANDEZ (4)<br>    defendant<br>[term   04/25/02] | Jeffrey David Weinkle<br>  [term   04/25/02]<br>FTS 545-8514<br>305-373-4445<br>[COR LD NTC cja]<br>1035 NW 11th Avenue<br>Miami, FL 33136<br><br>William Donald Matthewman<br>  [term   04/25/02]<br>FTS 416-0171<br>[COR LD NTC cja]<br>Seiden Alder & Matthewman<br>2300 Glades Road<br>Suite 340-W<br>Boca Raton, FL 33431<br>561-416-0170<br><br>Richard L. Rosenbaum<br>FTS 522-7003<br>954-522-7007<br>Suite 1700<br>[COR LD NTC cja]<br>Las Olas Center<br>350 E Las Olas Boulevard<br>Fort Lauderdale, FL 33301 |

| Pending Counts: | Disposition |
|---|---|
| 18:1962-5800.F RECEIVED INCOME DERIVED FROM RICO<br>(1) | Imprisonment for a term of Life as to Counts 1-18, 360 months as to Counts 2-16, 120 months as to Counts 17 and 21 to run Concurrently. Supervised Release for 5 years as to Counts 1, 2-16, 18, and 3 years as to Counts 17 and 21 to run Concurrently. Assessment $1,900.00 Fine $10,000.00<br>(1) |
| 18:1344A.F BANK FRAUD<br>(2 - 16) | Imprisonment for a term of Life as to Counts 1-18, 360 months as to Counts 2-16, 120 months as to Counts 17 and 21 to run Concurrently. Supervised Release for 5 years as to Counts 1, 2-16, 18, and 3 years as to Counts 17 and 21 to run Concurrently. Assessment $1,900.00 Fine $10,000.00     (2 |

Proceedings include events between 12/6/02 and 12/6/02.                          STB
0:00cr6273-ALL USA v. Trentacosta, et al                              CLOSED APPEAL

|  |  |
|---|---|
|  | - 16) |
| 18:1959-7482.F RACKETEERING - THREATS (17 - 18) | Imprisonment for a term of Life as to Counts 1-18, 360 months as to Counts 2-16, 120 months as to Counts 17 and 21 to run Concurrently. Supervised Release for 5 years as to Counts 1, 2-16, 18, and 3 years as to Counts 17 and 21 to run Concurrently. Assessment $1,900.00 Fine $10,000.00 (17 - 18) |
| 18:513B.F POSSESSION OF COUNTERFEITING INSTRUMENTS (21) | Imprisonment for a term of Life as to Counts 1-18, 360 months as to Counts 2-16, 120 months as to Counts 17 and 21 to run Concurrently. Supervised Release for 5 years as to Counts 1, 2-16, 18, and 3 years as to Counts 17 and 21 to run Concurrently. Assessment $1,900.00 Fine $10,000.00 (21) |

Offense Level (opening): 4

Terminated Counts:

    NONE


Complaints:

    NONE


=========================

```
Proceedings include events between 12/6/02 and 12/6/02.              STB
0:00cr6273-ALL USA v. Trentacosta, et al                      CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

JULIUS BRUCE CHIUSANO (5)        Donald Richard Spadaro
     defendant                     [term  01/29/02]
 [term  01/29/02]                FTS 522-6888
                                 954-763-5504
                                 Suite 103
                                 [COR LD NTC ret]
                                 1000 S Federal Highway
                                 Fort Lauderdale, FL 33316


Pending Counts:                          Disposition

18:1962-5800.F RECEIVED INCOME    Imprisonment for 24 months to
DERIVED FROM RICO                 run concurrently with the
(1)                               sentence imposed by Judge Seitz
                                  under case number
                                  00-6309-CR-PAS. Supervised
                                  Release of 3 years to run
                                  concurrent with the sentence
                                  imposed under 00-6309-CR-PAS.
                                  Assessment $100.00
                                  (1)


Offense Level (opening): 4


Terminated Counts:                       Disposition

18:1344A.F BANK FRAUD             Dismissed.
(2 - 16)                          (2 - 16)

18:513B.F POSSESSION OF           Dismissed.
COUNTERFEITING INSTRUMENTS        (21)
(21)


Offense Level (disposition): 4




Complaints:

    NONE



===========================
```

```
Proceedings include events between 12/6/02 and 12/6/02.               STB
0:00cr6273-ALL USA v. Trentacosta, et al                       CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

ADAM TODD SILVERMAN (6) , DOB:      Michael Gary Smith
7/6/67; Prisoner # 02405-748;         [term  02/20/02]
     defendant                      FTS 767-8343
  [term  02/20/02]                  954-303-7843
                                    [COR LD NTC cja]
                                    Michael Gary Smith
                                    110 SE 6th Street
                                    Suite 1970
                                    Fort Lauderdale, FL 33301
                                    954-761-7201


Pending Counts:                     Disposition

18:373-0300.F MANSLAUGHTER          Imprisonment for 42 months;
(19)                                Supervised Release for 3 years;
                                    Assessment $100.00
                                    (19)


Offense Level (opening): 4


Terminated Counts:                  Disposition

18:1962-5800.F RECEIVED INCOME      Dismissed.
DERIVED FROM RICO                   (1)
(1)

18:894.F COLLECTION OF CREDIT       Dismissed.
BY EXTORTION                        (23)
(23)


Offense Level (disposition): 4



Complaints:

     NONE


========================
```

```
Proceedings include events between 12/6/02 and 12/6/02.                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                            CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

CARLOS GARCIA (7) , DOB:          Albert Zachary Levin
11/14/66 PRISONER #61939-004         [term  02/27/02]
     defendant                     FTS 372-0052
  [term  02/27/02]                 [COR LD NTC cja]
                                   Albert Z. Levin
                                   888 Brickell Avenue
                                   6th Floor
                                   Miami, FL 33131
                                   305-379-7101


Pending Counts:                   Disposition

18:1959-7482.F RACKETEERING -     Imprisonment for 25 months;
THREATS                           Supervised Release for 3 years;
(20)                              Assessment $100.00
                                  (20)


Offense Level (opening): 4


Terminated Counts:                Disposition

18:1962-5800.F RECEIVED INCOME    Dismissed.
DERIVED FROM RICO                 (1)
(1)

18:894.F COLLECTION OF CREDIT     Dismissed.
BY EXTORTION                      (23)
(23)


Offense Level (disposition): 4



Complaints:

    NONE


========================
```

```
Proceedings include events between 12/6/02 and 12/6/02.           STB
0:00cr6273-ALL USA v. Trentacosta, et al                    CLOSED APPEAL
```

