```
 1              UNITED STATES DISTRICT COURT          FILED by _____ D.C.
                SOUTHERN DISTRICT OF FLORIDA          APPEAL
 2                 FORT LAUDERDALE DIVISION
                                                      JAN 3 0 2003
 3           CASE NO. 00-6273-CR-HUCK/BROWN
                                                      CLARENCE MADDOX
 4                                                    CLERK U.S. DIST. CT.
                                                      S.D. OF FLA. - MIAMI

 5   UNITED STATES OF AMERICA,        |   MIAMI, FLORIDA
                                      |
 6             Plaintiff,             |   FEBRUARY 5, 2001
     V.                               |
 7                                    |
                                      |
     ANTHONY TRENTACOSTA,             |
 8   et al.,                          |
                                      |
 9             Defendants.            |
                                      x
10   _____

11              TRANSCRIPT OF STATUS CONFERENCE
             BEFORE THE HONORABLE PAUL C. HUCK,
12              UNITED STATES DISTRICT JUDGE

13   APPEARANCES:

14   FOR THE GOVERNMENT:       LAWRENCE D. LaVECCHIO, ESQ.
                               JEFFREY H. SLOMAN, ESQ.
15                             Assistant U.S. Attorneys
                               500 East Broward Boulevard, Suite 700
16                             Ft. Lauderdale, FL  33394
                               954/356-7255
17
     FOR DEFENDANT             RICHARD HOULIHAN, ESQ.
18    TRENTACOSTA:             300 Aragon Avenue Suite 310
                               Coral Gables, FL  33134
19                             305/442-1522

20   FOR DEFENDANT HERNANDEZ:

21                             JEFFREY D. WEINKLE, ESQ.
                               One Southeast 2nd Street
22                             Suite 3550
                               Miami, FL  33131
23                             305/373-4445

24   FOR DEFENDANT MONICO:     THOMAS F. ALMON, JR.
                               321 Northeast 26th Street
25                             Miami, FL  33137 - 305/576-8568.
```