HONORABLE PAUL C. HUCK
UNITED STATES DISTRICT COURT
301 NORTH MIAMI AVENUE (ROOM No. 150)
MIAMI, FLORIDA 33128-7788

MARCH 31, 2003

RE: <u>UNITED STATES -vs- ARIEL HERNANDEZ</u>,
    CASE No. 1:00-06273-CR-HUCK

DEAR JUDGE:

PLEASE TAKE A MINUTE TO READ MY LETTER.

I WAS TRIED IN YOUR COURTROOM AND BECAME A FEDERAL INMATE. I AM NOW IN STATE COURT FOR THE <u>SAME</u> OFFENSES AND BROWARD COUNTY DOES NOT RECOGNIZE ME AS A FEDERAL INMATE.

I HAVE PROVIDED BROWARD OFFICIALS WITH A COPY OF YOUR (4-25-2002) ORDER, BUT THEY STILL REFUSE TO CLASSIFY ME AS A FEDERAL PRISONER, EVEN THOUGH I'VE BEEN SENTENCED BY YOU!

I WISH TO START THE SENTENCE YOU'VE IMPOSED AND I WOULD LIKE TO DO THE RIGHT THING AND BEGIN TO PAY THE FINES...

CAN YOU PLEASE ORDER TO HAVE ME RETURNED TO FEDERAL CUSTODY SO I CAN START SERVING MY TIME?

THANK YOU FOR YOUR TIME AND ASSISTANCE.

RESPECTFULLY,

ARIEL HERNANDEZ #5096624
BROWARD COUNTY MAIN JAIL - 8B2
FORT LAUDERDALE, FLORIDA 33310-9356

FEDERAL ID NUMBER: 36717-004

CC: - RICHARD L. ROSENBAUM, ESQ.
350 EAST LAS OLAS BOULEVARD
SUITE NO. 1700 - LAS OLAS CENTRE
FORT LAUDERDALE, FLORIDA 33301