UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK
(02-12352-AA)



UNITED STATES OF AMERICA,
    Plaintiff - Appellee,

vs.

FREDERICK J. MASSARO,
ARIEL HERNANDEZ,
ANTHONY TRENTACOSTA,
    Defendants-Appellants.
_____/

### ORDER SCHEDULING HEARING

THIS MATTER is before the Court pursuant to an Order remanding to the District court on a limited basis for purposes of clarifying the record on appeal. Therefore, it is

ORDERED and ADJUDGED that a hearing to determine which tapes were played to the jury and when they were played during the jury trial which began on November 19, 2001 and concluded on December 14, 2001 is set for **Thursday, August 7, 2003 at 4:00 p.m.** before the Honorable Paul C. Huck, United States District Judge, 99 N.E. 4th Street, Courtroom 6, Tenth Floor, Miami, Florida 33132. The Court has set aside one (1) hour for this hearing. If the parties anticipate that this hearing will take longer than one hour, they are to notify the Court **immediately**.

DONE and ORDERED in Chambers at Miami, Florida this 28 day of July, 2003.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:    Larry Lavecchio, AUSA (954-356-7230)
        Lisa Hirsch, AUSA (305-530-7976)
        Jeffrey Sloman, AUSA
        Fred Haddad, Esq. (954-760-4421)
        Jeffrey Weinkle, Esq. (305-545-8514)
        Stephen Rosen, Esq. (305-371-6966)
        Benedict Keuhne, Esq. (305-789-5987)
        Richard Rosenbaum, Esq. (954-522-7003)
        Daniel Samuel, Esq. (404-365-5041)