UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-06273-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARIEL HERNANDEZ,

    Defendant.
_____/

## EMERGENCY MOTION FOR CONTINUANCE OF HEARING SCHEDULED FOR AUGUST 7, 2003; REQUEST THAT ARIEL HERNANDEZ BE TRANSPORTED TO HEARING

COMES NOW the Defendant, Ariel Hernandez, by and through his undersigned counsel, and respectfully requests this Honorable Court enter an Order continuing the hearing presently scheduled for August 7, 2003, and as grounds and in support thereof, states as follows:

1. A hearing to determine which tapes were played to the jury and when they were played during the jury trial which began on November 19, 2001 and concluded on December 14, 2001 is set for Thursday, August 7, 2003 before this Honorable Court.

2. Undersigned counsel has non-refundable prepaid annual vacation plans to be out of the State of Florida from August 5, 2003 through August 8, 2003 with his wife and two minor children

3. Because reconstruction of significant portions of the record is a critical stage in

PERS-GMB 368578.1                                1

the proceedings, undersigned counsel <u>does</u> <u>not</u> waive Ariel Hernandez's appearance from the reconstruction hearing and requests that he be transported by the U.S. Marshals Service to the hearing.

4.  This motion is made in good faith and not for the purpose of delay or avoidance.

5.  Other grounds shall be argued *ore tenus.*

6.  On July 30, 2003, undersigned counsel attempted to contact the trial prosecutors and learned that AUSA Lavechio is out of the office until August 5, 2003. Undersigned counsel has spoken with AUSA Sloman who has no objection to this request for continuance.

.   WHEREFORE, based upon the foregoing grounds and authority, the Defendant, Ariel Hernandez, respectfully requests this Honorable Court enter an Order continuing the hearing presently scheduled for August 7, 2003 and transport Ariel Hernandez to any hearing scheduled in this matter.

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was furnished by mail this **31st day of JULY, 2003** to: LIST OF ATTACHED COUNSEL.

          Respectfully Submitted,

          LAW OFFICES OF RICHARD L. ROSENBAUM
          ATTORNEY FOR DEFENDANT, HERNANDEZ
          350 EAST LAS OLAS BOULEVARD (SUITE 1700)
          FT. LAUDERDALE, FL 33301
          PHONE NO: (954) 522-7007
          FAX NO:     (954) 522-7003
          FLA. BAR NO: 394688

          BY _____
             RICHARD L. ROSENBAUM

USA v. ARIEL HERNANDEZ
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-06273-CR-HUCK

AUSA Lawrence D. Lavecchio
Office of the U.S. Attorney
500 E. Broward Boulevard (7th Floor)
Ft. Lauderdale, FL 33394

AUSA Lisa Hirsch
Office of the U. S. Attorney
99 N. E. Fourth Street
Miami, FL 33132

AUSA Jeffrey H. Sloman
Office of the U.S. Attorney
500 E. Broward Boulevard (7th Floor)
Ft. Lauderdale, FL 33394

Clerk of Court
U.S. District Courthouse
301 North Miami Avenue
Miami, FL 33128

Fred Haddad, Esq.
One Financial Plaza
Suite 2612
Ft. Lauderdale, FL 33394-0002

Jeffrey D. Weinkle, Esq.
1035 N. W. 11th Avenue
Miami, FL 33136

Stephen H. Rosen, Esq.
1221 Brickell Avenue
Suite 1020
Miami, FL 33131

Benedict P. Kuehne, Esq.
100 S. E. Sixth Street
Suite 3550
Miami, FL 33131-2154

Daniel Samuel, Esq.
3151 Maple Dr., NE
Atlanta, GA 30305

Richard L. Rosenbaum, Esq.
350 E. Las Olas Boulevard
Suite 1700
Ft. Lauderdale, FL 33301