UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK
(02-12352-AA)



FILED by _____ D.C.

AUG 0 4 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,
    Plaintiff - Appellee,

vs.

ARIEL HERNANDEZ, et al.,
    Defendants-Appellants.
_____/

## ORDER ON EMERGENCY MOTION FOR CONTINUANCE OF HEARING SCHEDULED FOR AUGUST 7, 2003 AND REQUEST THAT ARIEL HERNANDEZ BE TRANSPORTED TO HEARING

THIS MATTER came before the Court on Monday, August 4, 2003 for a Status Conference pursuant to Defendant's Emergency Motion for Continuance of Hearing and Request That Ariel Hernandez Be Transported to Hearing (D.E. #   ). After hearing argument from counsel and reviewing the motion, it is

ORDERED and ADJUDGED that Defendant's Emergency Motion for Continuance of Hearing and Request That Ariel Hernandez Be Transported to Hearing (D.E. #   ) is **GRANTED in part**. The hearing scheduled for August 7, 2003 is cancelled. A Calendar Call is set for Wednesday, September 3, 2003 at 8:30 a.m. to schedule the hearing on limited remand for the week of September 8, 2003. Out of town counsel may appear by phone at the calendar call. Counsel appearing by phone shall notify chambers and coordinate through a commercial carrier on the above date and time. Attorney Richard Rosenbaum shall submit legal authority as to whether the Defendant, Ariel Hernandez, has the right to attend the limited remand hearing.

DONE and ORDERED in Chambers at Miami, Florida this 4th day of August, 2003.

                                PAUL C. HUCK
                                UNITED STATES DISTRICT JUDGE

cc:    Larry Lavecchio, AUSA (954-356-7230)
       Lisa Hirsch, AUSA (305-530-7976)
       Jeffrey Sloman, AUSA
       Fred Haddad, Esq. (954-760-4421)
       Jeffrey Weinkle, Esq. (305-545-8514)
       Stephen Rosen, Esq. (305-371-6966)
       Benedict Keuhne, Esq. (305-789-5987)
       Richard Rosenbaum, Esq. (954-522-7003)
       Daniel Samuel, Esq. (404-365-5041)

