**Calendar List**           9/3/2003           Huck.OR6



## Calendar

| Start | End | Category | Description |
|---|---|---|---|
| **3** Sep 2003 8:30 AM | 8:30 AM | | ✏ CALENDAR CALL - Counsel Only<br>→ To Schedule limited remand hrg for week of 9/8/03<br><br>00-6273-CR-HUCK<br><br>USA,<br>  Larry Lavecchio, AUSA<br>  Lisa Hirsch, AUSA (9214)<br>vs.<br>ARIEL HERNANDEZ (J)<br>  Jeffrey Weinkle, Esq. 305-373-4445<br>ANTHONY TRENTACOSTA (J)<br>  Stephen Rosen, Esq. 305-358-6789<br><br>Out of town counsel may appear by phone. |

- Calendar Call Held
- Hearing on Limited Remand set for Monday, 9/8/03 at 1:30 pm.

Court Reporter: Patricia Sanders