UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

FILED by _____ _____
SEP 2 - 2003
CLERK
S.D. OF FLA.

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| v. | ) | DOB: 07/10/65 |
| | ) | INMATE NO.: 36717-004 |
| ARIEL HERNANDEZ, | ) | BSO Number: 50996824 |
| | ) | CIN: 0361955 |
| Defendant. | ) | SSN: 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 |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   ANY UNITED STATES MARSHAL, and
      BROWARD COUNTY JAIL
      FORT LAUDERDALE, FLORIDA

It appearing from the petition of the United States of America that the defendant in the above case, ARIEL HERNANDEZ, is in the custody of the BROWARD COUNTY JAIL, at Broward County, and that this case is set for an Evidentiary Hearing as to said defendant at Miami, Florida on **MONDAY, SEPTEMBER 8, 2003 AT 1:30 P.M.** and that it is necessary for said defendant to be before this Court for said proceeding;

**NOW, THEREFORE**, this is to command you, any United States Marshal, that you have the body of the said ARIEL HERNANDEZ now detained in custody as aforesaid, under safe and secure conduct, brought before United States District Judge Paul C. Huck, United States District Court, 99 N.E. 4th Street, Miami, Florida on SEPTEMBER 8, 2003, at 1:30 P.M. for an Evidentiary Hearing on the criminal charges pending against subject in this cause, and upon completion of said



proceeding that you return subject with all convenient speed, under safe and secure conduct to the custody of the BROWARD COUNTY JAIL of the aforesaid penal institution.

And this is to command you, the BROWARD COUNTY JAIL, Fort Lauderdale, Florida, at Broward County, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to a United States District Judge for the purpose aforesaid.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 3rd day of September, 2003.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc: Jeffrey Sloman, AUSA (FTL)
U.S. Marshals (3 certified copies)