UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ARIEL HERNANDEZ,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court pursuant to Defendant's Request that Ariel Hernandez be transported to Hearing (D.E. #621). After reviewing the motion and hearing argument from counsel, it is

ORDERED and ADJUDGED that Defendant's Request that Ariel Hernandez be transported and be present for all hearings pertaining to the reconstruction of the record **(D.E. #621)** is **GRANTED**.

DONE and ORDERED in Chambers at Miami, Florida this 3rd day of September, 2003.

                      PAUL C. HUCK
                      UNITED STATES DISTRICT JUDGE

cc:    Lawrence Lavecchio, AUSA
       Jeffrey Sloman, AUSA
       Lisa Hirsch, AUSA
       Richard Rosenbaum, Esq.
       All Counsel of Record

