UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-06273-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARIEL HERNANDEZ,

    Defendant.
_____/

### ARIEL HERNANEZ'S MOTION FOR PRODUCTION OF WITNESS STATEMENTS AT LIMITED REMAND HEARING

To:   Honorable Paul Huck
      United States District Court Judge
      Southern District of Florida, Miami Division
      99 NE 4th Street
      Miami, FL 33128

The Defendant, **ARIEL HERNANDEZ,** by and through his undersigned legal counsel and pursuant to Rules 26.2(g)(3), 46(i), and 54, Fed. R. Crim. P., requests this Court to order the Government to produce for inspection, copying and review any written or recorded statements or reports of any witnesses called by the Government at the limited remand hearing which relate to the witnesses testimonies, and which the witnesses either reviewed or relied upon in preparing their testimony in this case. As grounds therefore, **Mr. Hernandez** would show as follows:

### FED. R. CRIM. P. 26.2, GOVERNMENT WITNESS REPORTS

Fed. R. Crim. P. <u>26.2</u> requires, subsequent to a motion by the defendant, that the Government produce for examination any and all statements in their possession which are attributable to any witness testifying at the hearing. Rule 26.2 states:

> **(a)**    **Motion for Production.** After a witness other than the defendant **has testified on direct examination,** the Court, on motion of a party who did not call the witness, shall order the attorney for the Government or the defendant and the defendant's attorney, as the case may be, to produce, for the examination and use of the moving party, any

1259-00001 368825.1

statement of the witness that is in *their possession which "relates to" the subject matter* concerning which the witness has testified. (Emphasis added.)

Further, F. R. Crim. P. 46(i) reads as follows:

(i) **Production of Statements.**

(1) **In General.** Rule 26.2(a)-(d) and (f) applies at a detention hearing held under 18 U.S.C. § 3142, unless the Court, for good causes shown, rules otherwise in a particular case.

(2) **Sanctions for Failure to Produce Statement.** If a party Elects not to comply with an. order under Rule 26.2(a) to deliver a statement to the moving party, at the detention hearing, the Court may not consider the testimony of a witness whose statement is withheld.

It is clearly evident that the acting authorities when propounding Rule 26.2 specifically intended that the Rule would apply a hearing conducted pursuant to a limited remand. Furthermore, Rule 54, Fed.R.Crim.P., states that the Federal Rules of Criminal Procedure, in this case Rule 26.2, "...apply to all criminal proceedings in the United States District Courts...."

**WHEREFORE,** for the foregoing reasons **Ariel Hernandez** moves this Court for an Order compelling the Government to release for inspection and copying all statements of witnesses testifying at the hearing in this case.

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was furnished by mail and/or via fax this **5th day of September, 2003** to: LIST OF ATTACHED COUNSEL.

Respectfully Submitted,

LAW OFFICES OF RICHARD L. ROSENBAUM
350 EAST LAS OLAS BOULEVARD (SUITE 1700)
FT. LAUDERDALE, FL 33301
PHONE NO: (954) 522-7007
FAX NO: (954) 522-7003
FLA BAR NO: 394688

BY: _____
RICHARD L. ROSENBAUM

1259-00001 368825.1

USA v. ARIEL HERNANDEZ
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-06273-CR-HUCK

AUSA Lawrence D. Lavecchio
Office of the U.S. Attorney
500 E. Broward Boulevard (7th Floor)
Ft. Lauderdale, FL 33394

AUSA Lisa Hirsch
Office of the U. S. Attorney
99 N. E. Fourth Street
Miami, FL 33132

AUSA Jeffrey H. Sloman
Office of the U.S. Attorney
500 E. Broward Boulevard (7th Floor)
Ft. Lauderdale, FL 33394

Clerk of Court
U.S. District Courthouse
301 North Miami Avenue
Miami, FL 33128

Fred Haddad, Esq.
One Financial Plaza
Suite 2612
Ft. Lauderdale, FL 33394-0002

Jeffrey D. Weinkle, Esq.
1035 N. W. 11th Avenue
Miami, FL 33136

Stephen H. Rosen, Esq.
1221 Brickell Avenue
Suite 1020
Miami, FL 33131

Benedict P. Kuehne, Esq.
100 S. E. Second Street
Suite 3550
Miami, FL 33131-2154

Daniel Samuel, Esq.
3151 Maple Dr., NE
Atlanta, GA 30305

1259-00001 368825.1