UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK



| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v.     ) | DOB: 07/10/65 |
| ) | INMATE NO.: 36717-004 |
| ARIEL HERNANDEZ, ) | BSO Number: 50996824 |
| ) | CIN: 0361955 |
| Defendant. ) | SSN: 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 |
| _____/ | |

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1.     On December 14, 2001, defendant, ARIEL HERNANDEZ, was convicted of <u>inter alia</u>, RICO murder in the above styled case. Although this case is currently on appeal, the Eleventh Circuit Court of Appeals remanded it for an Evidentiary Hearing on SEPTEMBER 12, 2003 at 9:00 A.M. regarding matters that occurred during the trial.

2.     The defendant is now confined in the BROWARD COUNTY JAIL, Fort Lauderdale, Florida awaiting trial in the case styled <u>State of Florida v. Ariel Hernandez, Case number 99-5930-CF10A</u>.

3.     It is necessary to have said defendant before United States District Judge Paul C. Huck, United States District Court, 99 N.E. 4th Street, Miami, Florida on September 12, 2003 at 9:00 A.M. for an Evidentiary Hearing as aforesaid.

**WHEREFORE**, this petition prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution



and there take into custody the body of the said defendant and have him before this Court at the time and place above specified for an Evidentiary Hearing; and upon completion of said proceeding to return the said defendant to the custody of the Warden of the aforesaid penal institution; and also directing the said Warden to deliver the said defendant into the custody of any United States Marshal for the aforesaid purpose.

                                        MARCO DANIEL JIMENEZ
                                      UNITED STATES ATTORNEY

BY: _____ For
      JEFFREY SLOMAN
      ASSISTANT UNITED STATES ATTORNEY
      FL No. 378879

cc: U.S. ATTORNEY (Jeffrey Sloman)