UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ARIEL HERNANDEZ,

    Defendant.
_____/



REC'D by _____ D.C.
APPEALS

SEP 1 1 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

THIS MATTER is before the Court pursuant to an Order remanding to the District court on a limited basis for purposes of clarifying the record on appeal. A hearing was set for September 8, 2003, after hearing argument from counsel, it is

ORDERED and ADJUDGED that Attorney Jeffrey Weinkle is hereby re-appointed as co-appellate counsel for Defendant Ariel Hernandez.

DONE and ORDERED in Chambers at Miami, Florida this 8th day of September, 2003.

                                            PAUL C. HUCK
                                            UNITED STATES DISTRICT JUDGE

cc:    Lawrence Lavecchio, AUSA
       Jeffrey Sloman, AUSA
       Lisa Hirsch, AUSA
       Richard Rosenbaum, Esq.
       Jeffrey Weinkle, Esq.
       Stephen Rosen, Esq.
       Daniel Samuel, Esq.
       Appellate Court