UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
SEP 1_ 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE NO.: 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ARIEL HERNANDEZ, et al.,

    Defendants.
_____/

## *ORDER*

THIS CAUSE having come on to be heard upon Defendant, Ariel Hernandez's, Motion to Allow Access to Laptop Computer and Accessories During Court, and the Court having reviewed the defense request, and being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Defendant, Ariel Hernandez's, Motion is hereby GRANTED. Defendant, Ariel Hernandez's, counsel, Richard L. Rosenbaum, is hereby allowed to introduce his computer and related accessories into the Federal Court facilities for all court proceedings in this matter, subject to the United States Marshall service being allowed to fully inspect any and/or all equipment sought to be introduced.

DONE AND ORDERED in Miami, Florida, this 8 day of September, 2003.

_____
U.S. DISTRICT COURT JUDGE

**COPIES FURNISHED:**
RICHARD L. ROSENBAUM, ESQ.
OFFICE OF THE U.S. ATTORNEY
U.S. DEPT. OF JUSTICE

1259-00001 368835.1