UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 00-6273-CR-HUCK**

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ANTHONY TRENTACOSTA, et al.,

       Defendants.

_____/



FILED by _____ D.C.

SEP 1 7 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

### STIPULATION REGARDING RECONSTRUCTION OF THE RECORD ON LIMITED REMAND

PLEASE TAKE NOTICE that the parties, Anthony Trentacosta and Ariel Hernandez, by and through their counsel, and the United States of America, by and through its counsel, hereby stipulate as follows:

1.    A limited remand was ordered by the Eleventh Circuit Court of Appeals pursuant to an Order entered on July 17, 2003.

2.    Pursuant to the limited remand, the Court was asked "... to determine, if possible, what tapes were played to the jury and when during the trial they were played."

3.    The Court conducted hearings concerning the issues raised by the limited remand.

4.    The parties stipulate and agree that the following tapes and tape recorded transcript excerpts (hereinafter designated as "GX"[1], followed by the appropriate page number") were played and read during the direct and re-direct examination of the below-listed witnesses[2],

---

[1] The letter following the government exhibit number, *i.e.*, GX 516A refers to the transcript of the tape recording which is GX 516. The only exceptions are GXs 585 and 593 where the tapes are 585B and 593B while the transcripts are 585B and 593C.

[2] Some of the tapes were played but interrupted with questions lodged to witnesses - thus although introduced in "entirety", the publication was interrupted with trial testimony.

along with the corresponding record citation:

I.    **WITNESSES**

A.    **Steven Horowitz**

1.    GX 516A, entirety    R22    11/27/01: pgs. 106-114

2.    GX 544A, entirety    R22    11/27/01: pgs. 114-123

3.    GX 566A, entirety    R22    11/27/01: pgs. 124-130

4.    GX 572A, entirety    R22    11/27/01: pgs. 130-133

5.    GX 614A, entirety    R22    11/27/01: pgs. 133-143

6.    GX 571A, entirety    R22    11/27/01: pgs.  128-30

B.    **Adam Silverman**

(1)    GX 501A, entirety    R26    12/06/01: pg.  55

(2)    GX 625A, entirety    R26    12/06/01: pgs. 59 - 60

(3)    GX 517A, entirety    R26    12/06/01: pgs. 63 - 64

(4)    GX 529A, entirety    R26    12/06/01: pgs. 75 - 77

(5)    GX 530A, entirety    R26    12/06/01: pgs. 77 - 81

(6)    GX 548A, pgs. 2 - 4[3] R26    12/06/01: pgs. 93 - 95

(7)    GX 568A, entirety    R26    12/06/01: pgs. 95 - 96

(8)    GX 569A, entirety    R26    12/06/01: pgs. 97 - 98

(9)    GX 570A, entirety    R26    12/06/01: pg.  99

(10)    GX 581A, entirety    R26    12/06/01: pgs.  100-01

(11)    GX 585C, entirety    R26    12/06/01: pgs. 103 - 104

---

[3]The parties stipulate the taped recorded evidence heard by the jury was not transcribed by the court reporter during trial.

