UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ARIEL HERNANDEZ,
Reg No. 36717-004

    Defendant.
_____/

## NOTICE SETTING HEARING

PLEASE TAKE NOTICE that a hearing on Emergency Motion to Withdraw as Co-Appellate Counsel is hereby set for **Monday, October 6, 2003 at 1:30 p.m.** before the Honorable Paul C. Huck, United States District Judge, 99 NE 4th Street, Tenth Floor, Courtroom 6, Miami, Florida 33132.

DATED:  October 2, 2003

                                      Genevieve McGee
                                      Courtroom Deputy to the Honorable
                                      Paul C. Huck

cc:    Jeffrey Sloman, AUSA (954-356-7230)
        Jeffrey Weinkle, Esq. (305-377-2324)
        Stephen Rosen, Esq. (305-371-6966)
        Richard Rosenbaum, Esq. (954-522-7003)

