UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK



UNITED STATES OF AMERICA,
    Plaintiff,

vs.

ARIEL HERNANDEZ,
    Defendant.
_____/

## NOTICE OF TELEPHONIC HEARING

PLEASE TAKE NOTICE that a Telephonic Status Conference will be held on **Wednesday, October 22, 2003 at 11:30 a.m.** before the Honorable Paul C. Huck, United States District Judge, 99 N.E. Fourth Street, 10th Floor, Courtroom 6, Miami, Florida.

Counsel appearing by phone are instructed to collect, through a commercial carrier, all parties appearing by telephone and to place the call to Chambers (305) 523-5520 at the above mentioned time.

DONE in Chambers at Miami, Florida this 20 day of October, 2003.

                                                Deputy Clerk
                                              United States District Court

cc:    Larry Lavecchio, AUSA (954-356-7230)
        Lisa Hirsch, AUSA (305-530-7976)
        Jeffrey Sloman, AUSA (954-356-7230)
        Jeffrey Weinkle, Esq. (305-377-2324)
        Richard Rosenbaum, Esq. (954-522-7003)

