| Calendar List | 10/22/2003 | Huck.OR6 |

   

## Calendar

| Start | End | Category | Description |
|---|---|---|---|
| 22 Oct 2003  11:30 AM | 11:45 AM | | TELEPHONIC STATUS CONFERENCE |

00-6273-CR

USA,  Jeffrey Sloman, AUSA 954-356-7255 (3576)
vs.
ARIEL HERNANDEZ (J) 36717-004
  Jeffrey Weinkle, Esq. (305-373-4445)
  Richard Rosenbaum, Esq. (954-522-7007)

NOTE TO MARSHALS: Defendant NOT required for this telephonic hearing

- Hearing Held
- Order to Follow



- Court Reporter: Patricia Sanders