

FILED by _____ D.C.
APPEALS

OCT 2 9 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,    )
                             )
                             )
v.                           )
                             )
                             )
ARIEL HERNANDEZ, et al.,     )
                             )
              Defendants.    )
_____)

## NOTICE OF FILING

The undersigned counsel for the United States of America submits this Notice of Filing of

the tapes and transcripts which were admitted and played during the trial of the above-referenced

case.  The government files these trial exhibits following an order dated October 16, 2003, of the

Eleventh Circuit Court of Appeals, granting the government's motion to supplement the record.  See

Exhibit A.  The tapes and transcripts should be made part of the record on appeal.  The list of tapes

and the corresponding transcript  is contained below.  Along with each tape is the accompanying

transcript which is denoted by the letter A, i.e., GX 501A is the transcript of the tape recording which

is GX 501, with exceptions as noted below.

*658*
*A.H*

| **TAPE** | **Transcript** |
|---|---|
| **GX 10** - 3/27/99<br>Tape recording /A. Hernandez &<br>Det. Ilarazza | GX 11 |
| **GX 12A**<br>Redacted 3/28/99<br>Taped Statement of<br>A. Hernandez | GX 13A<br>Redacted 3/28/99<br>Transcript of taped statement of<br>A. Hernandez |
| **GX 14**- 4/1/99<br>Taped Statement of F. Massaro | GX 15 |
| **GX143** - 11/13/98<br>Recorded conversation between<br>Massaro & Alwais | GX 143A |
| **GX144** - 11/16/98<br>Recorded conversation between<br>Massaro & Alwais | GX 144A |
| **GX145** - 12/4/98<br>Recorded conversation between<br>Massaro & Alwais | GX 145A |
| **GX146** - 1/28/99<br>Recorded conversation between<br>Massaro & Alwais | GX 146A |
| **GX501**<br>CN: 58 PN: 7512<br>Date: 3/19/99 Time: 12:33pm | GX 501A |
| **GX502 -**<br>CN: 68  PN: 7512 Date: 3/19/99<br>Time: 2:39pm<br>T-III tape recorded conversation | GX 502A |
| **GX503 -**<br>CN: 69  PN: 7512 Date: 3/19/99<br>Time: 2:42pm<br>T-III tape recorded conversation | GX 503A |

**GX504 -**                                                GX 504A
CN: 70  PN: 7512 Date: 3/19/99
Time: 2:49pm
T-III tape recorded conversation

**GX505-**                                                 GX 505A
CN: 71 PN: 7512 Date: 3/19/99
 Time: 2:49pm
T-III tape recorded conversation

**GX506-**                                                 GX 506A
CN: 78 PN:7512 Date: 3/19/99
Time: 3:07pm
T-III tape recorded conversation

**GX507-**                                                 GX 507A
CN: 79 PN: 7512 Date: 3/19/99
Time: 3:12pm
T-III tape recorded conversation

**GX508-**                                                 GX 508A
CN: 80 PN:7512 Date: 3/19/99
Time: 3:13pm
T-III tape recorded conversation

**GX509-**                                                 GX 509A
CN: 88 PN: 7512 Date: 3/19/99
Time: 4:28pm
T-III tape recorded conversation

**GX510-**                                                 GX 510A
CN: 262 PN: 2929 Date: 3/20/99
Time: 12:31am
T-III tape recorded conversation

**GX511-**                                                 GX 511A
CN: 264  PN:2929 Date: 3/20/99
Time: 12/32am
T-III tape recorded conversation

**GX512-**                                                 GX 512A
CN: 23 PN: 3020 Date: 3/20/99
Time: 11:00am
T-III tape recorded conversation

**GX513**                                                  GX 513A
CN: 24 PN: 3020 Date: 3/20/99
Time: 11:51am
T-III tape recorded conversation

**GX514-**                              GX 514A
CN: 102  PN:7512 Date: 3/20/99
Time: 3:43pm
T-III tape recorded conversation


**GX515-**                              GX 515A
CN: 293 PN: 2929 Date: 3/20/99
Time: 5:13pm
T-III tape recorded conversation


**GX516-**                              GX 516A
CN: 109  PN: 7512 Date: 3/20/99
Time: 6:25pm
T-III tape recorded conversation


**GX517-**                              GX 517A
CN: 111 PN: 7512 Date: 3/20/99
 Time: 6:34pm
T-III tape recorded conversation


**GX518-**                              GX 518A
CN: 316 PN: 2929 Date: 3/20/99
Time: 7:01pm
T-III tape recorded conversation


