

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

**CLARENCE MADDOX**
Clerk of Court

Date: _10/30/2003_

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**4th Supplement**

IN RE:    **District Court No:** _00-06273-cr_ - _PCH_

**U.S.C.A. No:** _02-12352-A_

**Style:** ACOSTA V. USA

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

___0___ Volume(s) of pleadings

___0___ Volume(s) of Transcripts

___X___ Exhibits:   ___7___ boxes;   ___0___ folders;

___0___ envelopes;   ___0___ PSIs (sealed)

☐ other: _____

☑ other: 7 BOXES OF EXHIBITS CONTAINING TAPES & TRAN*SCRIPTS*

☐ Other: _____

☐ Other: _____

Sincerely,

Clarence Maddox, Clerk of Court

By: _Hope Hill_

**Deputy Clerk**

Attachment                                                S/F A-15
c: court file                                             Rev. 10/94

---

☒ **301 N. Miami Avenue**         ☐ **299 E. Broward Boulevard**      ☐ **701 Clematis Street**
Miami, Fl 33128-7788                Ft. Lauderdale, Fl 33301            West Palm Beach, Fl 33401
305-523-5080                        954-769-5413                       561-803-3408

659
H.H

```
                                        STB      CLOSED
                                        APPEAL
                U.S. District Court
      Southern District of Florida (FtLauderdale)

      CRIMINAL DOCKET FOR CASE #: 00-CR-6273-ALL
```

USA v. Trentacosta, et al                     Filed: 09/19/00
Dkt# in other court: None

Case Assigned to: Judge Paul C. Huck

```
ANTHONY TRENTACOSTA (1)          Richard Kevin Houlihan
aka                                [term  08/15/01]
Tony Pep                         FTS 442-7194
     defendant                   305-442-1522
 [term  04/30/02]                Suite 310
                                 [COR LD NTC cja]
                                 300 Aragon Avenue
                                 Gables International Center
                                 Coral Gables, FL 33134

                                 Donald F. Samuel
                                 FTS 365-5041
                                 [COR LD NTC ret]
                                 Edward T. M. Garland
                                 FTS 365-5041
                                 [COR LD NTC ret]
                                 Garland Samuel & Loeb
                                 3151 Maple Drive NE
                                 Atlanta, GA 30305
                                 404-262-2225

                                 Stephen Howard Rosen
                                   [term  04/30/02]
                                 FTS 371-6966
                                 [COR LD NTC ret]
                                 Stephen H. Rosen
                                 1221 Brickell Avenue
                                 Suite 1020
                                 Miami, FL 33131
                                 305-358-6789
```

Pending Counts:                       Disposition

18:1962-5800.F RECEIVED INCOME        Imprisonment for a term of 100
DERIVED FROM RICO                     months, supervised release
(1)                                   for a term of 3 years,
                                      Assessment of $100.00, Fine of
                                      $2,500.00, Restitution to be
                                      determined at a date within 90
                                      days
                                      (1)

Docket as of October 30, 2003 3:16 pm              Page

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By  Hope Hill
                      Deputy Clerk
Date  10/30/03

```
Proceedings include events between 10/29/03 and 10/29/03.                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                          CLOSED APPEAL
```

Offense Level (opening): 4

Terminated Counts:

    NONE


Complaints:

    NONE


========================

Case Assigned to:  Judge Paul C. Huck

```
FREDERICK J. MASSARO (2)              Christopher Alan Grillo
      defendant                       [term  04/25/02]
   [term  04/25/02]                   [COR LD NTC cja]
                                      Christopher Grillo
                                      1 E Broward Boulevard
                                      Suite 700
                                      Fort Lauderdale, FL 33301
                                      954-524-1125

                                      Fred Haddad
                                       [term  03/08/01]
                                      FTS 760-4421
                                      954-467-6767
                                      [COR LD NTC ret]
                                      Fred Haddad
                                      1 Financial Plaza
                                      Suite 2612
                                      Fort Lauderdale, FL 33394
                                      954-467-6767

                                      Benedict Paul Kuehne
                                      FTS 789-5987
                                      [COR LD NTC ret]
                                      Sale & Kuehne
                                      NationsBank Tower
                                      100 SE 2nd Street
                                      Suite 3550
                                      Miami, FL 33131-2154
                                      305-789-5989
```

```
Proceedings include events between 10/29/03 and 10/29/03.              STB
0:00cr6273-ALL USA v. Trentacosta, et al                         CLOSED APPEAL
```

