UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

ARIEL HERNANDEZ,
    Defendant.
_____/



## ORDER ON DEFENDANT'S PERSONAL OBJECTION

THIS MATTER came before the Court pursuant to Defendant, Ariel Hernandez's Personal Objection to Mr. Weinkle's Co-Counsel Appointment (**D.E. #661**). The Court has reviewed the Objection and will treat it as a motion to discharge his appellate co-counsel, Jeffrey Weinkle and a motion to recuse the Court.

ORDERED and ADJUDGED that these motions are **DENIED.** The Court is without jurisdiction with regard to Mr. Weinkle acting as Defendant's Co-Counsel on appeal. The Defendant has not shown any basis for recusal of the Court.

DONE and ORDERED in Chambers at Miami, Florida this 10 day of November, 2003.

                                                    PAUL C. HUCK
                                                  UNITED STATES DISTRICT JUDGE

cc:    Lawrence Lavecchio, AUSA
        Lisa Hirsch, AUSA
        Richard Rosenbaum, Esq.
        Jeffrey Weinkle, Esq.
        Ariel Hernandez, #50996824
        Main Jail Bureau, Unit 7-D-1
        P.O. Box 9356
        Ft. Lauderdale, FL 33310