UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273



THE UNITED STATES OF AMERICA,

        Plaintiff

vs.


ARIEL HERNANDEZ,

        Defendant

- - -

HEARING HELD 9-8-03

BEFORE THE HONORABLE PAUL C. HUCK

- - -


APPEARANCES:

FOR THE GOVERNMENT:

JEFFREY SLOMAN, A.U.S.A

LISA HIRSCH, A.U.S.A.


FOR DEFENDANT TRENTACOSTA:

STEVEN H. ROSEN, ESQ.

DANIEL SAMUEL, ESQ.

CHARLES LEE, ESQ.