DATE  FEBUARY 27, 2004

FROM ARiELA HERNANDEZ #50996824

MAIN JAIL BROWARD County

P.O. BOX 9356

Ft. LAUDERDALE, Fl. 33310-9356



FILED by _____ D.C.
INTAKE

MAR 18 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES District Court, SouTHERN District of FLORIDA

UNITED States of America,                    CASE NO 00-6273-CR-HUCK
            PLAintiff

-V-

ARIEL A HERNANDEZ,

_____ DEFENDANT /

MEMORANDUM to the JUDGE
— —

    DEAR your Honor,
THis DEFENDANT, ARiEL A. HERNANDEZ, is compelled to
strongly ALERT, object AND protest The Actions of this Court-
Forgoing upon This DEFENDANT, THE Court REPORTER At
the Limited REMAND HeARing on September 8 AND 12, 2003
Again FAiled to tRANSCRIBE verbatim what tRANSPIRED
At This HeARing wich effects A biAs, AND prejudice
AgAinst This DEFendAnt or in FAvor of the Gouernment,
AND HARM AND FEAR, such Actions Are causing The
DEFENDANT AS EFFecting The FAIRNESS of This AppEAL

672

Memo to Judge

AND Right to DUE Process, MAY The Actions bE
REVERSED OR CORRECTED, So That This DEFENDANT CAN
be subject to A FAIR, UN-biAS, AND UN-pREJUDICAL
JUDGEMENT. This DEFENDANT AVERS The Following in
Support.

1. This DEFENDANT wAS CONVICTED of first DEGREE
MURDER AND Racketening,[1] On DIRECT AppeAL, CASE WAS
REMANDED bAck to trial Judge Huck foR An Important
Reconstruction portion of the Record, Involving played
tApes BEfoRE The Jury, That the Court Reporter FAiled
to Record Verbatim,[2] DuRing This Reconstruction
HEARing, problem evcled wich effects A biAS, AND
prejudice AGAinst This DEFendant on in FAvoR of
The GoveRMENT, FuRthER effecting The FAIRWESS
AND DUE pRocess of This AppeAL.

2. On September 8, 2003 DATE of Commencement
to The Limited ReMAND to ReconstRuct, Judge Huck
MADE SEVERAL comments on Record,[3] That cAN
only be deemed pRejudicAL to This DEFENDANT.
A) This being The Re-Appointment of conflicting
Counsel Jeffrey Weinkle B) On September 8 AND 12
of 2003 There was An Inability to Accurately
have crucial portions of The Record Reconstructed!
LEADing only foR The GoveRMENT AND DEFENSE to
stipulate That "Tapes were played" but no AGREEABLE

Memo to Judge

CONSENSUS AS to what portions, ORDER, AND Content.

PROBLEM:

3. ON DECEMBER 2003⁴, This defendant Recieved A copy of the transcRipts to The Limited RemAND HEARing on September 8 AND 12 of 2003. AND to This DEFENDANTS' SupRise, Key portions of This Limited RemAND Hearing of September 8 AND 12 were not tRANScRibe VER batim, such As in support:

A.) Judge Hucks' conFlicteD Re-Appointment of Jeffrey Weinkle

B.) Judge Hucks' prejudicAL RemARks stAting "I Dont CARE what The DEFENDANT wANts. I Am doing This Any wAys" (concerNing weinkles' Re-Appointment)

C.) AppealANt Counsel RichARD RoSeNbaums' objections AND protest to Weinkle's Re-Appointment (see G)

D.) DEFENDANTS' own objections AND protest to Weinkle's Re-Appointment.

E.) Judge Hucks' comments At The LimiteD RemAND Hearing stating he wAs A witness AND HAD recollections As to what tapes were played & ClenRly tAking siDes with The Government.

F.) Comments AND Objections mADe by CHArles Lee AND DonAlD SAmmuel, Appealant Counsels for Trentecosta.

6.) DEFENDANTS Counsel RichARD Rosenbaum has stated to This DEFENDANT. That "HE clearly REMEMbers This DEFENdants AND His own objections AND protest to MR. Weinkles Re-Appointment. (These objections AND protest wene omitted From The Limited ReMAND HeARing on September 8, 2003 tRAnscripts, As well As other omitted portions.)

4.  Conclusion:

This DEFendANT Asks How cAN The Court be Intrusted AND not be prejudicAl, when The issues At The Limited ReMAND (wich wene The court Reporten Failed to tRANscribe Verbatim Key portion of The trial[5] New occurs Again At The Limited ReMAND HeARing of September 8 AND 12 of 2003.[6] RAising This DEFendAnts Distrust in the Court to A FAir, unbais, AND unprejudicAl due process of The LAW. ADDing How Does The Defendant Stop This From ReoccuRing, AND now effecting his Appeals. Is Anyone Listening?

---

FootNotes:

1. convicted December, 2001 of Rico AnD VicAR

2. Judge Hucks Re Appointment of conFlicted co counsel Jeffrey Weinkle. (september 2003)

3. ReMAND GRANted JUNe 2003

4. DECEMBER 2003, DEFENDANT RECIEVES A COPY OF the transcript of The Limited Remand Hearing from His Appeallant Counsel Richard Rosen baum

5. Trial commenced November 2001 ENDED IN DEcember 2001

6. Limited Remand Hearing conducted on September 8 AND September 12, 2003

5    UN NOTARIZED OATH, UNDER penalty of Perjury, I, Ariel A Hernandez, Affirm That Everything Said in this MEMORADUM is true

Respectfully,

Ariel A. HERNANDEZ
# 50996824.

cc. Judge Huck
    Richard Rosen baum ESQ
    Ms L Hirsh ESQ
    MR. LAVeccheo ESQ
    Clerk of Court
    My file

PS This DEFENDANTs counsel Richard Rosen baum has deligently tried to Recieve A true AND Accurate transcript from The Court Reporter on this September 8 AND 12th, 2003 Limited Remand Hearing.