UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ARIEL A. HERNANDEZ,

    Defendant.
_____/

## ORDER ON DEFENDANT'S MOTION FOR COPY OF TRIAL TRANSCRIPT BY INDIGENT LITIGANT

THIS MATTER is before the Court pursuant to Defendant's Motion for Copy of Trial Transcript by Indigent Litigant, filed August 16, 2005. After reviewing the motion, it is

ORDERED and ADJUDGED that Defendant's Motion for Copy of Trial Transcript by Indigent Litigant is **DENIED**. Defendant, Ariel A. Hernandez, should first attempt to obtain a copy of the transcript from his appellate attorney by obtaining an existing copy, the existing CD or by printing out a copy from the existing CD version of the transcript.

DONE and ORDERED in Chambers at Miami, Florida this / day of August, 2005.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Lawrence LaVecchio, AUSA
Jeffrey Sloman, AUSA
Ariel A. Hernandez, Pro Se