United States District Court
Southern District of Florida.

CASE NO   00-6273-CR-HUCK.

United States of America
Plaintiff

V

Ariel A. Hernandez
Defendant.


FILED by _____ D.C.
INTAKE
OCT 18 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

Motion Ordering Appellate Counsel Richard
Rosenbaum to turn over All papers, C.D.'s
And Revellant documents to Defendant
Ariel A. Hernandez so he may file A pro se
28. U.S.C 2255 motion

Comes now Defendant Ariel A. Hernandez
pro se And Ask This Court to Order Appellate
Counsel Richard Rosenbaum located at
350 East Las Olas Boulevard, suite 1700,
Las Olas Centre in Ft Lauderdale, Fla, 33301
to turn over All documents, files, CD's, ~~[illegible]~~
transcripts And Any and All Revelant documents
so that Defendant may file A 28 U.SC. 2255

NON-COMPLIANCE OF S.D. Fla. L.R. 5.1.A.2



Defendant Avers The following.

1. ~~Defendant has tried three phone calls and~~ Letters to get Appellate Counsel Richard Rosenbaum to provide documents and transcripts from all The
   A. Pre trial motion Hearings
   B. Trial transcripts
   C. Sentencing transcripts
   D. A true and correct Evidentiary Hearing transcripts (The ones provided by this court are missing sections and prejudicial statements made by trial Judge Hucks at this Hearing. Defendant has obtain Affidavits from all Defense Attorneys present at The evidentiary Hearing testifying that there are key parts missing from The Transcripts provided by Judge Hucks.)

2. Appellate Attorney Richard Rosebaum wants this indigent defendant to provide him with monies to cover The cost of copying transcripts and any other documents and or CD's.
   This Court Knows this Defendant is indigent There fore cannot give Mr. Rosenbaum any money to cover costs

3. Defendant feels that he should not be asked for money by Mr Rosenbaum, especially when this court provided him with documents, Transcripts and C.D's free because Defendant is Indigent.

4. Defendant has only 4 months left to file a 28 U.S.C 2255 motion and it's important that his court order Mr Rosenbaum to turn over everything he has on this Defendants case.

5. Defendant knows this court wants to be fair and not lean only to the prosecutors side. And should order the Facility to provide this Defendant with a Computer to Review his CDs'. Dade County Jail has a computer available only with a court order, and it's vital this court issue a order to provide me (this Defendant) with a court order to use the computer to review his CD's If Mr Rosenbaum turns over his CD's to this Defendant.

Therefore This Defendant Asks This Court to enter a order compelling Mr. Rosenbaum to turn over all documents, files, CD's and any other revellant documents and papers pertaining to This Defendants Criminal case. (Case No. 00 6273 CR-Huck.)

certificate of service

I hereby certify that a copy of The fore going has been sent via U.S. Mail to The following individuals on This ___ day of October, 2005

1. Richard Rosenbaum  ESQ
350 E. Las Olas Blvd  suite 1700
Las Olas Centre
Ft. Lauderdale, Fl. 33301

Lawrence Levecchio   U.S.A.A.
Jeffrey Sloman   U.S.A.A.
United States Attorney
Southern District of Florida
500 E. Broward Blvd. 7th Floor.
Ft. Lauderdale, Fla, 33394.

4.