# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273 CR PCH       DE# 721

☒ ~~DUE~~ TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED

# ATTACHMENT(S) NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☐ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____

**PLEASE REFER TO COURT FILE**

United States District Court
Southern District of Florida
Case No. 00-6273-CR-Huck

United States of America
     Plaintiff

vs.

[illegible]
     Defendant



Motion for Court to Hold Plaintiff's Habeas Corpus Petition (28 USC 2255) in Abeyance for 90 days.

Comes now, Plaintiff without the assistance of an attorney due to being indigent, AND moves this Court to grant Plaintiff motion to hold habeas corpus petition in Abeyance, Plaintiff avers the following:

1. Plaintiff was convicted and sentenced in July of 2002 to a term of life sentence for possession of cocaine.

2. The Court order Plaintiff be remanded into the custody of the BOP.

However plaintiff was first arrested and charged in state court first. Therefore He had to be returned to state custody to face the same charges in Broward county. After 5 years plaintiff's charges were dropped because the same event [illegible]

Broward County has no jurisdiction to arrest Noel A. Fernandez, because the crime occurred in Dade County. Following this ruling an order for change of venue was issued. And Defendant was awaiting for Dade county to [illegible]. Later that was found not to [illegible] because.

1. Defendant is a sentenced Federal Inmate and since charges were dropped, Federal Codes and Rules 18 USC 3623, 18 USC 4084, 4085 states that the state of Florida (Dade County) knowing Defendant was a sentenced Federal Inmate the state must follow the rules set in 18 USC 4085 in which the state must provide a certified copy of the indictment to the Attorney General whom if he or she finds it in the public interest to do can have the Federal Inmate. The States Governor request can transfer that Inmate to the State or Correctional Institution in which [illegible] he or she is being charged.

Problems

1. The U.S. Marshal's for reasons unknown choose not have Defendant brought back to Federal Custody. As Rules and Procedures dictate. Furthermore more the Court had a Open Order to find Defendant Remanded to Federal custody. The [illegible] Refused to [illegible] for reasons unknown, but the Attorney General [illegible] State this Defendant Due process rights were violated caused a illegal State indictment [illegible] proper procedures [illegible] the [illegible] into a [illegible] with no [illegible]

2. The second part of the dilemma is since [illegal?] Defendants Due process [rights] were violated because negligence of the U.S. Marshals, And the State Prisoner [illegible] a grand Jury indictment without getting leave from the Attorney General to do so.

Now for over [three?] years Defendant has been placed in Administrative Segregation. And because of this placement [illegible] has not been allowed

1. Access to [illegible]
2. Access to scribe materials
3. Access to Federal Books
4. Access to outside Books

Defendant even obtained a court order from case Judge Nidal in which Broward County has refused to honor for 3 months. No one answers the defendant's letters and grievances. Now the attorneys letter defendant will file for a injunction against Broward Corrections in Federal Court at a later time.

3. 3RD problem This defendant has until January 10 to file his direct appeal for his conviction, But he has run into a crucial roadblock in filing his petition [illegible].

1. Defendant is scheduled for trial January 23, 2006, and is also scheduled for a civil trial December 5, 2005

2. This court has refused along with appointed counsel to provide defendant with a copy of his trial transcripts. Defendant is waiting on a recent motion to compel appointed counsel to turn over the trial and sentencing [illegible] transcripts. Without these transcripts defendant cannot show his attorneys ineffectiveness at trial, nor other pertinent issues.

3 Defendant [illegible] scheduled for two [illegible] one [illegible] 2005 [illegible] one on January [illegible] have [illegible] independent [illegible] to get some MRI [illegible] of [illegible] the town and [illegible] of [illegible] the defendant asks this Court to

1. Delay the 1 year time limit [illegible]
   A the law [illegible] with track
   B until [illegible] transcripts [illegible] the [illegible]
   C [illegible] only puts [illegible] a 90 day delay [illegible] 2555 [illegible] [illegible] of January [illegible] [illegible] be April [illegible] the Court [illegible] the Motion to Grant
   A Delay if [illegible] cause is shown

Certificate of Service

A copy of the foregoing was sent to Lawrence LaVecchio AUSA and Jeffrey Sloman AUSA this 24th day of October via US Mail.

by /s/ _____
Axel F. Fernandez
#5583250
TGK
[illegible address]
Miami, FL