UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ARIEL HERNANDEZ,

    Defendant.




## ORDER ON DEFENDANT'S MOTION ORDERING APPELLATE COUNSEL TO TURN OVER ALL PAPERS, CD'S AND RELEVANT DOCUMENTS

THIS MATTER is before the Court pursuant to Defendant's Motion Ordering Appellant Counsel Richard Rosenbaum to Turn Over All Papers, CD's and Relevant Documents to Defendant So He May File A Pro Se 28 U.S.C. § 2255 Motion. After reviewing the Motion and Appellate Counsel's Response, it is

ORDERED and ADJUDGED that Defendant's Motion Ordering Appellant Counsel Richard Rosenbaum to Turn Over All Papers, CD's and Relevant Documents to Defendant So He May File A Pro Se 28 U.S.C. § 2255 Motion is **GRANTED** based on Appellate Counsel's Response that the requested documents have been turned over to Defendant.

DONE and ORDERED in Chambers at Miami, Florida this _9_ day of November, 2005.

                                      PAUL C. HUCK
                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:
Lisa Hirsch, AUSA
Ariel A. Hernandez
Richard Rosenbaum, Esq.