FILED by ___EG___ D.C.
ELECTRONIC

Dec 5 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

        Plaintiff,

v

ARIEL HERNANDEZ,

        Defendant.
_____/

## NOTICE OF FILING

COMES NOW, undersigned counsel and files this Notice of Filing the following:

1. Correspondence dated December 5, 2005 to Defendant, Ariel Hernandez, regarding return of original transcripts, a copy of which is attached hereto.

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was furnished this **5th day of December, 2005** to AUSA Lisa Hirsch, Office of the U.S. Attorney, 99 NE 4th Street, Miami, FL 33132 and Ariel Hernandez, Arrest #040061011, T.G.K., 7000 NW 41st Street Miami, FL 33166.

        Respectfully Submitted,

        RICHARD L. ROSENBAUM, ESQ.
        LAW OFFICES OF RICHARD L. ROSENBAUM
        Attorney for Appellant, Hernandez
        350 East Las Olas Boulevard
        Suite 1700
        Ft. Lauderdale, Florida 33301
        Telephone: (954) 522-7007
        (954) 522-7003 (Facsimile)
        FLA. BAR NO: 394688

        BY: _____
        RICHARD L. ROSENBAUM

1259

LAW OFFICES OF
# RICHARD L. ROSENBAUM
350 EAST LAS OLAS BOULEVARD
SUITE 1700 • LAS OLAS CENTRE
FORT LAUDERDALE, FLORIDA 33301

RICHARD L. ROSENBAUM

TELEPHONE (954) 522-7007
FACSIMILE (954) 522-7003
E-MAIL: Rlrappeal@aol.com

December 5, 2005

**LEGAL MAIL - ATTORNEY/CLIENT PRIVILEGE**
Ariel Hernandez, Arrest #040061011
T.G.K.
7000 NW 41st Street
Miami, FL 33166

RE: **USA v. Ariel Hernandez**

Dear Ariel:

Enclosed please find the *originals* of the following transcripts (I have **NOT** retained copies of any of these):

6/22/01; 6/22/01 (2); 9/4/01 (status); 9/4/01 (motion to suppress); 9/11/01; 9/26/01; 10/4/01; 11/14/01; 11/27/01; 11/28/01; 11/29/01; 11/30/01; 12/6/01; 12/7/01; 12/10/01; 12/11/01; 12/13/01; and 12/14/01 (2).

Please contact my office once you have received all of these transcripts as I am sending them in three (3) separate manila envelopes.

I wish you the best of luck in your continued quest for freedom.

Sincerely,

RICHARD L. ROSENBAUM
For the Firm

RLR/mlc
Encls.

cc:   Michael Tenzer, Esq (w/o encls.)