# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. _00-6273 Cr Huck_

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

DE# 728
Docket Clerk ___

United States District Court
Southern District of Florida
CASE NO. 00-6273-CR-HUCK

United States of America
    Plaintiff

v.

Ariel A. Hernandez
    Defendant,
_____

<u>Motion to file a 28 U.S.C. 2255 motion out of time.</u>

Comes now Ariel A. Hernandez Defendant in pro se, and without the benefit of an Attorney, and without knowledge of law. Asks This court to Grant this Motion to file A 28. U.S.C. 2255 out of time (deadline being January 10, 2006) Defendant avers the following

1. On November 29, 2005 Defendant recieved a Order Granting his motion to have Appellant counsel Richard Rosenbaum turn over all C.D.'s, papers, and Relevant papers

2. The Court Also stated Appellant Counsel informed The Court That he has turned over The Requested documents. Counsel is not being truthful to The Court. Although he did provide Broken pieces of The Trial Transcripts. <u>He has yet Never provided The specific Requested documents</u> to help This Defendant file his 28 U.S.C. 2255 motion. I have yet not even Recieved A complete trial transcripts.

3. Defendant needs The following documents to file his 28. U.S.C. 2255 motion. Items Needed Are.
   1. Opening Arguements
   2. Closing Arguements
   3. Sentencing Transcripts from April 2002 And July/September 2002
   4. Property Reciepts of items seized At Search warrants by F.B.I. And B.S.O At.
      1. Mike Falcos House
      2. Freddy Massaros House
      3. Oasis truck Stop
      4. Liberty Storage
      5. Massaros' Storage Company.

2.

4. These papers are needed to raise certain issues, and ( Failure to raise them on a 28 U.S.C. 2255 motion will be later barred from being used at later motions) Therefore Defendant must get these documents from Appellant counsel MR. Rosenbaum.

5. Defendant upon receiving these documents he will need time to inspect and review these documents and since he has not yet received the requested documents, he cannot meet his January 10, 2006 deadline to file his 28. U.S.C. 2255 motion. Since this court is the trial court it can grant leave to file 28. U.S.C. 2255 motion out of time.

6. Defendant asks this court to grant a 2 month extension. After Appellant counsel turns over the specifically requested documents mentioned in this motion. so that he may have a chance to raised certain issues in his 28. U.S.C. 2255 motion. The Court is within its' power to grant this motion in the interest of Justice.

by _Ariel A. Hernandez_
Ariel A. Hernandez

3

Certificate of Service:

A copy of the forgoing was sent via U.S Mail on November 30, 2005 to

Richard Rosenbaum
Attorney at Law

Lisa Hirsch
Assistant U.S. Attorney
Southern District of Florida.

by Ariel A Hernandez
# 04-61011
T.G.K.
7000 N.W. 41 st
Miami, Fla. 33166.

4.