UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ARIEL A. HERNANDEZ,

    Defendant.
_____/

### ORDER ON DEFENDANT'S MOTION TO FILE A 28 U.S.C. 2255 MOTION OUT OF TIME

THIS MATTER is before the Court pursuant to Defendant's Motion to File a 28 U.S.C. 2255 Motion Out of Time, filed December 6, 2005. After reviewing the motion, it is

ORDERED and ADJUDGED that Defendant's Motion to File a 28 U.S.C. 2255 Motion Out of Time is **DENIED**.

DONE and ORDERED in Chambers at Miami, Florida this 7 day of December, 2005.

                        PAUL C. HUCK
                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
Lisa Hirsch, AUSA
Richard Rosenbaum, Esq.
Ariel A. Hernandez, Pro Se