UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK

FILED by _____ D.C.

DEC 0 7 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

ARIEL A. HERNANDEZ,
    Defendant.
_____/

### ORDER ON DEFENDANT'S MOTION TO HOLD APPELLANT COUNSEL RICHARD ROSENBAUM IN CONTEMPT

THIS MATTER is before the Court pursuant to Defendant's Motion to Hold Appellant Counsel Richard Rosenbaum in Contempt, filed December 6, 2005. After reviewing the motion, it is

ORDERED and ADJUDGED that Defendant's Motion to Hold Appellant Counsel Richard Rosenbaum in Contempt is **DENIED**. The Defendant's former counsel has recently filed a statement representing that he has sent the requested record to Defendant. If Defendant fails to receive them in a timely manner, he should first attempt to determine why by contacting his former attorney.

DONE and ORDERED in Chambers at Miami, Florida this 7 day of December, 2005.

                                                          PAUL C. HUCK
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:
Lisa Hirsch, AUSA
Richard Rosenbaum, Esq.
Ariel A. Hernandez, Pro Se

