UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6273CR PCH

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

DE# 733
Docket Clerk

PAID
In Forma
Pauperis
Clarence Maddox, Clerk

United States District Court
Southern District of Florida.
CASE NO 00-6273-CR-HUCK

United States of America
  Plaintiff

v

Ariel A. Hernandez
  Defendant,

"Notice of Appeal"

REC'D by APPEALS    D.C.
DEC 29 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.- MIAMI

Notice of Appeal to Judge Huck's Denial of Defendants' motion for a 60 to 90 Day Extension to file A 28 U.S.C. 2255 motion out of Time.

Comes now Defendant Ariel A. Hernandez without the benifit of An Attorney AND with No Knowledge of Law And Gives notice of Appeal Regarding A December 7, 2005 Ruling (which Defendant Received on December 20th 2005, AND Copy sent to Defendant is post marked December 15 2005 As being the date in which it was mailed.) In which Judge Hucks Ruling, He denied Defendants motion to file A 28 U.S.C. 2255 out of time And Motion for 60-90 Day Extension to file A 28 U.S.C. 2255

Date December 20, 2005    submitted by

Ariel A. Hernandez
T.G.K. #04-61011
7000 N.W. 41st
Miami, Fl. 33166

cc: Lisa Hirsh AUSA