**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

# Case No. 00-6273-CR-HUCK

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

DE#**734**
Docket Clerk **dg**

United States District Court
Southern District of Florida
Case no. 00-6273-CR-Huck

United States of America
Plaintiff

v.

Ariel A. Hernandez
Defendant /

Plaintiff objections to the Court's orders on Motion to Hold Appellant Counsel Richard Rosenbaum in Contempt and Motion to file 28 USC 2255 petition out of time

Comes now Defendant Ariel A Hernandez without counsel of [illegible] pro se and Moves this Court to [illegible] Defendant's motion to Hold Appellate Counsel [illegible] in contempt and Defendant's motion to file a 28 U.S.C 2255 petition out of time [illegible] states the following in support.

1 On January 10, 2005 the United States Supreme Court Denied Defendant's [illegible] for writ

734

[illegible] Missing for some [illegible]

2) [illegible] Judge [illegible] He [illegible] convenient [illegible] Transcript [illegible] present. Even MR Rosenbaum in [illegible] stated that He [illegible] Remember [illegible] why the [illegible] missing [illegible] stated "[illegible] Transcript [illegible]" [illegible] Court Reporter [illegible] where, I asked [illegible] to have MR. Rosenbaum Sign [illegible] All [illegible] to these issues

2 MR Rosenbaum [illegible] MR [illegible] statements [illegible]

1. MR Rosenbaum Claims to have [illegible] transcripts to a wrong [illegible] Prison [illegible] I Didn't Receive [illegible] Incomplete Documents or transcripts. Yet MR. Rosenbaum [illegible] These documents on November 2005, 2 months before the The JANUARY 10 DEADLINE [illegible] Know 2 months For a Non-TRAINED [illegible] in LAW is not enough time to Review Boxes upon Boxes of Documents pertaining to This Case [illegible] ASININE

4. Judge Huck is being very prejudicial towards [illegible] [illegible] filing of [illegible] [illegible] Rulings clearly taking sides Against this [illegible] As he once [illegible] before at the [illegible] Hearing of Sept 2003. My Question is Doesn't A Judge have to allow the Defendant A opportunity to Respond to MR Rosenbaum's [illegible] of what he [illegible]? OR Doesn't the Defendant's Response [illegible] the Judge [illegible]? Are my Rights to be ignored? Such violations of my Rights will not be ignored.

5 [illegible] [illegible] [illegible] petition ANd Due to the Facts [illegible] [illegible] years. [illegible] to [illegible] [illegible] Huck his Authority to [illegible] 2255 [illegible] based on the facts [illegible] out by Defendant. Unless it's the [illegible] opinion that Defendant has no [illegible] And should not be in Prison And not be given A decent opportunity to [illegible] his Conviction, Am I to be denied my Rights? Simply because I [illegible] 28 U.S.C 2255 because of being denied

of certiorari was [illegible]. On April [illegible] I asked Mr Rosenbaum to provide me with a copy of my [illegible] [illegible] and other [illegible]. In Mr Ros[illegible] [illegible] He [illegible] [illegible] to make [illegible] was not his Responsibility nor [illegible] the Court provide funds to cover the [illegible] [illegible] And [illegible] state [illegible] my files to Mr [illegible] ([illegible] [illegible] [illegible]) which [illegible] me no Good, because A [illegible] Party is involved now. Thus causing even more delays

2. [illegible] [illegible] Mr Rosenbaum [illegible] that the [illegible] Quote [illegible] And Mr [illegible] Attorneys (Mr Sammuel) and that [illegible]

That's fine but I was told [illegible] [illegible] [illegible] to the [illegible] don't [illegible] The Court [illegible] CD'S or [illegible] [illegible] [illegible] [illegible] Them [illegible] [illegible], [illegible] way I should have been given All documents pertaining to my case. [illegible] I asked Mr Rosenbaum for them, not 7 or 8 months Later, when I only have A month and a Half to Review And file A [illegible] motion by A JANUARY 10, 2006 DEADLINE

