# UNITED STATES DISTRICT COURT
## Southern District of Florida

CLARENCE MADDOX
Clerk of Court

Appeal Section
305-523-5080

FILED by H.H. D.C.
APPEALS
FEB 1 3 2006
CLARENCE MADDOX
CLERK U S DIST CT
S.D. OF FLA. - MIAMI

U.S. COURT OF APPEALS
RECEIVED CLERK
JAN - 9 2006
ATLANTA, GA.

Date:   December 30, 2005

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

IN RE:    District Court No.:   00-6273-CR HUCK            U.S.C.A. No.  06-1053B

          Style:   ARIEL A. HERNANDEZ v. U.S.A.

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| X | Certified copy of Notice of Appeal, docket entries, judgment, opinion/order appealed from, enclosed. If opinion/order was oral, please check _____. |
| X | First Notice of Appeal:   YES |
| | Date(s) of other notice(s): _____ |
| | _____ volume(s) of pleadings, _____ volume(s) of transcripts: |
| | _____ volume(s) of exhibits/depositions; other: _____ |
| ___ | There was no hearing from which a transcript could be made. |
| X | Copy of CJA form appointing counsel enclosed. |
| ___ | The following materials were SEALED in this court (order enclosed): |
| X | The appellate docket fee has been paid   NO |
| | Date paid _____   Receipt No. _____ |
| ___ | Appellant has been granted leave to appeal In Forma Pauperis (copy of order granting IFP is enclosed) |
| X | The Judge or Magistrate appealed from is:   PAUL C. HUCK |
| X | The Court Reporter(s):   PATRICIA SANDERS |
| ___ | This is an appeal of a bankruptcy order. |
| | Bankruptcy Judge: |
| ___ | This is a DEATH PENALTY appeal. |

Sincerely,

Clarence Maddox, Clerk of Court

By: _____
         Deputy Clerk

c:  ✓ court file

| ✓ 301 N. Miami Avenue<br>Room 150<br>Miami, FL 33128<br>305-523-5100 | ☐ 299 E. Broward Boulevard<br>Room 108<br>Ft. Lauderdale, FL 33301<br>954-769-5400 | ☐ 701 Clematis Street<br>Room 402<br>W. Palm Beach, FL 33401<br>561-803-3400 | ☐ 301 Simonton Street<br>Room 130<br>Key West, FL 33040<br>305-295-8100 | ☐ 300 South Sixth Street<br>Ft. Pierce, FL 34950<br>561-595-9691 |