# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

March 02, 2006

Clarence Maddox
Clerk, U.S. District Court
301 N MIAMI AVE STE 150
MIAMI FL 33128-7788



**Appeal Number: 06-10163-BB**
Case Style: USA v. Ariel Hernandez
District Court Number: 00-06273 CR-PCH

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when the appellant fails to timely file or correct a brief or record excerpts, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on February 22, 2006.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Jan Sewell (404) 335-6171

Encl.

DIS-2CIV(03-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 06-10163-BB

---

UNITED STATES OF AMERICA,

                      Plaintiff-Appellee,

versus

ARIEL HERNANDEZ,

                      Defendant-Appellant.

---

Appeal from the United States District Court for the
Southern District of Florida

---

ENTRY OF DISMISSAL

Pursuant to 11th Cir.R.42-2(c), this appeal is hereby dismissed for want of prosecution because the appellant has failed to file the appellant's brief within the time fixed by the rules, effective this 2nd day of March, 2006.

                      THOMAS K. KAHN
                      Clerk of the United States Court
                      of Appeals for the Eleventh Circuit

                      By: Jan Sewell
                          Deputy Clerk
                      FOR THE COURT - BY DIRECTION

A True Copy Attested·
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: Jan Sewell
     Deputy Clerk
Atlanta, Georgia

ORD-40