**ORDER**
This motion is **GRANTED.**

Dated: 3/2/06

United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK
MAGISTRATE JUDGE WHITE

FILED by _____ D.C.
MAG. SEC.
MAR 2 2 2006
NIGHT FILED
CLARENCE MADDOX
U.S. DIST. CT.
S.D. FLA. - MIAMI

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARIEL A. HERNANDEZ,

    Defendant.

## GOVERNMENT'S MOTION TO UNSEAL PRE-SENTENCE INVESTIGATION (PSI) REPORT AND ORDER THAT PROBATION PROVIDE A COPY TO THE COURT

The United States of America, by and through its undersigned Assistant United States Attorney, hereby moves this Court for an order unsealing the Pre-Sentence Investigation (PSI) Report for defendant Ariel Hernandez in this case, and directing the Probation Office to provide a copy of the same to Magistrate Judge White, and in support thereof states as follows:

1. Defendant Hernandez filed a Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. §2255 on January 9, 2006 in this case, which was assigned Case No. 06-60029-CIV-HUCK (CR-DE 736).

2. In order to respond to defendant's §2255 motion, it was necessary for the government to refer to information in the PSI in its response, which is being filed simultaneously with this motion.