UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ARIEL A. HERNANDEZ,

    Defendant.
_____/

## ORDER TO RESPOND

THIS CAUSE came before the Court upon the Defendant's Motion for Partial Trial Transcripts and Sentencing Hearing Transcripts (D.E. #31-2). Upon consideration and review of the record, it is

ORDERED that the Assistant United States Attorney, Eric Morales, review the defendant's motion and respond.

DONE AND ORDERED in Chambers, Miami, Florida, this 22nd day of February, 2007.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record
Ariel A. Hernandez