UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6273-CR-HUCK

UNITED STATES OF AMERICA

vs.

ARIEL A. HERNANDEZ,

        **Defendant.**
_____/

**GOVERNMENT'S MOTION FOR CLARIFICATION**

      The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Motion for Clarification of the Court's February 22, 2007, order (DE 742).  In this order, the Court ordered undersigned to respond to Defendant's Motion for Partial Hearing Transcripts and Sentencing Hearing Transcripts.

      Assistant U.S. Attorney Lawrence D. Lavecchio responded to Defendant's motion on behalf of the United States (DE 743).  Mr. Lavecchio is the Assistant U.S. Attorney assigned to this case.  Although undersigned counsel does appear on the docket, undersigned is not assigned to this case by the U.S. Attorney's Office.

      WHEREFORE, the undersigned begs the Court clarify whether Mr. Lavecchio's

response on behalf of the United States satisfies undersigned counsel's obligation to respond to Defendant's motion pursuant to the Court's order.

                                        Respectfully submitted,

                                        ALEXANDER R. ACOSTA
                                        UNITED STATES ATTORNEY

By: /s/
       Eric E. Morales
       Assistant United States Attorney
       Florida Court No. A5500886
       99 N.E. 4th Street, Suite 700
       Miami, Florida 33132
       Telephone Number (305) 961-9255
       Fax Number (305) 536-7213
       E-Mail Address: eric.morales@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 11, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that a copy of this document was mailed today to Ariel A. Hernadez, Prisoner No. 04-61011, Pre-Trial Detention Center, 1321 N.W. 13th St., Miami, FL 33125.

                                        s/ Eric E. Morales
                                        Eric E. Morales