UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

ARIEL A. HERNANDEZ,
    Defendant.
_____/

### ORDER TO RESPOND

THIS CAUSE came before the Court upon the Government's Motion for Clarification filed March 2, 2007 (D.E. #744). Upon consideration and review of the record, it is hereby

ORDERED AND ADJUDGED that the Government's Motion for Clarification is GRANTED. Assistant U.S. Attorney, Lawrence D. Lavecchio's, Response on behalf of the United States satisfies Assistant U.S. Attorney, Eric Morales, obligation to respond to the Defendant's Motion for Partial Trial Transcripts and Sentencing Hearing Transcripts..

DONE AND ORDERED in Chambers, Miami, Florida, this 22nd day of February, 2007.

                                              PAUL C. HUCK
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record
Ariel A. Hernandez