Case Assigned to:  Judge Paul C. Huck

```
CHARLES PATRICK MONICO (8) ,         Susan W. Vandusen
DOB:  12/8/56  Prisoner #:             [term  01/29/02]
02406-748                            305-540-0050
      defendant                      [COR LD NTC cja]
  [term  01/29/02]                   1899 S Bayshore Drive
                                     Miami, FL 33133

                                     Thomas Franklin Almon, Jr.
                                       [term  01/29/02]
                                     FTS 573-6251
                                     305-576-8568
                                     [COR LD NTC cja]
                                     321 NE 26th Street
                                     Miami, FL 33137
```

Pending Counts:                      Disposition

18:1962-5800.F RECEIVED INCOME       Imprisonment for TIME SERVED.
DERIVED FROM RICO                    Supervised Release for 3
(1)                                  years. Assessment $100.00
                                     (1)


Offense Level (opening): 4


Terminated Counts:                   Disposition

18:373-0300.F MANSLAUGHTER           Dismissed.
(19)                                 (19)


Offense Level (disposition): 4



Complaints:

    NONE


=========================

```
Proceedings include events between 12/6/02 and 12/6/02.            STB
0:00cr6273-ALL USA v. Trentacosta, et al                    CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

ANTHONY RAYMOND BANKS (9) ,         Manuel Gonzalez, Jr.
DOB: 11/29/72; Prisoner               [term  01/29/02]
#02407-748; English                 FTS 445-0543
    defendant                       305-567-0100
 [term  01/29/02]                   Suite 440
                                    [COR LD NTC cja]
                                    782 NW 42nd Avenue
                                    Miami, FL 33126


Pending Counts:                     Disposition

18:1962-5800.F RECEIVED INCOME      Imprisonment for 21 months.
DERIVED FROM RICO                   Supervised Release for 3 years.
(1)                                 Assessment $100.00
                                    (1)


Offense Level (opening): 4


Terminated Counts:                  Disposition

18:373-0300.F MANSLAUGHTER          Dismissed.
(19)                                (19)


Offense Level (disposition): 4




Complaints:

   NONE


U. S. Attorneys:

   Jeffrey Henry Sloman, AUSA
   FTS 356-7230
   954-356-7255
   [COR LD NTC]
   Lawrence D. LaVecchio
   FTS 356-7230
   954-356-7255
   [COR LD NTC]
   United States Attorney's Office
   500 E Broward Boulevard
   7th Floor
   Fort Lauderdale, FL 33394-3002
   954-356-7255
```

```
Proceedings include events between 12/6/02 and 12/6/02.                STB
0:00cr6273-ALL USA v. Trentacosta, et al                        CLOSED APPEAL

PTS Officer
305-808-6500
[COR LD NTC]
Pretrial Services Office
330 Biscayne Boulevard
Miami, FL 33132

Probation Officer
FTS 523-5497
305-523-5300
[COR LD NTC]
United States Probation Office
300 NE 1st Avenue
Room 315
Miami, FL 33132-2126
305-523-5300
```

```
Proceedings include events between 12/6/02 and 12/6/02.                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                          CLOSED APPEAL
```

| | | |
|---|---|---|
| 12/6/02 | 608 | TRANSCRIPT filed as to Anthony Trentacosta, Frederick J. Massaro, Ariel Hernandez  of status conference held 10/26/01  before Judge Paul C. Huck  Pages: 1-44  re: [522-1] appeal, [519-1] appeal, [516-1] appeal . (ga) [Entry date 12/09/02] *2nd Supplemental Vol. 1* |