(12)  GX 589A, entirety  R26  12/06/01: pgs. 104 - 106

(13)  GX 590A, entirety  R26  12/06/01: pg. 106

(14)  GX 591A, entirety  R26  12/06/01: pgs. 107 - 108

(15)  GX 593C, entirety  R26  12/06/01: pgs. 126 - 128

(16)  GX 600A, entirety  R26  12/06/01: pgs. 129 - 131

(17)  GX 601A, entirety  R26  12/06/01: pgs. 131 - 132

(18)  GX 602A, entirety  R26  12/06/01: pg. 133

(19)  GX 627A, entirety  R26  12/06/01: pgs. 60-61

**C.    Francisco Valdes**

(1)  GX 594A, entirety  R26  12/06/01: pgs. 175 - 177

(2)  GX 595A, entirety  R26  12/06/01: pg. 177

(3)  GX 547A, entirety  R26  12/06/01: pgs. 183 - 184

(4)  GX 548A, p. 2  R27  12/07/01: pgs. 22 - 23

(5)  GX 552A, entirety  R27  12/07/01: pg. 24

**(D)    Tammy Bubel**

(1)  GX 558A, entirety  R25  11/30/01: pg. 168-72

(2)  GX 548A, p. 2  R25  11/30/01: pg. 174-75

(3)  GX 518A, entirety  R26  12/06/01: pg. 6

(4)  GX 521A, entirety  R26  12/06/01: pg. 7

(5)  GX 561A, entirety  R26  12/06/01: pg. 9 - 10

(6)  GX 563A, entirety  R26  12/06/01: pg. 11 - 12

(7)  GX 565A, entirety  R26  12/06/01: pg. 13 - 14

(8)  GX 621A, entirety  R26  12/06/01: pg. 15 - 17

**(E)** **Julius Bruce Chiusano**

    (1)    GX 562A, entirety   R22   11/27/01: pg. 226

**(F)** **David Alwais**

    (1)    GX 633A, entirety   R21   11/26/01: pg. 30

    (2)    GX 143A, entirety   R21   11/26/01: pg. 32 - 33

    (3)    GX 144A, entirety   R21   11/26/01:pg. 33 - 34

    (4)    GX 145A, entirety   R21   11/26/01:pg. 36 - 41

    (5)    GX 146A, entirety   R21   11/26/01: pg. 44

    (6)    GX 532A, entirety   R21   11/26/01: pg. 46

**G.** **Francis Ruggiero**

    (1)  GX 586A, entirety   R20   11/21/01: pg. 105

    (2)  GX 587A, entirety   R20   11/21/01: pg. 107

    (3)  GX 588A, entirety   R20   11/21/01: pg. 108

    (4)  GX 604A, entirety   R20   11/21/01: pg. 109

    (5)  GX 607A, entirety   R20   11/21/01: pg. 110

    (6)  GX 617A, entirety   R20   11/21/01: pg. 110

    (7)  GX 620A, entirety   R20   11/21/01: pg. 111

    (8)  GX 622A, entirety   R20   11/21/01: pg. 112

    (9)  GX 628A, entirety   R20   11/21/01: pg. 113

**(H)** **Detective Frank Ilarraza**

    (1)  GX 10A- transcript read  R24  11/29/01: pgs. 52-75

    (2)  GX 14A, entirety     R24   11/29/01: pg. 96

## II. Rebuttal Closing

During the government's rebuttal closing argument on December 13, 2001, the government played tape recorded *excerpts* from government exhibits in evidence[4] to rebut arguments raised by defense counsel during their respective closing arguments. The following is a list of the excerpts and record entries.

### A.    Rebuttal Closing

    (1)    GX 544A, entirety    R30    12/13/01: pg.  155

    (2)    GX 588A, entirety    R30    12/13/01: pg.  157

    (3)    GX 614A, pg. 10-11       R30    12/13/01: pg.  157

    (4)    GX 514A, entirety    R30    12/13/01: pg.  164

    (5)    GX 517A, pg. 3          R30    12/13/01: pg.  165

    (6)    GX 518A, pg. 2          R30    12/13/01: pg.  167

    (7)    GX 521A, pg. 2          R30    12/13/01: pg.  167

    (8)    GX 526A, entirety    R30    12/13/01: pg.  168

    (9)    GX 527A, entirety    R30    12/13/01: pg.  168

    (10)   GX 529A, pgs. 2-3  R30    12/13/01: pg.  171

    (11)   GX 530A, pgs. 2-3  R30    12/13/01: pg.  171

    (12)   GX 532A, pg. 8          R30    12/13/01: pg.  171

    (13)   GX 533A, entirety    R30    12/13/01: pg.  172

    (14)   GX 547A, entirety    R30    12/13/01: pg.  173

    (15)   GX 548A, pgs. 2-7  R30    12/13/01: pg.  173 - 4

---

[4] The excerpts were recorded on two separate tapes (hereinafter "summary tapes"). Assistant United States Attorney Jeffrey H. Sloman proferred that he reviewed the record, the summary tapes, and his notes and proffered at the evidentiary hearing that these were the portions played to the jury during the rebuttal closing argument.

(16)    GX 552A, entirety    R30    12/13/01: pg. 175

(17)    GX 557A, entirety    R30    12/13/01: pg. 175

(18)    GX 558A, entirety    R30    12/13/01: pg. 176

(19)    GX 559A, pgs. 3 & 5  R30    12/13/01: pg. 176

(20)    GX 560A, pg. 4       R30    12/13/01: pg. 177

(21)    GX 567A, pg. 2       R30    12/13/01: pg. 178

(22)    GX 585A, pgs. 2-3  R30    12/13/01: pg. 179

(23)    GX 593A, pgs. 5 & 6 R30    12/13/01: pg. 179

(24)    GX 523A, pgs. 3 & 4        R30    12/13/01: pg. 179

III.    **Tapes Played Without A Witness On The Stand**

The following indicates, with the corresponding record citation, referenced where