**GX519-**                              GX 519A
CN: 112  PN: 7512 Date: 3/20/99
Time: 8:52pm
T-III tape recorded conversation


**GX520 -**                             GX 520A
CN: 113  PN: 7512 Date: 3/20/99
Time: 9:02pm
 T-III tape recorded conversation


**GX521 -**                             GX 521A
CN: 114  PN: 7512 Date: 3/20/99
Time: 9:03pm
T-III tape recorded conversation


**GX522-**                              GX 522A
CN: 115  PN: 7512 Date: 3/20/99
Time: 9:04pm
T-III tape recorded conversation

**GX523-**                                GX 523A
CN: 44 PN: 3020 Date: 3/20/99
Time: 10:42pm
T-III tape recorded conversation


**GX524-**                                GX 524A
CN: 116  PN: 7512 Date: 3/20/99
Time: 10:52pm
T-III tape recorded conversation


**GX525-**                                GX 525A
CN: 117 PN: 7512 Date: 3/20/99
Time: 10:53pm
T-III tape recorded conversation


**GX526-**                                GX 526A
CN: 45 PN: 3020 Date: 3/20/99
Time: 11:39pm
T-III tape recorded conversation

**GX527-**                                GX 527A
CN: 46  PN: 3020 Date: 3/20/99
Time: 11:40pm
T-III tape recorded conversation

**GX528 -**                               GX 528A
CN: 119  PN: 7512 Date: 3/21/99
 Time: 1:49am
T-III tape recorded conversation


**GX529-**                                GX 529A
CN: 124  PN: 7512 Date: 3/21/99
Time: 12:04pm
T-III tape recorded conversation


**GX530-**                                GX 530A
CN: 373  PN:2929 Date: 3/21/99
Time: 5:01pm
T-III tape recorded conversation


**GX531-**                                GX 531A
CN: 133 PN: 7512 Date: 3/21/99
Time: 7:48pm
T-III tape recorded conversation

**GX532-**                                        GX 532A
CN: 139  PN: 7512  Date: 3/21/99
Time: 10:52pm
T-III tape recorded conversation


**GX533-**                                        GX 533A
CN: 469  PN: 2929  Date: 3/22/99
Time: 12:56pm
T-III tape recorded conversation


**GX534-**                                        GX 534A
CN: 474  PN: 2929  Date: 3/22/99
Time: 1:44pm
T-III tape recorded conversation


**GX535-**                                        GX 535A
CN: 496  PN: 2929  Date: 3/22/99
Time: 4:02pm
T-III tape recorded conversation


**GX536-**                                        GX 536A
CN: 532  PN: 2929  Date: 3/22/99
Time: 7:48pm
T-III tape recorded conversation

**GX537-**                                        GX 537A
CN: 179  PN: 7512  Date: 3/23/99
Time: 10:51am
T-III tape recorded conversation


**GX538-**                                        GX 538A
CN: 187 PN:7512 Date: 3/23/99
Time: 12:01pm
T-III tape recorded conversation

**GX539-**                                        GX 539A
CN: 196  PN: 7512  Date: 3/23/99
Time: 2:31pm
T-III tape recorded conversation


**GX540-**                                        GX 540A
CN: 626  PN: 2929  Date: 3/23/99
Time: 10:59pm
T-III tape recorded conversation

6

**GX541-**                                          GX 541A
CN: 630  PN: 2929 Date: 3/24/99
Time: 1:07am
T-III tape recorded conversation

**GX542-**                                          GX 542A
CN: 218 PN: 7512 Date: 3/24/99
Time: 7:42pm
T-III tape recorded conversation

**GX543-**                                          GX 543A
CN: 229 PN: 7512 Date: 3/25/99
Time: 12:42pm
T-III tape recorded conversation

**GX544-**                                          GX 544A
CN: 174  PN: 3020 Date: 3/25/99
Time: 1:38pm
T-III tape recorded conversation

**GX545-**                                          GX 545A
CN: 817  PN: 2929 Date: 3/25/99
Time: 5:40pm
T-III tape recorded conversation

**GX546-**                                          GX 546A
CN: 256  PN: 7512 Date: 3/26/99
Time: 1:27pm
T-III tape recorded conversation

**GX547-**                                          GX 547A
CN: 958  PN: 2929 Date: 3/27/99
Time: 12:34am
T-III tape recorded conversation

**GX548-**                                          GX 548A
CN: 275  PN: 7512 Date: 3/27/99
Time: 2:09am
T-III tape recorded conversation

**GX549-**                                          GX 549A
CN: 200 PN: 3020 Date: 3/27/99
Time: 11:42am
T-III tape recorded conversation