Pending Counts:                          Disposition

| | |
|---|---|
| 18:1962-5800.F RECEIVED INCOME DERIVED FROM RICO (1) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (1) |
| 18:1344A.F BANK FRAUD (2 - 16) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (2 - 16) |
| 18:1959-7482.F RACKETEERING - THREATS (17 - 18) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (17 - 18) |
| 18:1959-7482.F RACKETEERING - THREATS (20) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (20) |
| 18:513B.F POSSESSION OF COUNTERFEITING INSTRUMENTS (21) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (21) |

```
Proceedings include events between 10/29/03 and 10/29/03.              STB
0:00cr6273-ALL USA v. Trentacosta, et al                       CLOSED APPEAL
```

| | |
|---|---|
| 18:892.F EXTENSIONS OF CREDIT BY EXTORTION (22) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (22) |
| 18:894.F COLLECTION OF CREDIT BY EXTORTION (23) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (23) |
| 18:659.F INTERSTATE/FOREIGN SHIPMENT CARRIERS: Possession of stolen goods (24) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (24) |

```
Offense Level (opening): 4
```

| Terminated Counts: | Disposition |
|---|---|
| 18:922Q.F CARRYING/USING FIREARMS: Felon in possession of a firearm (25) | Acquitted by Jury (25) |

```
Offense Level (disposition): 4



Complaints:

    NONE


=========================


Docket as of October 30, 2003 3:16 pm            Page 4
```

Proceedings include events between 10/29/03 and 10/29/03.                STB
0:00cr6273-ALL USA v. Trentacosta, et al                          CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

FRANCIS RUGGIERO (3) , DOB:          Samuel R. De Luca
12/24/37  Prisoner #: 61919-            [term  01/29/02]
004 Address: 7356 Gray Avenue,       FTS 653-6979
Miami, Florida 33141                 [COR LD NTC ret]
aka                                  De Luca and Tate
Little Frankie                       3451 Kennedy Boulevard
        defendant                    Jersey City, NJ 07307
  [term  01/29/02]                   201-653-7200


Pending Counts:                           Disposition

18:1962-5800.F RECEIVED INCOME       Imprisonment for 18 months.
DERIVED FROM RICO                    Supervised Release for 3 years.
(1)                                  Assessment $100.00
                                     (1)


Offense Level (opening): 4


Terminated Counts:                        Disposition

18:892.F EXTENSIONS OF CREDIT        Dismissed.
BY EXTORTION                         (22)
(22)

18:894.F COLLECTION OF CREDIT        Dismissed.
BY EXTORTION                         (23)
(23)


Offense Level (disposition): 4



Complaints:

    NONE


=========================

```
Proceedings include events between 10/29/03 and 10/29/03.              STB
0:00cr6273-ALL USA v. Trentacosta, et al                         CLOSED APPEAL
```

Case Assigned to:  Judge Paul C. Huck

```
ARIEL HERNANDEZ (4)                Jeffrey David Weinkle
     defendant                      [term  04/25/02]
[term  04/25/02]                    FTS 377-2324
                                    305-373-4445
                                    Suite 409
                                    [COR LD NTC cja]
                                    19 W Flagler Street
                                    Miami, FL 33130

                                    William Donald Matthewman
                                     [term  04/25/02]
                                    FTS 416-0171
                                    [COR LD NTC cja]
                                    Seiden Alder & Matthewman
                                    2300 Glades Road
                                    Suite 340-W
                                    Boca Raton, FL 33431
                                    561-416-0170

                                    Richard L. Rosenbaum
                                    FTS 522-7003
                                    954-522-7007
                                    Suite 1700
                                    [COR LD NTC cja]
                                    Las Olas Center
                                    350 E Las Olas Boulevard
                                    Fort Lauderdale, FL 33301
```

Pending Counts:                         Disposition

```
18:1962-5800.F RECEIVED INCOME     Imprisonment for a term of Life
DERIVED FROM RICO                  as to Counts 1-18, 360
(1)                                months as to Counts 2-16, 120
                                   months as to Counts 17 and 21
                                   to run Concurrently. Supervised
                                   Release for 5 years as to
                                   Counts 1, 2-16, 18, and 3 years
                                   as to Counts 17 and 21 to
                                   run Concurrently. Assessment $1,
                                   900.00 Fine $10,000.00
                                   (1)

18:1344A.F BANK FRAUD              Imprisonment for a term of Life
(2 - 16)                           as to Counts 1-18, 360
                                   months as to Counts 2-16, 120
                                   months as to Counts 17 and 21
                                   to run Concurrently. Supervised
                                   Release for 5 years as to
                                   Counts 1, 2-16, 18, and 3 years
                                   as to Counts 17 and 21 to
                                   run Concurrently. Assessment $1,
```