3. [illegible] 20, 2005 [illegible] haven't Received [illegible] information or documents I have Requested such as

1 Complete trial transcripts missing [illegible] [illegible] 1 [illegible]

2 Sentencing hearing transcripts [illegible]

3 [illegible] letters of [illegible]

4 MR [illegible] statement [illegible]

5 [illegible] to [illegible] and pictures [illegible] injuries

I have not received any [illegible] except [illegible] CD with missing trial [illegible] 1 thru [illegible] copy of [illegible] missing, also trial [illegible] 1 thru 4

4 From April 2005 thru September [illegible] [illegible] MR Rosenbaum several letters and Requests that went unanswered. On [illegible] I [illegible] 2 major issues [illegible] to Resolve which arose at the [illegible] hearing such as

1. Transcripts were incomplete for the [illegible] Evidentiary Hearing missing was [illegible] [illegible] And My [illegible] And objections to Judge Hucks Re-Appointment to MR Weinkle as [illegible] Appointed counsel [illegible] MR Weinkle Donald Sammuel Charles Ray, who [illegible] MR [illegible] Along with [illegible] Rosen will testify that MR Rosenbaum and Myself objected to Judge [illegible] ERRONEOUS Re-Appointment of MR Weinkle.

My Private Investigator [illegible] me that there is no inmate [illegible] at Tomoka Prison [illegible] Rosenbaum [illegible] MR [illegible] [illegible] a few [illegible] from MR [illegible] office [illegible] MR Rosenbaum [illegible] was on [illegible]

I spoke [illegible] informed [illegible] together for me [illegible] December 5, 2005, [illegible] filed me [illegible] [illegible] the [illegible] [illegible] inmate [illegible]

But [illegible]

1 I never Received A copy of MR [illegible] Response [illegible] motion [illegible]

2. I have still not Received [illegible] for.

3 [illegible]

According to my Private investigator.

4 AND The Court MADE A Ruling based on MR Rosenbaum's Response. Thus ignoring Defendant's Grounds on his motion to Compel. And the Court's BIAS Ruling stating Motion to Compel GRANTED because MR Rosenbaum HAS Already [illegible] such Request[ed] Documents

[illegible] to the [illegible] of my [illegible] A) [illegible] Rosen[illegible]'s late delivery of [illegible] on B) The Court's [illegible] copies of documents Requested [illegible] Doesn't the Court know That if I [illegible] 2255 petition [illegible] I am barred from Raising [illegible] Later on [illegible] And [illegible] My [illegible] ?

2ND Issue. Extension of filing [illegible] 28 U.S.C. 2255

[illegible] for a 3 m[illegible] extension which is [illegible] Court [illegible] 28 U.S.C. 2255 [illegible] I [illegible] Report [illegible] Judiciary Committee, B) [illegible] Justice C) file [illegible] complaint D) Re[illegible] 2255 petition [illegible] Judge Abuse of my Rights E) Appeal Judge Huck's Ruling. F) [illegible] Supreme Court. I [illegible] being pushed Around by Attorneys prosecutors And Judges. I [illegible]

Why I can't get a 3 month extension to file A 28 U.S.C. 2255 motion? I know nothing about Law And I [illegible] explanation. As to why I can't get 3 months extension. At the [illegible] I [illegible] Judge [illegible] to give [illegible] explanation

[illegible] the [illegible] I ask [illegible] in the interest of [illegible] [illegible] 90 [illegible] 2255 motion because [illegible] [illegible] transcripts [illegible] these [illegible] transcripts and [illegible] [illegible] errors [illegible] (Because [illegible] he has no money [illegible] from counsel [illegible] extension cannot [illegible] not [illegible] or [illegible]?) [illegible] 6 [illegible] in [illegible] petition [illegible]

Submitted by [illegible]
December [illegible] 2005

cc:
Richard Rosenbaum
Lisa [illegible] AUSA