each tape was played to the jury without a witness, except as specifically noted:

| TAPE | PLAYED/PUBLISHED |
|------|------------------|
| **GX 12A**<br>Redacted 3/28/99<br>Taped Statement of A. Hernandez | (R28:162-63) |
| **GX501**<br>CN: 58 PN: 7512<br>Date: 3/19/99 Time: 12:33pm | (R19:141)- played without a witness<br>(R26:55)- played during Silverman |
| **GX502 -**<br>CN: 68 PN: 7512 Date: 3/19/99<br>Time: 2:39pm<br>T-III tape recorded conversation | (R24:23) |
| **GX503 -**<br>CN: 69 PN: 7512 Date: 3/19/99<br>Time: 2:42pm<br>T-III tape recorded conversation | Playing waived<br><br>(R24:23-24) |
| **GX504 -**<br>CN: 70 PN: 7512 Date: 3/19/99<br>Time: 2:49pm<br>T-III tape recorded conversation | (R24:24) |
| **GX505-**<br>CN: 71 PN: 7512 Date: 3/19/99<br>Time: 2:49pm<br>T-III tape recorded conversation | (R24:24) |
| **GX506-**<br>CN: 78 PN:7512 Date: 3/19/99<br>Time: 3:07pm<br>T-III tape recorded conversation | (R24:24) |

1259-00001 368839.1

**GX507-**                              (R24:25)
CN: 79 PN: 7512 Date: 3/19/99
Time: 3:12pm
T-III tape recorded conversation

**GX508-**                              (R24:185-86)
CN: 80 PN:7512 Date: 3/19/99
Time: 3:13pm
T-III tape recorded conversation

**GX509-**                              (R24:186)
CN: 88 PN: 7512 Date: 3/19/99
Time: 4:28pm
T-III tape recorded conversation

**GX510-**                              (R24:187)
CN: 262 PN: 2929 Date: 3/20/99
Time: 12:31am
T-III tape recorded conversation

**GX511-**                              (R24:187)
CN: 264  PN:2929 Date: 3/20/99
Time: 12/32am
T-III tape recorded conversation

**GX512-**                              (R21:75)
CN: 23 PN: 3020 Date: 3/20/99         (R24:187-88)
Time: 11:00am
T-III tape recorded conversation

**GX513**                               (R24:188)
CN: 24 PN: 3020 Date: 3/20/99
Time: 11:51am
T-III tape recorded conversation

**GX514-**                              (R24:188-89)
CN: 102  PN:7512 Date: 3/20/99
Time: 3:43pm
T-III tape recorded conversation

**GX515-**                              (R24:189)
CN: 293 PN: 2929 Date: 3/20/99
Time: 5:13pm
T-III tape recorded conversation

**GX516-**                              (R21:75)
CN: 109  PN: 7512 Date: 3/20/99
Time: 6:25pm
T-III tape recorded conversation


**GX517-**                              (R24:189)- played without a witness
CN: 111 PN: 7512 Date: 3/20/99         (R26:63-64)- played during Silverman
 Time: 6:34pm
T-III tape recorded conversation


**GX518-**                              (R24:189)
CN: 316 PN: 2929 Date: 3/20/99
Time: 7:01pm
T-III tape recorded conversation


**GX519-**                              (R24:190)
CN: 112  PN: 7512 Date: 3/20/99
Time: 8:52pm
T-III tape recorded conversation


**GX520 -**                             (R24:190)
CN: 113  PN: 7512 Date: 3/20/99
Time: 9:02pm
 T-III tape recorded conversation

**GX521 -**                             (R24:190)
CN: 114  PN: 7512 Date: 3/20/99
Time: 9:03pm
T-III tape recorded conversation


**GX522-**                              (R24:190-91)
CN: 115  PN: 7512 Date: 3/20/99
Time: 9:04pm
T-III tape recorded conversation


**GX523-**                              (R24:191)
CN: 44 PN: 3020 Date: 3/20/99
Time: 10:42pm
T-III tape recorded conversation

**GX524-**
CN: 116  PN: 7512 Date: 3/20/99
Time: 10:52pm
T-III tape recorded conversation

(R25:133)  Stipulated that phone was
activated

**GX525-**
CN: 117 PN: 7512 Date: 3/20/99
Time: 10:53pm
T-III tape recorded conversation

(R25:133-34)

**GX526-**
CN: 45 PN: 3020 Date: 3/20/99
Time: 11:39pm
T-III tape recorded conversation

(R25:133-34)