7

**GX550-**                                    GX 550A
CN: 201  PN: 3020 Date: 3/27/99
Time: 12:24pm
T-III tape recorded conversation


**GX551-**                                    GX 551A
CN: 280  PN: 7512 Date: 3/27/99
Time: 3:42pm
T-III tape recorded conversation


**GX552-**                                    GX 552A
CN: 287  PN: 7512 Date: 3/27/99
Time: 5:14pm
T-III tape recorded conversation


**GX553-**                                    GX 553A
CN: 288  PN: 7512 Date: 3/27/99
Time: 5:50pm
T-III tape recorded conversation


**GX554-**                                    GX 554A
CN: 291 PN: 7512 Date: 3/27/99
Time: 6:51pm
T-III tape recorded conversation


**GX555-**                                    GX 555A
CN: 296  PN: 7512 Date: 3/27/99
Time: 7:45pm
T-III tape recorded conversation


**GX557-**                                    GX 557A
CN: 1027  PN: 2929  Date: 3/27/99
Time: 8:53pm
T-III tape recorded conversation

**GX558-**                                    GX 558A
CN: 1082 PN: 2929 Date: 3/28/99
Time: 11:46pm
T-III tape recorded conversation

**GX559-**                                    GX 559A
CN: 1086  PN: 2929 Date: 3/29/99
Time: 2:22pm
T-III tape recorded conversation

8

**GX560B**- Redacted Tape         GX 560C
CN: 241 PN:3020 Date: 3/29/99
Time: 11:13am T-III tape recorded conversation


**GX561**-               GX 561A
CN: 1113  PN: 2929 Date: 3/29/99
Time: 6:11pm
T-III tape recorded conversation


**GX562**-               GX 562A
CN: 1156  PN: 2929 Date: 3/30/99
Time: 12:06am
T-III tape recorded conversation


**GX563**-               GX 563A
CN: 322  PN: 7512 Date: 3/30/99
Time: 1:41am
T-III tape recorded conversation


**GX565**-               GX 565A
CN: 328  PN:7512 Date: 3/30/99
Time: 4:43pm
T-III tape recorded conversation

**GX566**-               GX 566A
CN: 59  PN: 7513 Date: 3/31/99
Time: 1:13pm
T-III tape recorded conversation


**GX567**-               GX 567A
CN: 331  PN: 3020 Date: 4/1/99
Time: 9:24pm
T-III tape recorded conversation


**GX568**-               GX 568A
CN: 351  PN: 7512 Date: 4/1/99
Time: 9:32am
T-III tape recorded conversation


**GX569**-               GX 569A
CN: 352  PN: 7512 Date: 4/1/99
Time: 11:59am
T-III tape recorded conversation

**GX570-**                                     GX 570A
CN: 353 PN: 7512 Date: 4/1/99
Time: 11:50am
T-III tape recorded conversation


**GX571-**                                     GX 571A
CN: 104  PN: 7513 Date: 4/1/99
Time: 11:57am
T-III tape recorded conversation


**GX572-**                                     GX 572A
CN: 356  PN: 7512 Date: 4/1/99
Time: 12:44pm
T-III tape recorded conversation


**GX574-**                                     GX 574A
CN: 106  PN: 7513 Date: 4/1/99
Time: 1:41pm
T-III tape recorded conversation


**GX575-**                                     GX 575A
CN: 108  PN: 7513 Date: 4/1/99
Time: 1:55pm
T-III tape recorded conversation


**GX578-**                                     GX 578A
CN: 120 PN: 7513 Date: 4/1/99
Time: 5:23pm
T-III tape recorded conversation


**GX579-**                                     GX 579A
CN: 142 PN: 7513 Date: 4/2/99
Time: 4:47pm


**GX581-**                                     GX 581A
CN: 371  PN: 7512 Date: 4/2/99
Time: 7:43pm
T-III tape recorded conversation


**GX582-**                                     GX 582A
CN: 384  PN: 7512 Date: 4/3/99
Time: 5:55pm
T-III tape recorded conversation


10

**GX583-**                                      GX 583A
CN: 520  PN: 7512 Date: 4/13/99
Time: 11:32am
T-III tape recorded conversation


**GX584-**                                      GX 584A
CN: 2744  PN: 2929 Date: 4/20/99
Time: 11:45pm
T-III tape recorded conversation


**GX585B-**                                     GX 585C
Redacted Tape CN: 662 PN: 7512
 Date: 4/21/99
Time 3:44 pm T-III tape recorded conversation