Proceedings include events between 10/29/03 and 10/29/03.                STB
0:00cr6273-ALL USA v. Trentacosta, et al                      CLOSED APPEAL

|  |  |
|---|---|
|  | 900.00 Fine $10,000.00          (2 - 16) |
| 18:1959-7482.F RACKETEERING - THREATS (17 - 18) | Imprisonment for a term of Life as to Counts 1-18, 360 months as to Counts 2-16, 120 months as to Counts 17 and 21 to run Concurrently. Supervised Release for 5 years as to Counts 1, 2-16, 18, and 3 years as to Counts 17 and 21 to run Concurrently. Assessment $1, 900.00 Fine $10,000.00 (17 - 18) |
| 18:513B.F POSSESSION OF COUNTERFEITING INSTRUMENTS (21) | Imprisonment for a term of Life as to Counts 1-18, 360 months as to Counts 2-16, 120 months as to Counts 17 and 21 to run Concurrently. Supervised Release for 5 years as to Counts 1, 2-16, 18, and 3 years as to Counts 17 and 21 to run Concurrently. Assessment $1, 900.00 Fine $10,000.00 (21) |

Offense Level (opening): 4


Terminated Counts:

    NONE



Complaints:

    NONE


========================

Proceedings include events between 10/29/03 and 10/29/03.                STB
0:00cr6273-ALL USA v. Trentacosta, et al                          CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

JULIUS BRUCE CHIUSANO (5)          Donald Richard Spadaro
     defendant                     [term  01/29/02]
  [term  01/29/02]                 FTS 522-6888
                                   954-763-5504
                                   Suite 103
                                   [COR LD NTC ret]
                                   1000 S Federal Highway
                                   Fort Lauderdale, FL 33316


Pending Counts:                         Disposition

18:1962-5800.F RECEIVED INCOME     Imprisonment for 24 months to
DERIVED FROM RICO                  run concurrently with the
(1)                                sentence imposed by Judge Seitz
                                   under case number
                                   00-6309-CR-PAS. Supervised
                                   Release of 3 years to run
                                   concurrent with the sentence
                                   imposed under 00-6309-CR-PAS.
                                   Assessment $100.00
                                   (1)


Offense Level (opening): 4


Terminated Counts:                      Disposition

18:1344A.F BANK FRAUD              Dismissed.
(2 - 16)                           (2 - 16)

18:513B.F POSSESSION OF            Dismissed.
COUNTERFEITING INSTRUMENTS         (21)
(21)


Offense Level (disposition): 4




Complaints:

    NONE


========================

```
Proceedings include events between 10/29/03 and 10/29/03.              STB
0:00cr6273-ALL USA v. Trentacosta, et al                        CLOSED APPEAL
```

Case Assigned to:  Judge Paul C. Huck

```
ADAM TODD SILVERMAN (6) , DOB:    Michael Gary Smith
7/6/67; Prisoner # 02405-748;       [term  02/20/02]
    defendant                     FTS 767-8343
  [term  02/20/02]                [COR LD NTC cja]
                                  Michael Gary Smith
                                  110 SE 6th Street
                                  Suite 1970
                                  Fort Lauderdale, FL 33301
                                  954-761-7201
```

```
Pending Counts:                        Disposition

18:373-0300.F MANSLAUGHTER         Imprisonment for 42 months;
(19)                               Supervised Release for 3 years;
                                   Assessment $100.00
                                   (19)
```

Offense Level (opening): 4

```
Terminated Counts:                     Disposition

18:1962-5800.F RECEIVED INCOME     Dismissed.
DERIVED FROM RICO                  (1)
(1)

18:894.F COLLECTION OF CREDIT      Dismissed.
BY EXTORTION                       (23)
(23)
```

Offense Level (disposition): 4

Complaints:

    NONE

    ========================

```
Proceedings include events between 10/29/03 and 10/29/03.              STB
0:00cr6273-ALL USA v. Trentacosta, et al                      CLOSED APPEAL
```

Case Assigned to:  Judge Paul C. Huck

```
CARLOS GARCIA (7) , DOB:          Albert Zachary Levin
11/14/66 PRISONER #61939-004       [term  02/27/02]
    defendant                     FTS 372-0052
    [term  02/27/02]              [COR LD NTC cja]
                                  Albert Z. Levin
                                  888 Brickell Avenue
                                  6th Floor
                                  Miami, FL 33131
                                  305-379-7101
```