**GX527-**
CN: 46  PN: 3020 Date: 3/20/99
Time: 11:40pm
T-III tape recorded conversation

(R24:191)

**GX528 -**
CN: 119  PN: 7512 Date: 3/21/99
 Time: 1:49am
T-III tape recorded conversation

(R25:134-35)

**GX529-**
CN: 124  PN: 7512 Date: 3/21/99
Time: 12:04pm
T-III tape recorded conversation

(R25:135-36)

**GX530-**
CN: 373  PN:2929 Date: 3/21/99
Time: 5:01pm
T-III tape recorded conversation

(R25:135)

**GX531-**
CN: 133 PN: 7512 Date: 3/21/99
Time: 7:48pm
T-III tape recorded conversation

(R21:75)

**GX533-**                                    (R25:153)
CN: 469  PN: 2929 Date: 3/22/99
Time: 12:56pm
T-III tape recorded conversation


**GX534-**                                    (R25:153)
CN: 474  PN: 2929 Date: 3/22/99
Time: 1:44pm
T-III tape recorded conversation

**GX535-**                                    (R19:141)
CN: 496  PN: 2929 Date: 3/22/99
Time: 4:02pm
T-III tape recorded conversation

**GX536-**                                    (R19:141-42)
CN: 532  PN: 2929 Date: 3/22/99
Time: 7:48pm
T-III tape recorded conversation

**GX537-**                                    (R25:153)
CN: 179  PN: 7512 Date: 3/23/99
Time: 10:51am
T-III tape recorded conversation


**GX538-**                                    (R25:153-54)
CN: 187 PN:7512 Date: 3/23/99
Time: 12:01pm
T-III tape recorded conversation

**GX539-**                                    (R25:153-54)
CN: 196  PN: 7512 Date: 3/23/99
Time: 2:31pm
T-III tape recorded conversation

**GX540-**                                    (R25:153-54)
CN: 626  PN: 2929 Date: 3/23/99
Time: 10:59pm
T-III tape recorded conversation

**GX541-**                        (R25:157)
CN: 630  PN: 2929 Date: 3/24/99
Time: 1:07am
T-III tape recorded conversation


**GX542-**                        (R19:142)
CN: 218 PN: 7512 Date: 3/24/99
Time: 7:42pm
T-III tape recorded conversation


**GX543**-                        (R25:157)
CN: 229 PN: 7512 Date: 3/25/99
Time: 12:42pm
T-III tape recorded conversation


**GX544-**                        (R21:74-76)
CN: 174  PN: 3020 Date: 3/25/99
Time: 1:38pm
T-III tape recorded conversation


**GX545-**                        (R25:157)
CN: 817  PN: 2929 Date: 3/25/99
Time: 5:40pm
T-III tape recorded conversation


**GX546-**                        (R25:157-58)
CN: 256  PN: 7512 Date: 3/26/99
Time: 1:27pm
T-III tape recorded conversation


**GX547**-                        (R25:158)
CN: 958  PN: 2929 Date: 3/27/99
Time: 12:34am
T-III tape recorded conversation

**GX548-**                        (R25:158)
CN: 275  PN: 7512 Date: 3/27/99
Time: 2:09am
T-III tape recorded conversation

**GX549-**                                (R25:158)
CN: 200 PN: 3020 Date: 3/27/99
Time: 11:42am
T-III tape recorded conversation


**GX550-**                                (R25:159)
CN: 201  PN: 3020 Date: 3/27/99
Time: 12:24pm
T-III tape recorded conversation


**GX551-**                                (R25:159)
CN: 280  PN: 7512 Date: 3/27/99
Time: 3:42pm
T-III tape recorded conversation


**GX552-**                                (R25:160)
CN: 287  PN: 7512 Date: 3/27/99
Time: 5:14pm
T-III tape recorded conversation


**GX553-**                                (R25:160)
CN: 288  PN: 7512 Date: 3/27/99
Time: 5:50pm
T-III tape recorded conversation


**GX554-**                                (R25:161)
CN: 291 PN: 7512 Date: 3/27/99
Time: 6:51pm
T-III tape recorded conversation


**GX555-**                                (R25:161)
CN: 296  PN: 7512 Date: 3/27/99
Time: 7:45pm
T-III tape recorded conversation


**GX557-**                                (R25:162)
CN: 1027  PN: 2929  Date: 3/27/99
Time: 8:53pm
T-III tape recorded conversation