**GX586-**                                      GX 586A
CN: 2826  PN: 2929 Date: 4/21/99
Time: 8:25pm
T-III tape recorded conversation


**GX587-**                                      GX 587A
CN: 2834  PN: 2929 Date: 4/21/99
Time: 10:19pm
T-III tape recorded conversation


**GX588-**                                      GX 588A
CN: 688  PN: 7512 Date: 4/21/99
Time: 10:27pm
T-III tape recorded conversation

**GX589-**                                      GX 589A
CN: 871  PN: 3020 Date: 4/22/99
Time: 7:16am
T-III tape recorded conversation


**GX590-**                                      GX 590A
CN: 873 PN: 3020 Date: 4/22/99
Time: 7:32am
T-III tape recorded conversation

**GX591-**                                      GX 591A
CN: 875  PN: 3020 Date: 4/22/99
Time: 8:07am

11

**GX592-**                                    GX 592A
CN: 2887  PN: 2929 Date: 4/22/99
Time: 6:59pm
T-III tape recorded conversation


**GX593B**- Redacted Tape                     GX 593C


**GX594-**                                    GX 594A
CN: 762  PN: 7512 Date: 4/25/99
Time: 5:08pm
T-III tape recorded conversation


**GX595-**                                    GX 595A
CN: 766  PN: 7512 Date: 4/25/99
Time: 5:27pm
T-III tape recorded conversation


**GX596-**                                    GX 596A
CN: 769  PN: 7512 Date: 4/25/99
Time: 8:49pm
 T-III tape recorded conversation


**GX597-**                                    GX 597A
CN: 3306  PN: 2929 Date: 4/27/99
Time: 1:12pm
T-III tape recorded conversation


**GX599-**                                    GX 599A
CN: 1087  PN: 3020 Date: 4/27/99
Time: 1:15pm
T-III tape recorded conversation


**GX600-**                                    GX 600A
CN: 825 PN: 7512 Date: 4/27/99
Time: 1:32pm
T-III tape recorded conversation


**GX601-**                                    GX 601A
CN: 828  PN: 7512 Date: 4/27/99
Time: 2:00pm
T-III tape recorded conversation

**GX602-**                                    GX 602A
CN: 829  PN: 7512 Date: 4/27/99
Time: 2:09pm


**GX603-**                                    GX 603A
CN: 3394  PN: 2929 Date: 4/28/99
Time: 12:48am
T-III tape recorded conversation


**GX604-**                                    GX 604A
CN: 3402  PN:2929 Date: 4/28/99
Time: 12:12pm
T-III tape recorded conversation


**GX605-**                                    GX 605A
CN: 3447 PN: 2929 Date: 4/28/99 -
Time: 8:37pm
Time 3:44 pm T-III tape recorded
conversation

**GX606-**                                    GX 606A
CN: 912  PN: 7512 Date: 4/29/99
Time: 10:00pm
T-III tape recorded conversation


**GX607-**                                    GX 607A
CN: 915  PN: 7512 Date: 4/30/99
Time: 11:37am
T-III tape recorded conversation

**GX608-**                                    GX 608A
CN: 935  PN: 7512 Date: 4/30/99
Time: 4:26pm
T-III tape recorded conversation


**GX609-**                                    GX 609A
CN: 3621  PN: 2929 Date: 4/30/99
Time: 10:13pm


**GX610-**                                    GX 610A
CN: 950  PN: 7512 Date: 5/1/99
Time:12:27pm
T-III tape recorded conversation

**GX611-**                                    GX 611A
CN: 3783  PN: 2929 Date: 5/2/99
Time: 9:50pm
T-III tape recorded conversation


**GX612-**                                    GX 612A
CN: 3786  PN: 2929 Date: 5/2/99
Time: 9:56pm
T-III tape recorded conversation


**GX613-**                                    GX 613A
CN: 3866  PN: 2929 Date: 5/3/99
Time: 10:11pm
T-III tape recorded conversation


**GX614-**                                    GX 614A
CN: 1374  PN: 3020 Date: 5/5/99
Time: 10:40am
T-III tape recorded conversation


**GX615-**                                    GX 615A
CN: 3935  PN: 2929 Date: 5/5/99
Time: 11:00am
T-III tape recorded conversation


**GX616-**                                    GX 616A
CN: 4104  PN: 2929 Date: 5/7/99
Time: 12:32am
T-III tape recorded conversation


**GX617-**                                    GX 617A
CN: 1432 PN: 3020 Date: 5/7/99
Time: 6:10pm
T-III tape recorded conversation