Pending Counts:                        Disposition

```
18:1959-7482.F RACKETEERING -     Imprisonment for 25 months;
THREATS                           Supervised Release for 3 years;
(20)                              Assessment $100.00
                                  (20)
```

Offense Level (opening): 4


Terminated Counts:                     Disposition

```
18:1962-5800.F RECEIVED INCOME    Dismissed.
DERIVED FROM RICO                 (1)
(1)

18:894.F COLLECTION OF CREDIT     Dismissed.
BY EXTORTION                      (23)
(23)
```

Offense Level (disposition): 4



Complaints:

    NONE


========================

Proceedings include events between 10/29/03 and 10/29/03.                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                          CLOSED APPEAL

Case Assigned to: Judge Paul C. Huck

CHARLES PATRICK MONICO (8) ,          Susan W. Vandusen
DOB: 12/8/56  Prisoner #:             [term  01/29/02]
02406-748                             305-540-0050
     defendant                        [COR LD NTC cja]
 [term  01/29/02]                     1899 S Bayshore Drive
                                      Miami, FL 33133

                                      Thomas Franklin Almon, Jr.
                                       [term  01/29/02]
                                      FTS 573-6251
                                      305-576-8568
                                      [COR LD NTC cja]
                                      321 NE 26th Street
                                      Miami, FL 33137


Pending Counts:                           Disposition

18:1962-5800.F RECEIVED INCOME        Imprisonment for TIME SERVED.
DERIVED FROM RICO                     Supervised Release for 3
(1)                                   years. Assessment $100.00
                                      (1)


Offense Level (opening): 4


Terminated Counts:                        Disposition

18:373-0300.F MANSLAUGHTER            Dismissed.
(19)                                  (19)


Offense Level (disposition): 4




Complaints:

    NONE


========================

```
Proceedings include events between 10/29/03 and 10/29/03.                STB
0:00cr6273-ALL USA v. Trentacosta, et al                          CLOSED APPEAL
```

Case Assigned to:  Judge Paul C. Huck

```
ANTHONY RAYMOND BANKS (9) ,           Manuel Gonzalez, Jr.
DOB: 11/29/72; Prisoner                 [term  01/29/02]
#02407-748; English                   FTS 444-1487
    defendant                         305-444-1400
  [term  01/29/02]                    Suite 500
                                      [COR LD NTC cja]
                                      2222 Ponce De Leon Blvd
                                      Coral Gables, FL 33134
```

Pending Counts:                        Disposition

```
18:1962-5800.F RECEIVED INCOME        Imprisonment for 21 months.
DERIVED FROM RICO                     Supervised Release for 3 years.
(1)                                   Assessment $100.00
                                      (1)
```

Offense Level (opening): 4

Terminated Counts:                     Disposition

```
18:373-0300.F MANSLAUGHTER            Dismissed.
(19)                                  (19)
```

Offense Level (disposition): 4

Complaints:

    NONE

U. S. Attorneys:

```
    Lisa Anne Hirsch
    FTS 530-7976
    305-961-9214
    [COR LD NTC]
    United States Attorney's Office
    99 NE 4th Street
    Miami, FL 33132
    305-961-9000

    Jeffrey Henry Sloman, AUSA
    FTS 356-7230
    954-356-7255
    [COR LD NTC]
```

Docket as of October 30, 2003 3:16 pm                      Page 12

Proceedings include events between 10/29/03 and 10/29/03.                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                          CLOSED APPEAL

```
Lawrence D. LaVecchio
FTS 356-7230
954-356-7255
[COR LD NTC]
United States Attorney's Office
500 E Broward Boulevard
7th Floor
Fort Lauderdale, FL 33394-3002
954-356-7255

PTS Officer
305-808-6500
[COR LD NTC]
Pretrial Services Office
330 Biscayne Boulevard
Miami, FL 33132

Probation Officer
FTS 523-5497
305-523-5300
[COR LD NTC]
United States Probation Office
300 NE 1st Avenue
Room 315
Miami, FL 33132-2126
305-523-5300
```

```
Proceedings include events between 10/29/03 and 10/29/03.                  STB
0:00cr6273-ALL USA v. Trentacosta, et al                          CLOSED APPEAL
```

```
10/29/03 657     MOTION by Carlos Garcia for Early Termination of
                 Supervised Release (nt) [Entry date 10/30/03]
```

```
10/29/03 658     NOTICE of Filing Trial Exhibits (tapes and transcripts
                 attached) by USA as to Anthony Trentacosta, Frederick J.
                 Massaro, Ariel Hernandez (hh) [Entry date 10/30/03]
```
4th Supplemental                          7 Boxes