**GX558-**                              (R25:162-63)
CN: 1082 PN: 2929 Date: 3/28/99
Time: 11:46pm
T-III tape recorded conversation


**GX559-**                              (R27:218-19)
CN: 1086 PN: 2929 Date: 3/29/99
Time: 2:22pm
T-III tape recorded conversation


**GX560B-** Redacted Tape              (R27:218-19)
CN: 241 PN:3020 Date: 3/29/99
Time: 11:13am T-III tape recorded conversation


**GX566-**                              (R21:76)
CN: 59  PN: 7513 Date: 3/31/99
Time: 1:13pm
T-III tape recorded conversation


**GX567-**                              (R27:219)
CN: 331  PN: 3020 Date: 4/1/99
Time: 9:24pm
T-III tape recorded conversation


**GX571-**                              (R21:76)- played without a witness
CN: 104  PN: 7513 Date: 4/1/99         (R22:128-30)- played during Horowitz
Time: 11:57am
T-III tape recorded conversation


**GX574-**                              (R21:76)
CN: 106  PN: 7513 Date: 4/1/99
Time: 1:41pm
T-III tape recorded conversation


**GX575-**                              (R21:77)
CN: 108  PN: 7513 Date: 4/1/99
Time: 1:55pm
T-III tape recorded conversation

**GX578-**                                (R27:220)
CN: 120  PN: 7513 Date: 4/1/99
Time: 5:23pm
T-III tape recorded conversation


**GX579-**                                (R27:220)
CN: 142 PN: 7513 Date: 4/2/99
Time: 4:47pm


**GX582-**                                (R27:220-21)
CN: 384  PN: 7512 Date: 4/3/99
Time: 5:55pm
T-III tape recorded conversation


**GX583-**                                (R19:142-43)
CN: 520  PN: 7512 Date: 4/13/99
Time: 11:32am
T-III tape recorded conversation


**GX584-**                                (R19:143)
CN: 2744  PN: 2929 Date: 4/20/99
Time: 11:45pm
T-III tape recorded conversation


**GX588-**                                (R20:108)- played during Ruggiero
CN: 688  PN: 7512 Date: 4/21/99          (R21:77)- played without witness
Time: 10:27pm
T-III tape recorded conversation

**GX592-**                                (R19:144)
CN: 2887  PN: 2929 Date: 4/22/99
Time: 6:59pm
T-III tape recorded conversation


**GX596-**                                (R28:152)
CN: 769  PN: 7512 Date: 4/25/99
Time: 8:49pm
 T-III tape recorded conversation

**GX597-**                              (R28:152-53)
CN: 3306  PN: 2929 Date: 4/27/99
Time: 1:12pm
T-III tape recorded conversation


**GX599-**                              (R28:153)
CN: 1087  PN: 3020 Date: 4/27/99
Time: 1:15pm
T-III tape recorded conversation

**GX603-**                              (R19:144-45)
CN: 3394  PN: 2929 Date: 4/28/99
Time: 12:48am
T-III tape recorded conversation


**GX605-**                              (R19:145)
CN: 3447 PN: 2929 Date: 4/28/99 -
Time: 8:37pm
Time 3:44 pm T-III tape recorded
conversation


**GX606-**                              (R21:77)
CN: 912  PN: 7512 Date: 4/29/99
Time: 10:00pm
T-III tape recorded conversation


**GX608-**                              (R19:145-46)
CN: 935  PN: 7512 Date: 4/30/99
Time: 4:26pm
T-III tape recorded conversation


**GX609-**
CN: 3621  PN: 2929 Date: 4/30/99      (R19:146)
Time: 10:13pm


**GX610-**                              (R28:153-54)
CN: 950  PN: 7512 Date: 5/1/99
Time:12:27pm
T-III tape recorded conversation

**GX611-**                                    (R28:154)
CN: 3783 PN: 2929 Date: 5/2/99
Time: 9:50pm
T-III tape recorded conversation


**GX612-**                                    (R19:146-47)
CN: 3786 PN: 2929 Date: 5/2/99
Time: 9:56pm
T-III tape recorded conversation


**GX613-**                                    (R28:155)
CN: 3866 PN: 2929 Date: 5/3/99              (R29:26)
Time: 10:11pm
T-III tape recorded conversation


**GX614-**                                    (R21:78)
CN: 1374 PN: 3020 Date: 5/5/99              (R19:147)
Time: 10:40am
T-III tape recorded conversation


**GX615-**                                    (R21:78)
CN: 3935 PN: 2929 Date: 5/5/99
Time: 11:00am
T-III tape recorded conversation