**GX618-**                                    GX 618A
CN: 4303  PN: 2929 Date: 5/9/99
Time: 6:42pm
T-III tape recorded conversation

**GX620-**                                    GX 620A
CN: 1297  PN: 7512 Date: 5/14/99
Time: 9:58pm
T-III tape recorded conversation

14

**GX621-**                                    GX 621A
CN: 1299  PN: 7512 Date: 5/14/99
Time: 10:26pm
T-III tape recorded conversation

**GX622-**                                    GX 622A
CN: 4751  PN:2929 Date: 5/14/99
Time: 10:30pm
T-III tape recorded conversation

**GX623-**                                    GX 623A
CN: 1586  PN: 3020 Date: 5/15/99
Time: 10:48am
T-III tape recorded conversation

**GX625-**                                    GX 625A
CN: 1332  PN: 7512 Date: 5/17/99
Time: 1:04pm
T-III tape recorded conversation

**GX626-**                                    GX 626A
CN: 4968  PN: 2929 Date: 5/17/99
Time: 10:07pm
T-III tape recorded conversation

**GX627-**                                    GX 627A
CN: 1377  PN: 7512 Date: 5/19/99
Time: 5:31pm
T-III tape recorded conversation

**GX628-**                                    GX 628A
CN: 1411  PN: 7512 Date: 5/21/99
Time: 7:30pm
T-III tape recorded conversation

**GX629-**                                    GX 629A
CN: 1424  PN: 7512 Date: 5/23/99
Time:8:25pm
T-III tape recorded conversation

**GX630-**                                    GX 630A
CN: 7610  PN: 2929 Date: 6/15/99
Time: 8:00pm
T-III tape recorded conversation

**GX631-**                                    GX 631A
CN: 7618  PN: 2929 Date: 6/15/99
Time: 10:13pm
T-III tape recorded conversation


**GX633-**                                    GX 633A
Consensual recorded conversation Tape
Number 6BD dated 11/12/98


**GX641 -**                                   GX 641A
CN: 161 PN: 7512 Date: 3/22/99
Time: 3:40pm
T-III tape recorded conversation


**GX642-**                                    GX 642A
CN: 522  PN: 2929 Date: 3/22/99
Time: 6:51pm
T-III tape recorded conversation

**GX643-**                                    GX 643A
CN: 185 PN: 7512 Date: 3/23/99
Time: 11:40 am
T-III tape recorded conversation


**GX644-**                                    GX 644A
CN: 401 PN: 7512 Date: 4/5/99
Time: 3:27pm
T-III tape recorded conversation

WHEREFORE, the United States of America files this Notice of Filing along with seven boxes containing the tapes and transcripts listed above..

Respectfully submitted,

MARCOS D. JIMENEZ
UNITED STATES ATTORNEY

By: _____
LISA A. HIRSCH
Assistant U.S. Attorney
99 N.E. 4th Street
Suite 500
Miami, Florida 33132-2111
(305) 961-9214
Florida Bar #0691186

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. Mail this 29'²  day of _Octuber_, 2003 to: Richard L. Rosenbaum, Esquire, 350 E. Las Olas Boulevard, Suite 1700, Fort Lauderdale, Florida 33301; Jeffrey Weinkle, Esquire, 1035 N.W. 11th Avenue, Miami, Florida 33136; Stephen Rosen, 1221 Brickell Avenue, Suite 1020, Miami, Florida 33131; and  Donald F. Samuel, 3151 Maple Drive, N.E., Atlanta, Georgia 30305.

_____
LISA A. HIRSCH
Assistant U.S. Attorney

17

# EXHIBIT A

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

OCT 1 6 2003

THOMAS K. KAHN
CLERK

No. 02-12352-AA

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

                    versus

FREDERICK J. MASSARO,
ARIEL HERNANDEZ,
ANTHONY TRENTACOSTA,
a.k.a. Tony Pep

                                        Defendants-Appellants.

--------------------------

On Appeal from the United States District Court for the
Southern District of Florida

--------------------------

BEFORE: TJOFLAT and CARNES, Circuit Judges.

BY THE COURT:

    On June 23, 2003, Appellee filed a motion to supplement the
record on appeal.  Upon review of that motion and Appellant Hernandez'
response, this Court remanded the matter on a limited basis to the
District Court for purposes of clarifying the record and determining
what tapes were played to the jury and when during trial they were
played.

    On September 17, 2003, the District Court entered an Order
adopting and ratifying the parties' stipulation regarding
reconstruction of the record.  In light of that Order and the parties'
stipulation, Appellee's Motion to Supplement is GRANTED.