**GX616-**                                    (R19:147)
CN: 4104 PN: 2929 Date: 5/7/99
Time: 12:32am
T-III tape recorded conversation


**GX618-**                                    (R19:148)
CN: 4303 PN: 2929 Date: 5/9/99
Time: 6:42pm
T-III tape recorded conversation


**GX623-**                                    (R28:155)
CN: 1586 PN: 3020 Date: 5/15/99
Time: 10:48am
T-III tape recorded conversation

**GX626-**                                    (R19:148)
CN: 4968 PN: 2929 Date: 5/17/99
Time: 10:07pm
T-III tape recorded conversation


**GX629-**                                    (R21:78)
CN: 1424 PN: 7512 Date: 5/23/99
Time:8:25pm
T-III tape recorded conversation


**GX630-**                                    (R28:155-56)
CN: 7610 PN: 2929 Date: 6/15/99
Time: 8:00pm
T-III tape recorded conversation


**GX631-**                                    (R28:156)
CN: 7618 PN: 2929 Date: 6/15/99
Time: 10:13pm
T-III tape recorded conversation


**GX641 -**                                   (R28:157)
CN: 161 PN: 7512 Date: 3/22/99
Time: 3:40pm
T-III tape recorded conversation


**GX642-**                                    (R28:157-58)
CN: 522  PN: 2929 Date: 3/22/99
Time: 6:51pm
T-III tape recorded conversation


**GX643-**                                    (R29:27)
CN: 185 PN: 7512 Date: 3/23/99
Time: 11:40 am
T-III tape recorded conversation


**GX644-**                                    (R28:160)
CN: 401 PN: 7512 Date: 4/5/99
Time: 3:27pm
T-III tape recorded conversation

STIPULATED AND AGREED TO this ___ day of September, 2003:

Marcos Daniel Jiménez
United States Attorney

By: _____

Lisa A. Hirsch
Assistant United States Attorney
Florida Bar No: 0691186
99 N.E. 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9214


By: _____

Jeff Sloman
Assistant United States Attorney
Florida Bar No: _____
500 E. Broward Blvd.
Ft. Lauderdale, FL 33394
Tel: (954) 356-7255


By: _____

Larry Lavecchio
Assistant United States Attorney
Florida Bar No: _____
500 E. Broward Blvd.
Ft. Lauderdale, FL 33394
Tel: (954) 356-7255


By: _____

Richard L. Rosenbaum, Esq.
Florida Bar No: 394688
350 E. Las Olas Blvd., Suite 1700
Ft. Lauderdale, FL 33301
Tel: (954) 522-7007

By: _____
Jeffrey D. Weinkle, Esq.
Florida Bar No: 2 7 1 9 3 4
Counsel for Hernandez
1035 N. W. 11th Avenue
Miami, FL 33136
Tel: (305) 3 7 3 . 4 4 4 5

By: _____
Stephen H. Rosen, Esq.
Florida Bar No: _____
Counsel for Trentacosta
1221 Brickell Avenue, Suite 1020
Miami, FL 33131
Tel: (305) _____

By: _____
Daniel Samuel, Esq.
Bar No: _____
Counsel for _____
3151 Maple Dr., NE
Atlanta, GA 30305
Tel: (404) _____

Ariel Hernandez

By: _____
Jeffrey D. Weinkle, Esq.
Florida Bar No: _____
Counsel for Hernandez
1035 N. W. 11th Avenue
Miami, FL 33136
Tel: (305) _____


By: _____
Stephen H. Rosen, Esq.
Florida Bar No. 154 144
Counsel for Trentacosta
1221 Brickell Avenue, Suite 1020
Miami, FL 33131
Tel: (305) 358-6789


By: _____
Daniel Samuel, Esq.
Bar No: _____
Counsel for _____
3151 Maple Dr., NE
Atlanta, GA 30305
Tel: (404) _____

By:_____
Jeffrey D. Weinkle, Esq.
Florida Bar No:
Counsel for Hernandez
1035 N. W. 11th Avenue
Miami, FL 33136
Tel: (305) _____


By:_____
Stephen H. Rosen, Esq.
Florida Bar No: _____
Counsel for Trentacosta
1221 Brickell Avenue, Suite 1020
Miami, FL 33131
Tel: (305) _____

By:_____
Donald F. Samuel, Esq.
Georgia Bar No: 624475
Appellant Counsel for Anthony Trentacosta
3151 Maple Dr., NE
Atlanta, GA 30305
Tel: (404) 262-2225